**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | |
| (1) STRYKER BIOTECH, LLC<br>(2) MARK PHILIP<br>(3) WILLIAM HEPPNER<br>(4) DAVID ARD and<br>(5) JEFFREY WHITAKER, | ) ) ) ) ) ) ) | Case No. 1:09-cr-10330-GAO |
| Defendants. | ) ) ) | |

**JOINT MOTION TO EXTEND TIME FOR FILING OF
RESPONSES TO THE GOVERNMENT'S MOTIONS TO EXCLUDE
EXPERT TESTIMONY AND TO EXCLUDE EVIDENCE NOT PROVIDED
PRIOR TO SEPTEMBER 30, 2011 AND TO DEFENDANTS' MOTIONS TO SEVER**

Defendants Stryker Biotech, LLC, Mark Philip, William Heppner, David Ard and Jeffrey Whitaker (collectively, "Defendants ") and the Government (collectively, the "Parties"), respectfully move this Court to extend certain deadlines as follows:

1) By 7 days, until September 30, 2011, the deadline for Defendants' response to the Government's Motion to Exclude Expert Testimony of Jonathan Grauer and William Caton III;

2) By 7 days, until September 30, 2011, the deadline for Defendants' response to the Government's Motion-In-Limine to Exclude Evidence Not Provided As Required By Defendants' Discovery Obligations Prior to September 30, 2011; and

3) By 3 days, 2 days and 2 days respectively, until September 30, 2011, the deadlines for the Government's responses to (a) Defendants William Heppner, David Ard and Jeffrey Whitaker's Motion to Sever Count 15 Due to Misjoinder

Under Federal Rule of Criminal Procedure 8(b), (b) Defendant Stryker Biotech's Motion to Sever Count 15 and (c) Defendant Mark Philip's Motion to Sever Count 15.

Pursuant to discussion at a Status Conference on September 15, 2011, trial in this case will begin on January 9, 2012 rather than November 7, 2011 as originally scheduled. In light of the extended schedule, the Parties have agreed to request more time to respond to these motions.

Respectfully submitted,

| STRYKER BIOTECH, LLC | MARK PHILIP, |
|---|---|
| */s/ Joshua S. Levy*_____ | */s/ Stephen G. Huggard*_____ |
| By: Brien T. O'Connor (BBO #546767)<br>Joshua S. Levy (BBO #563017)<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>617-951-7000<br>Brien.O'Connor@ropesgray.com<br>Joshua.Levy@ropesgray.com | By: Stephen G. Huggard (BBO #622699)<br>Edwards Angell Palmer & Dodge<br>111 Huntington Avenue<br>Boston, MA 02199<br>617-239-0769<br>shuggard@eapdlaw.com |
| WILLIAM HEPPNER, | DAVID ARD, |
| */s/ Robert L. Ullmann*_____ | */s/ Brent Gurney*_____ |
| By: Robert L. Ullmann (BBO #551044)<br>Nutter McClennen & Fish, LLP<br>155 Seaport Blvd.<br>Boston, MA 02210<br>617-439-2262<br>rullmann@nutter.com<br>msethi@nutter.com | By: Brent Gurney (*pro hac vice* admission)<br>Wilmer Cutler Pickering Hale &<br>Dorr, LLP<br>1875 Pennsylvania Ave.<br>Washington, D.C. 20006<br>202-663-6000<br>Brent.Gurney@wilmerhale.com |

JEFFREY WHITAKER,

*/s/ Frank A. Libby, Jr.*
By: Frank A. Libby, Jr. (BBO #299100)
   LibbyHoopes
   175 Federal Street
   Boston, MA  02110
   617-338-9300
   falibby@libbyhoopes.com

                              CARMEN M. ORTIZ
                              United States Attorney

                        By:  */s/Jeremy M. Sternberg*
                              Jeremy M. Sternberg
                              Susan G. Winkler
                              Gregory Noonan
                              Assistant United States Attorneys
                              One Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3100

Dated:   September 22, 2011

CERTIFICATE OF SERVICE

   I, Joshua Levy, certify that the within Joint Motion to Extend Time for Filing Responses to the Government's Motions to Exclude Expert Testimony and to Exclude Evidence Not Provided Prior to September 30, 2011 and to Defendants' Motions to Sever was electronically filed on the 22nd day of September, 2011 and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing ("NEF") and that paper copies will be sent to those indicated as non-registered participants on September 22, 2011.

                              */s/ Joshua S. Levy*_____
                              Joshua S. Levy