| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: Hopkinton    Category No. I    Investigating Agency  FDA

City  Massachusetts    Related Case Information:

County  Middlesex    Superseding Ind./ Inf.  Yes    Case No.  09-10330-GAO
Same Defendant  Yes    New Defendant  _____
Magistrate Judge Case Number  _____
Search Warrant Case Number  _____
R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  Jeffrey Whitaker    Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  North Carolina

Birth date (Year only): 1963    SSN (last 4 #): 9133    Sex M  Race: _____    Nationality: USA

Defense Counsel if known:  Frank Libby    Address: 175 Federal St., Boston, MA

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Jeremy Sternberg    Bar Number if applicable  _____

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect:  _____

Victims:  ☒ Yes  ☐ No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)  ☒ Yes  ☐ No

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty    ☐ Misdemeanor    ☒ Felony  6

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/11/11    Signature of AUSA: _____

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     Jeffrey Whitaker

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC §371 | conspiracy | 1 |
| Set 2  18 USC §1343 | wire fraud | 2-6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: