♦JS 45 (5/97) - (Revised USAO MA 11/15/05)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: Hopkinton    Category No. I    Investigating Agency FDA

City: Massachusetts    Related Case Information:

County: Middlesex

Superseding Ind./ Inf.  Yes    Case No. 09-10330-GAO
Same Defendant  Yes    New Defendant
Magistrate Judge Case Number
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name: David Ard    Juvenile: ☐ Yes  ☒ No

Alias Name:

Address: Alamo, California

Birth date (Year only): 1964   SSN (last 4 #): 4762   Sex: M   Race:    Nationality: USA

Defense Counsel if known: Brent Gurney, Wilmer Hale    Address: 1875 Pennsylvania Avenue, Washington, D.C.

Bar Number:

**U.S. Attorney Information:**

AUSA: Jeremy Sternberg    Bar Number if applicable:

Interpreter: ☐ Yes  ☒ No    List language and/or dialect:

Victims: ☒ Yes  ☐ No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☒ Yes ☐ No

Matter to be SEALED: ☐ Yes  ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date:

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty  ☐ Misdemeanor  ☒ Felony  6

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/11/11    Signature of AUSA: [signature]

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    David Ard

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC §371 | Conspiracy | 1 |
| Set 2  18 USC §1343 | Wire Fraud | 2-6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: