JS 45 (5/97) - (Revised USAO MA 2/1/05)

# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

Place of Offense: Hopkinton  Category No. I  Investigating Agency: FDA
City: Massachusetts
County: Middlesex

**Related Case Information:**
Superseding Ind./Inf.: Yes  Case No.: 09-10330-GAO
Same Defendant: Yes  New Defendant: ___
Magistrate Judge Case Number: ___
Search Warrant Case Number: ___
R 20/R 40 from District of: ___

## Defendant Information:
Defendant Name: William Heppner  Juvenile: [ ] Yes [x] No
Alias Name: ___
Address: Glenview, Illinois
Birth date (Year only): 1968  SSN (last 4 #): 2035  Sex: M  Race: ___  Nationality: USA

Defense Counsel if known: Robert Ullmann  Address: 155 Seaport Blvd, Boston, MA
Bar Number: ___

## U.S. Attorney Information:
AUSA: Jeremy Sternberg  Bar Number if applicable: ___
Interpreter: [ ] Yes [x] No  List language and/or dialect: ___
Victims: [x] Yes [ ] No  If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) [x] Yes [ ] No
Matter to be SEALED: [ ] Yes [x] No
[ ] Warrant Requested  [x] Regular Process  [ ] In Custody

## Location Status:
Arrest Date: ___
[ ] Already in Federal Custody as ___ in ___
[ ] Already in State Custody ___  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by ___ on ___

Charging Document: [ ] Complaint  [ ] Information  [x] Indictment
Total # of Counts: [ ] Petty  [ ] Misdemeanor  [x] Felony  6

**Continue on Page 2 for Entry of U.S.C. Citations**

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/11/11  Signature of AUSA: [signature]

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant      William Heppner

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §371 | conspiracy | 1 |
| Set 2 | 18 U.S.C. §1343 | wire fraud | 2-6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: