| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** Hopkinton  **Category No.** I  **Investigating Agency** FDA

**City** Massachusetts  **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf.   Yes         Case No.   09-10330-GAO
Same Defendant   Yes         New Defendant
Magistrate Judge Case Number
Search Warrant Case Number
R 20/R 40 from District of

## Defendant Information:

**Defendant Name**   Mark Philip         Juvenile   ☐ Yes   ☒ No

**Alias Name**

**Address**   Lexington, Massachusetts

**Birth date (Year only):** 1955   **SSN (last 4 #):** 9108   **Sex** M   **Race:**        **Nationality:** British

**Defense Counsel if known:** Stephen Huggard   **Address:** 111 Huntington Ave, Boston, MA

**Bar Number:**

## U.S. Attorney Information:

**AUSA**   Jeremy Sternberg         **Bar Number if applicable**

**Interpreter:**   ☐ Yes   ☒ No   **List language and/or dialect:**

**Victims:**   ☒ Yes   ☐ No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)   ☒ Yes   ☐ No

**Matter to be SEALED:**   ☐ Yes   ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:**

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony   6

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 10/11/11   **Signature of AUSA:** [signature]

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Mark Philip

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC §371 | conspiracy | 1 |
| Set 2  18 USC §1343 | wire fraud | 2-6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: