JS 45 (5/97) - (Revised USAO MA 11/15/05)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

Place of Offense: Hopkinton    Category No. I    Investigating Agency  FDA

City  Massachusetts    Related Case Information:

County  Middlesex

Superseding Ind./ Inf.   Yes    Case No.  09-10330-GAO
Same Defendant   Yes    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Stryker Biotech, LLC    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): ___  SSN (last 4 #): ___  Sex ___  Race: ___  Nationality: ___

Defense Counsel if known:  Brien O'Connor, Ropes & Gray    Address:  1 International Place, Boston, MA

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Jeremy Sternberg    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Victims:  ☒ Yes  ☐ No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)  ☒ Yes  ☐ No

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony  13

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  10/11/11    Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Stryker Biotech, LLC

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC §371 | conspiracy | 1 |
| Set 2  18 USC §1343 | wire fraud | 2-6 |
| Set 3  21 USC §331(k) | misbranding | 7 to 12 |
| Set 4  18 USC §1001 | false statements | 13 |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: