UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal No.: 09-CR-10330-GAO |
| v. | ) | |
| (1) STRYKER BIOTECH, LLC,<br>(2) MARK PHILIP,<br>(3) WILLIAM HEPPNER,<br>(4) DAVID ARD and<br>(5) JEFFREY WHITAKER, | ) | |
| Defendants. | ) | |

**JOINT STATEMENT CONCERNING PRETRIAL
SCHEDULE AND LOCAL RULE 117.1 INITIAL PRETRIAL CONFERENCE**

The United States of America and Defendants Stryker Biotech, LLC, Mark Philip, William Heppner, David Ard and Jeffrey Whitaker (the "Defendants") (collectively, the "Parties") submit this joint statement in light of the September 15, 2011 initial pretrial conference at which the Court continued the trial of this matter to January 9, 2012, and the Superseding Indictment returned by the Grand Jury on October 11, 2011.

Except as otherwise noted below, the Parties agree to the following dates and submit them for the Court's consideration.

    a. The parties request that the Court schedule a hearing in November to address the severance motions, motion relating to expert testimony, and any other pending motions. The parties would prefer November 7, 8, 9, 17th or November 22nd if any of those dates work for the Court.

    b. The parties disagree on when motions in limine should be filed. The Government requests that motions in limine be filed on November 30, with responses due on December 14. The Defendants propose that, at the next status conference, the Court set a schedule for filing and responding to motions in limine.

c. On December 12th, the Parties file proposed voir dire questions and proposed juror questionnaires.

d. On December 12th, the Government files its exhibit list.

e. On December 15th, the Parties file trial briefs.

f. On December 19th, the Defendants file their exhibit list and the Government will make disclosures of exculpatory information required by Local Rule 116.2(B)(2).

g. On January 2nd, the Parties file proposed jury instructions and any stipulations.

h. On January 2nd, the Government files its witness list.

i. During the week of January 2nd, the Court conducts the Local Rule 117.1(11) Second Pretrial Conference to address any pending motions and other pre-trial issues.

j. On January 6th, the Defendants file their witness list.

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney

By:      /s/Susan Winkler
        Jeremy M. Sternberg
        Susan G. Winkler
        Gregory F. Noonan
        Assistant United States Attorneys
        One Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100

By: /s/Brien T. O'Connor
   Brien T. O'Connor (BBO # 546767)
   Joshua S. Levy (BBO # 563017)
   ROPES & GRAY LLP
   800 Boylston St.
   Boston, Massachusetts 02199
   (617) 951-7000
   Brien.O'Connor@ropesgray.com
   Joshua.Levy@ropesgray.com

   Attorneys for Defendant,
   STRYKER BIOTECH, LLC


By: /s/ Stephen Huggard
   Stephen Huggard (BBO # 622699)
   EDWARDS ANGELL PALMER &
   DODGE
   111 Huntington Ave.
   Boston, MA 02119
   (617)-239-0769
   shuggard@eapdlaw.com

   Attorney for Defendant,
   MARK PHILIP


By: /s/ Brent Gurney
   Brent Gurney (*pro hac vice* admission)
   WILMER CUTLER PICKERING
   HALE & DORR LLP
   1875 Pennsylvania Ave
   Washington, DC 20006
   (202)-663-6000
   Brent.Gurney@wilmerhale.com

   Attorney for Defendant,
   DAVID ARD

By: /s/ Frank Libby
   Frank Libby (BBO # 299100)
   LIBBY HOOPES
   175 Federal Street
   Boston, MA 02110
   (617)-338-9300
   falibby@libbyhoopes.com

   Attorney for Defendant,
   JEFFREY WHITAKER


By: /s/ Robert Ullmann
   Robert Ullmann (BBO # 551044)
   NUTTER MCCLENNEN & FISH LLP
   155 Seaport Blvd.
   Boston, MA 02210
   (617)-439-2262
   rullmann@nutter.com

   Attorney for Defendant,
   WILLIAM HEPPNER


Dated:  October 21, 2011

## CERTIFICATE OF SERVICE

I, _Susan Winkler__, hereby certify that this Joint Statement filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper or electronic copies will be sent to those indicated as nonregistered participants on October 21, 2011.


       ___/s/ Susan Winkler_____

27986352_1
28037397_5