**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>(1) STRYKER BIOTECH, LLC,<br>(2) MARK PHILIP,<br>(3) WILLIAM HEPPNER,<br>(4) DAVID ARD and<br>(5) JEFFREY WHITAKER,<br><br>Defendants. | Criminal No: 09-CR-10330-GAO |

**DEFENDANTS STRYKER BIOTECH, LLC AND MARK PHILIP'S ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY BRIEF**
**IN SUPPORT OF DEFENDANTS' MOTIONS TO SEVER**

Defendants Stryker Biotech, LLC and Mark Philip, with the assent of the Government, hereby move, pursuant to Local Rule 7.1(b)(3), for leave to file the *Reply Brief of Defendants Stryker Biotech, LLC and Mark Philip in Support of Defendants' Motions to Sever the False Statement Count*, attached hereto as Exhibit A.  In support of this motion, Stryker Biotech and Philip state that the Reply succinctly responds to the issues raised by the Government in its opposition brief, addresses the relevance of the recently-issued Superseding Indictment to the pending motions to sever, and will assist the Court in resolving the motions to sever.

                                              Respectfully submitted,

| STRYKER BIOTECH, LLC | MARK PHILIP, |
|---|---|
| */s/ Brien T. O'Connor*_____ | */s/ Stephen G. Huggard*_____ |
| By: Brien T. O'Connor (BBO #546767) | By: Stephen G. Huggard (BBO #622699) |
| Joshua S. Levy (BBO #563017) | Edwards Wildman Palmer LLP |
| Ropes & Gray LLP | 111 Huntington Avenue |
| Prudential Tower | Boston, MA  02199 |
| 800 Boylston Street | 617-239-0769 |
| Boston, MA  02199 | shuggard@edwardswildman.com |
| 617-951-7000 | |
| Brien.O'Connor@ropesgray.com | |
| Joshua.Levy@ropesgray.com | |

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I have contacted Assistant United States Attorney Jeremy M. Sternberg and, after conferring in good faith, AUSA Sternberg assented to this motion.

Dated: November 2, 2011

> */s/ Joshua S. Levy*
> Joshua S. Levy

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be served electronically to the registered participants identified on the Notice of Electronic Filing ("NEF"), and that paper copies will be sent via electronic mail to those identified on the NEF as non-registered participants on November 2, 2011.

> */s/ Joshua S. Levy*
> Joshua S. Levy

28559402_1