

**U.S. Department of Justice**

*Carmen M. Ortiz*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

December 13, 2011

Hon. George A. O'Toole
United States District Court
John Joseph Moakley
United States Courthouse
1 Courthouse Way
Boston, MA 02110

  Re: <u>United States v. Stryker Biotech, LLC et al.</u>, 09-CR-10330-GAO

Dear Judge O'Toole:

  We write to note that the government does not join in Defendants' December 12, 2011 request for an additional motion hearing date.  Per the Court's order, the government will respond to Defendants' sixteen new motions by December 21.  Instead of attempting to fit an extra hearing into the week of December 26, the government believes that the Court's scheduled January 4, 2012 motion hearing will suffice for all pending motions.

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney

    By:  <u>/s/ Gregory F. Noonan</u>
        JEREMY STERNBERG
        SUSAN G. WINKLER
        GREGORY F. NOONAN
        Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above letter was served upon all counsel of record in this case by electronic service on December 13, 2011.

                    By:    /s/ Gregory F. Noonan
                              Gregory F. Noonan
                              Assistant U.S. Attorney