# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | )| |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal No.: 09-CR-10330-GAO |
| | ) | |
| v. | ) | |
| | ) | |
| **(1) STRYKER BIOTECH, LLC,** | ) | |
| **(2) MARK PHILIP,** | ) | |
| **(3) WILLIAM HEPPNER,** | ) | |
| **(4) DAVID ARD and** | ) | |
| **(5) JEFFREY WHITAKER,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## GOVERNMENT'S PROPOSED EXHIBIT LIST

The government hereby gives notice that it may submit the following evidence (including any relevant metadata in the documents identified) as exhibits during its case-in-chief. The government reserves the right to supplement, modify, or withdraw from this list:

| # | Exhibit Description | Date of Exhibit | Bates Number |
|---|---|---|---|
| 1 | Email from Julie Young | 9/3/2004 | SEM 00059082-3 |
| 2 | Email from Jeff Whitaker to Stephanie Sneed | 4/13/2005 | SEM 00097001 |
| 3 | Email from Kevin Schneider to Boyer and "Biotech_Marketing and Sales" | 6/28/2005 | SEM 00022070-1 |
| 4 | Email from Elloso to Thomas McNally. Subject: OP-1 Putty instructions. | 7/4/2005 | SSE 00053336 |
| 5 | Email from Denney to Strong | 8/12/2005 | SSE 00175287-313 |
| 6 | Email from Demming to Murphy | 9/20/2005 | SSE 00213874 |
| 7 | Email from Elloso to Loanna Molesa. Fax attached: Dr. Harley's mixing instructions. | 10/16/2005 | SSE 00053264-5 |
| 8 | Email from Allard to Dr. Vranos | 10/19/2005 | - |
| 9 | 4th Annual Stryker Biotech National Sales Meeting Powerpoint Phoenix Arizona | 1/20/2006 | SS_00000861-989 |
| 10 | DVD Dr. Kurz OP-1-TCP Mixing Video | 2/10/2006 | Kurz Video |

| | | | |
|---|---|---|---|
| 11 | Email from Demming to Murphy | 2/13/2006 | SSE 0213923-4 |
| 12 | Email from Houghton to Ring | 2/26/2006 | CR0006711 |
| 13 | Email from Elloso to Murphy | 3/1/2006 | SSE 00053322 |
| 14 | Email from Elloso to Hellwig | 3/27/2006 | SSE 00214065-7 |
| 15 | Email from Demming to C. Feola | 4/6/2006 | SSE 00213950-2 |
| 16 | Email from Martin to Furjanic | 4/14/2006 | SSE 00014495-6 |
| 17 | Email from Demming to Farley at UPMC | 4/25/2006 | SSE 00213921-22 |
| 18 | 2006-05-03 Email Heppner to Haggarty, Higinbotham, and Whitaker cc Kurz | 5/3/2006 | SSE 00057148 |
| 19 | Email from Carver to Higinbotham | 5/15/2006 | SSE 00214630 |
| 20 | 2006-06-20 Memo from David Langlais to Global References 06-029 | 6/20/2006 | SS_00003096 |
| 21 | Email from Whitaker to Lippe | 7/3/2006 | SMSE 00052499 |
| 22 | Email from Miller to Miller | 7/20/2006 | SSE 00214718-20 |
| 23 | 2006-07-26 Email Whitaker to Higinbotham | 7/26/2006 | SSE 00020849-50 |
| 24 | Letter from Ring to Huntington Memorial Hospital | - | CR0012895-97 |
| 25 | 2006-09-01 Memo from David Langlais to Global References 06-044 | 9/1/2006 | SS_00003724 |
| 26 | 2006-09-20 Mixing Instructions-Handwritten Letter-OP-1 Efficacy Handout-Chris Ring Business Card | 9/20/2006 | ARD00014178 |
| 27 | Email from Sneed to Campbell | 9/25/2006 | SSE 00014512-15 |
| 28 | Email from Sneed to tcstryker | 9/25/2006 | SEM 00102456-9 |
| 29 | Email from Sneed to Campbell | 9/26/2006 | SSE 00216379 |
| 30 | 2006-09-29 Mixing Instructions and Chris Ring's Business Card | 9/29/2006 | ARD00014177 |
| 31 | Email from Campbell to Sneed | 10/18/2006 | SSE 00014505-7 |
| 32 | Email from Sneed to Dr. Pikus | 10/18/2006 | SSE 00014510-11 |
| 33 | Email from Sneed to Travis Campbell | 10/18/2006 | SSE 00216367 - 68 |
| 34 | Email from Whitaker to Sneed | 10/19/2006 | SMSE 00050455 |
| 35 | Email from Ard to Blooston | 10/23/2006 | SSE 00177498 - 504 |
| 36 | Email from Whitaker to Sneed | 10/26/2006 | SEM 00097038 |
| 37 | Email from Sneed to Craig Black with mixing instructions | 10/27/2006 | SSE 00216319 |
| 38 | Email from Sneed to Campbell | 11/2/2006 | SSE 00014508-9 |
| 39 | Email from Demming to Intrieri | 11/9/2006 | SSE 00014528-9 |
| 40 | Email from Martin to Dugan | 11/13/2006 | SEM 00063283-4 |
| 41 | Email from Martin to Furjanic | 11/13/2006 | SSE 00014488-9 |
| 42 | Email from Pisarello to Karam | 12/5/2006 | SSE 00215802 |
| 43 | Email from Miller to Hammond | 12/7/2006 | SSE 00058787-8 |
| 44 | Email from Martin to Furjanic | 12/8/2006 | SSE 00014493-4 |

| | | | |
|---|---|---|---|
| 45 | Email from Dopson to Lippe | 12/11/2006 | SSE 00214709 |
| 46 | Email from Sneed to Grant | 12/14/2006 | SSE 00216296 |
| 47 | 2007 Business Plan: Stryker Biotech by Tricia Gaston, Sales Trainer & TM | 12/31/2006 | SSE 00019798-806 |
| 48 | Email from Martin to Furjanic | 1/9/2007 | SSE 00014490 |
| 49 | Email from Demming to Intrieri | 1/18/2007 | SSE 00014548-73 |
| 50 | Email from Demming to Hughes | 2/9/2007 | SSE 00213914 |
| 51 | Email from Martin to Faught | 3/14/2007 | SSE 00014522-25 |
| 52 | Emails between Waller and Doyle | 3/23/2007 | SEM 00005332 |
| 53 | Email from Gaston to Dr. Ipsen | 5/4/2007 | SSE 00214181-83 |
| 54 | Email from Pisarello to Karam | 5/7/2007 | SSE 00215801 |
| 55 | Email from Doyle to Sue Gil | 5/17/2007 | SEM 00005308 |
| 56 | Email from Demming to Dr. Welker | 5/17/2007 | SSE 00014544-5 |
| 57 | Email from Whitaker to Sanat | 6/5/2007 | SMSE 00045674-5 |
| 58 | Email from Whitaker to Heppner | 6/5/2007 | SMSE 00045697 |
| 59 | Email from Huston to Garcia | 6/13/2007 | SSE 00214063 |
| 60 | Email from Demming to Robinson at UPMC | 6/29/2007 | SSE 00213926-27 |
| 61 | Email from Demming to Melvila | 7/6/2007 | SSE 00014546-7 |
| 62 | Email from Blooston to Blooston. Attached: Dr. Banks Mixing OP1.doc | 7/7/2007 | SSE 00213603 - 04 |
| 63 | Email from Demming to Hobbs | 7/11/2007 | SSE 00014526-7 |
| 64 | Email from Ring to Wilson | 7/27/2007 | SEM 00086504-5 |
| 65 | 2007-07-27 Email from Ring to Ard | 7/27/2007 | ARD00014191 |
| 66 | Email from DiProfio to Martin, Shipley, Denney | 7/30/2007 | SSE 00052994 |
| 67 | Email from Ring to Ard | 7/31/2007 | SSE 00215836 |
| 68 | Email from Ring to Ard | 8/1/2007 | SSE 00215841-42 |
| 69 | Email from Ard to Amber D. | 8/1/2007 | SSE 00215832 |
| 70 | Email from Ard to Bloome | 8/1/2007 | SSE 00215833 |
| 71 | Email from Ring to Ard | 8/1/2007 | SSE 00215834- 35 |
| 72 | Email from Ring to Ard | 8/1/2007 | SSE 00215843 - 44 |
| 73 | Email from Demming to Nigro | 8/2/2007 | SSE 00014536-7 |
| 74 | Email from Demming to Nigro. Attached OP-1 mixing instructions. | 8/2/2007 | SSE 00213930 - 31 |
| 75 | Email from Sneed to Romfo | 8/8/2007 | SSE 00216297 |
| 76 | Email from Sneed to Romfo | 11/9/2007 | SSE 00216316-8 |
| 77 | Email from Whitaker to SE Region | 12/11/2007 | SSE 00214708 |
| 78 | Email from Mayes in response to Sample | 12/11/2007 | SSE 00216228 - 29 |
| 79 | Email from Demming to Sanat | 1/4/2008 | SSE 00014516-8 |
| 80 | Email from Demming to Hobbs | 1/21/2008 | SSE 00213917-8 |
| 81 | Email from Demming to Ullum | 2/20/2008 | SSE 00096451-2 |

| 82 | Email from Demming to Ullum | 2/20/2008 | SSE 00213875 |
|---|---|---|---|
| 83 | Gaston notes | - | SBPH 00000001-6 |
| 84.001 | MDR 2006-00010 | 6/11/2006 | FDA0007699-700 |
| 84.002 | MDR 2006-00003 | 6/23/2006 | FDA0007956-8 |
| 84.003 | MDR 2006-00004 | 3/23/2006 | FDA0007962-3 |
| 84.004 | MDR 2006-00015 | 7/28/2006 | FDA0007897-9 |
| 84.005 | MDR 2006-00016 | 8/18/2006 | FDA0008035-7 |
| 84.006 | MDR 2006-00019 | 9/8/2006 | FDA0007773-5 |
| 84.007 | MDR 2006-00022 | 9/8/2006 | FDA0007777-8 |
| 84.008 | MDR 2006-00020 | 9/8/2006 | FDA0007783-4 |
| 84.009 | MDR 2006-00022 | 9/29/2006 | FDA0008017-8 |
| 84.010 | MDR 2006-00021 | 9/29/2006 | FDA0008015-6 |
| 84.011 | MDR 2006-00016 | 10/13/2006 | FDA0008021-3 |
| 84.012 | MDR 2006-00008 | 11/10/2006 | FDA0007684-5 |
| 84.013 | MDR 2006-00007 | 11/10/2006 | FDA0007681-3 |
| 84.014 | MDR 2006-00026 (1) | 12/15/2006 | FDA0007934-8 |
| 84.015 | MDR 2006-00044 (1) | 1/5/2007 | FDA0007689-90 |
| 84.016 | MDR 2007-00005 (0) | 2/14/2007 | FDA0008116-20 |
| 84.017 | MDR 2007-00013 (0) | 3/9/2007 | FDA0008121-25 |
| 84.018 | MDR 2007-00005 (1) | 3/9/2007 | FDA0007709-13 |
| 84.019 | MDR 2007-00094 (0) | 9/20/2007 | FDA0007726-30 |
| 84.020 | MDR 2007-00099 (0) | 10/1/2007 | FDA0007761-3 |
| 84.021 | MDR 2007-00100 (0) | 10/1/2007 | FDA0007731-3 |
| 84.022 | MDR 2007-00098 (0) | 10/1/2007 | FDA0007758-60 |
| 84.023 | MDR 2007-00097 (0) | 10/1/2007 | FDA0007764-6 |
| 84.024 | MDR 2007-00102 (0) | 10/1/2007 | FDA0007734-7 |
| 84.025 | MDR 2007-00096 (0) | 10/1/2007 | FDA0007756-7 |
| 84.026 | MDR 2007-00015 (0) | 10/30/2007 | FDA0007856-7 |
| 84.027 | MDR 2007-00018 (0) | 10/30/2007 | FDA0007802-3 |
| 84.028 | MDR 2007-00020 (0) | 10/30/2007 | FDA0007864-5 |
| 84.029 | MDR 2007-00022 (0) | 10/30/2007 | FDA0007868-9 |
| 84.030 | MDR 2005-00024 (0) | 10/30/2007 | FDA0007866-7 |
| 84.031 | MDR 2005-00027 (0) | 10/30/2007 | FDA0007888-9 |
| 84.032 | MDR 2005-00029 (0) | 10/30/2007 | FDA0007849-51 |
| 84.033 | MDR 2006-00048 (0) | 10/30/2007 | FDA0007796-7 |
| 84.034 | MDR 2006-00050 (0) | 10/30/2007 | FDA0007827-8 |
| 84.035 | MDR 2006-00052 (0) | 10/30/2007 | FDA0007872-4 |
| 84.036 | MDR 2006-00054 (0) | 10/30/2007 | FDA0007882-4 |
| 84.037 | MDR 2006-00056 (0) | 10/30/2007 | FDA0007829-30 |
| 84.038 | MDR 2006-00058 (0) | 10/30/2007 | FDA0007833-4 |
| 84.039 | MDR 2006-00059 (0) | 10/30/2007 | FDA0007822-4 |
| 84.040 | MDR 2006-00061 (0) | 10/30/2007 | FDA0007890-2 |
| 84.041 | MDR 2006-00064 (0) | 10/30/2007 | FDA0007839-40 |

| | | | |
|---|---|---|---|
| 84.042 | MDR 2006-00065 (0) | 10/30/2007 | FDA0007841-2 |
| 84.043 | MDR 2006-00068 (0) | 10/30/2007 | FDA0007847-8 |
| 84.044 | MDR 2006-00069 (0) | 10/30/2007 | FDA0007831-2 |
| 84.045 | MDR 2006-00071 (0) | 10/30/2007 | FDA0007808-9 |
| 84.046 | MDR 2006-00072 (0) | 10/30/2007 | FDA0007806-7 |
| 84.047 | MDR 2006-00074 (0) | 10/30/2007 | FDA0007818-9 |
| 84.048 | MDR 2006-00076 (0) | 10/30/2007 | FDA0007814-5 |
| 84.049 | MDR 2006-00078 (0) | 10/30/2007 | FDA0007862-3 |
| 84.050 | MDR 2007-00114 (0) | 11/9/2007 | FDA0007879-881 |
| 84.051 | MDR 2007-00111 (1) | 12/14/2007 | FDA0008002-6 |
| 84.052 | MDR 2007-00099 (1) | 12/14/2007 | FDA0007986-8 |
| 84.053 | MDR 2007-00100 (1) | 12/14/2007 | FDA0007983-5 |
| 84.054 | MDR 2007-00098 (1) | 12/14/2007 | FDA0007989-91 |
| 84.055 | MDR 2007-00097 (1) | 12/14/2007 | FDA00079924 |
| 84.056 | MDR 2007-00102 (1) | 12/14/2007 | FDA0007979-82 |
| 84.057 | MDR 2007-00103 (1) | 12/14/2007 | FDA0007976-8 |
| 84.058 | MDR 2008-00015 (0) | 4/10/2008 | FDA0007939-41 |
| 85 | Exemplar of OP-1 Implant in box with label | - | Image |
| 86 | Exemplar of OP-1 Putty in box with label | - | Image |
| 87 | Exemplar of Calstrux 5cc | - | FDA0008141 |
| 88 | Exemplar of Calstrux 10cc | - | FDA0008142 |
| 89 | Exemplar of Calstrux 15cc | - | FDA0008140 |
| 90 | OP-1 Implant Package Insert | - | V26-0093 Rev.01 |
| 91 | Revised OP-1 Implant Package Insert | - | USAO23427-8 |
| 92 | OP-1 Putty Package Insert | - | - |
| 93 | Revised OP-1 Putty Package Insert | - | USAO05933 |
| 94 | 510(k) Summary for Stryker TCP Putty | 8/26/2004 | SEM 00099664-8 |
| 95 | Revised Calstrux Package Insert | - | FDA0008138-9 |
| 96 | Stryker Biotech Field Communication, Volpa to Sales Force | 10/16/2002 | SD 05746 |
| 97 | Stryker Biotech Response Letter to FDA Questions about 510(k) | 8/20/2004 | USAO11535-67 |
| 98 | TCP Putty Marketing Update | 11/11/2004 | SSE 00023596 - 602 |
| 99 | Stryker Biotech Customer Letter | 9/7/2005 | SS_00000386- 87 |
| 100 | 2005-10-31 Sales Representative Observation Sheet | 10/31/2005 | ARD00013646 |
| 101 | 2005-11-14 Email from Ard to Buffo | 11/14/2005 | ARD00009460-1 |
| 102 | Stryker Biotech SWOT Analysis | 12/14/2005 | SSE 00020074-81 |
| 103 | Shane Doyle, Sales Rep Performance Review | 1/4/2006 | SD 00004-7 |
| 104 | 2006-01-07 Email from Philip to Yung et al. and VP Meeting Minutes | 1/7/2006 | SSE 00162350-1 |

| | | | |
|---|---|---|---|
| 105 | TCP Update | 1/19/2006 | SS_00000434-38 |
| 106 | TCP Update | 1/19/2006 | O00000038-42 |
| 107 | Comments from Regional sales managers TCP Putty (Calstrux) Related Concerns/Questions National Sales Meeting | 1/22/2006 | SS_00000441-42 |
| 108 | Comments from Regional sales managers TCP Putty (Calstrux) Related Concerns/Questions National Sales Meeting | 1/22/2006 | O 00000045-6 |
| 109 | Handwritten Notes, Calstrux-Spine | 1/25/2006 | O 00001008 |
| 110 | Dr. Fishgrund Invoice, Feb 2006 | 2/1/2006 | SMS 00003377 - 78 |
| 111 | Dear Doctor Draft from Dr. Silverman | 2/1/2006 | O 00000070 |
| 112 | Dear Doctor Letter with handwriting | 2/1/2006 | O 00000095 |
| 113 | Philip Notes, Calstrux Marketing Plan | 2/1/2006 | O 00001005 |
| 114 | Post-marketing Adverse Events OP-1 Implant / Calstrux Combined Use with handwriting | 2/3/2006 | O 00000100-1 |
| 115 | Email from Ryan Denney to Whitaker, Idris, Ard, Murphy, and Heppner | 2/15/2006 | SSE 00020859-61 |
| 116 | Email from Idris to Heppner, Denney, Ard et al. | 2/15/2006 | SSE 00041708-10 |
| 117 | Email from Whitaker to Heppner | 2/15/2006 | SMSE 00054513 |
| 118 | Memo with handwriting from Philip to Alford | 2/15/2006 | O 00000035-7 |
| 119 | Memo from Philip to Alford | 2/15/2006 | SSE 00044859 |
| 120 | 2006-03-15 Email chain between Ard and Denney et al. | 2/15/2006 | SSE 00057275-77 |
| 121 | Email from Heppner to Espo | 2/16/2006 | SSE 00230343-4 |
| 122 | Emails between Philip and Kurz | 2/16/2006 | SSE 00086524-25 |
| 123 | Email from Heppner to Kurz | 2/17/2006 | SSE 00086852 |
| 124 | Email from Philip to Idris | 2/20/2006 | SS_000008411-2 |
| 125 | Email from Philip to Alford | 2/23/2006 | O 00000067 |
| 126 | Email from Philip to Heppner | 2/28/2006 | SSE 00041372-3 |
| 127 | Email from Whitaker to Heppner | 2/28/2006 | SMSE 00054214 |
| 128 | Email from Lisa Lennek | 3/1/2006 | SSE 00175203-22 |
| 129 | Handwritten Notes "Too harsh" | 3/1/2006 | O 00000074 |
| 130 | Dear Doctor Letter re AE with Calstrux in combination with OP-1 | 3/1/2006 | O 00000075 |
| 131 | Slideshow, Calstrux Safety complaints and Plan of Action | 3/1/2006 | O 00000052-66 |
| 132 | Email from Lee Petrides | 3/2/2006 | SEM 00009148 |
| 133 | Email from Mark Philip | 3/2/2006 | SS 00000449 |

| 134 | Emails between Sernatinger and Philip et al. | 3/2/2006 | O 00000073 |
|---|---|---|---|
| 135 | Email from Idris to Houghton | 3/3/2006 | SSE 00043054-5 |
| 136 | Email from Heppner to Sales Team | 3/4/2006 | SEM 00014508 |
| 137 | Email from Philip to Houghton | 3/4/2006 | SSE 00163853-5 |
| 138 | Email from Martin to Denney | 3/4/2006 | SEM 00079462-64 |
| 139 | Email from Houghton to Idris | 3/5/2006 | SSE 00057320 |
| 140 | Email from John Houghton | 3/5/2006 | SSE 00053077 |
| 141 | Email from Bill Heppner to the sales team about the prospective Calstrux Letter | 3/7/2006 | SEM 00008027 |
| 142 | Email string between Heppner and Philip | 4/3/2006 | SMSE 00007081 |
| 143 | Email from Heppner to Cameron et al. | 5/1/2006 | SEM 00008083 |
| 144 | Email from Philip to Yung et al. | 5/10/2006 | SSE 00086843-4 |
| 145 | Kurz Brick vs. Traditional Instrumented PLF Presentation | 5/12/2006 | SSE 00022258-371 |
| 146 | Email to Dr. Patel from Ard | 5/26/2006 | Kmiller 0118-9 |
| 147 | Email from Philip to Heppner | 5/26/2006 | SMSE 00028675-7 |
| 148 | Email from Philip to Dr. Patel | 5/26/2006 | SMSE 00028678-80 |
| 149 | Handwritten Letter, Patel to Philip | 5/28/2006 | SMS00001835-8 |
| 150 | Email from Philip to Bergy | 6/22/2006 | SSE 00086633-4 |
| 151 | Email from Haggarty to HCA | 6/28/2006 | SSE 00057116-24 |
| 152 | Email from Philip to FoxSmith | 7/5/2006 | SSE 00215073-4 |
| 153 | Email from Alford to Philip | 7/5/2006 | O 00000028 |
| 154 | Calstrux Scenario Analysis with handwriting | 7/14/2006 | O 00000258 |
| 155 | Regulatory Affairs Considerations Global Perspective | 7/14/2006 | SSE 0092786-806 |
| 156 | MidYear Sales Meeting | 7/21/2006 | SSE 00056914 |
| 157 | Regulatory Action Summary | 7/25/2006 | FDA0007103-6 |
| 158 | Stryker Corporation Board Meeting Minutes Excerpts (As Produced) | 7/26/2006 | SBM00000022-88 |
| 159 | FDA Questions from Letter of Deficiency | 7/26/2006 | O 00000215-33 |
| 160 | Email from Mayes to Roshi LNU | 8/17/2006 | SSE 00058690-2 |
| 161 | Email from Whitaker to Haggarty | 8/17/2006 | SMSE 00051790 |
| 162 | Important Safety Alert - Calstrux-Letter to doctors from Julie Krop | 8/25/2006 | SS 00000490 |
| 163 | Email from Whitaker to Haggarty | 8/30/2006 | SSE 00056407-10 |
| 164 | Sales Training Class September 2006 | - | SSE 00025313 - 64 |
| 165 | 2006-09-10 Consulting Receipts for Tushar Patel | 9/10/2006 | SMS00004127-35 |
| 166 | Email from Murphy to New Albany Surgical Hospital | 10/1/2006 | SSE 00213907-8 |

| | | | |
|---|---|---|---|
| 167 | Text with Email String between Heppner and Whitaker | 11/5/2006 | SMSE 00042755-6 |
| 168 | Product Approval and Labeling in the United States Slideset | 1/1/2007 | SSE 00018492-603 |
| 169 | Feedback from Philip to Eltringham on Top 5 Priorities | 3/4/2007 | SSE 00064749-51 |
| 170 | Email from Doyle to Ard | 3/8/2007 | SSE 00053125 |
| 171 | Email from Idris to Saur | 4/3/2007 | SSE 00089035-7 |
| 172 | 2007-05-04 UMC Pricing Proposal | 5/4/2007 | ARD00013353 |
| 173 | Email from Peter Murphy | 5/25/2007 | SMSE 00018089-90 |
| 174 | 2006-07-11 Operative Report | - | 2/4/2009 GJ Ex. 5 |
| 175 | 2007-05-25 Operative Report | - | 2/4/2009 GJ Ex. 6 |
| 176 | CT scan of pelvis | - | 2/4/2009 GJ Ex. 3 |
| 177 | Ectopic Bone Formation Case Report Abstract | - | 2/4/2009 GJ Ex. 4 |
| 178 | 2010-05 Ectopic Bone Formation in the Pelvis-A Case Report | - | USAO46225-32 |
| 179 | Email from Boyer to Eltringham | 7/13/2007 | SSE 00020162-63 |
| 180 | 2007-07-18 OP-1 Q3 Quarterly Meeting Slideset | 7/18/2007 | ARD00014655 |
| 181 | Email from Darnell Martin | 8/7/2007 | SEM 00060919 |
| 182 | Email from Whitaker to SE Region | 8/9/2007 | SMSE 00044711 |
| 183 | Email from Whitaker to Pisarello | 8/24/2007 | SMSE 00044438-9 |
| 184 | 2007-09-24 Email Eltringham to Sample, Ross, and Martin cc Boyer | 9/24/2007 | SEM 00042728-30 |
| 185 | Emails involving Sample and Bowlin | 10/1/2007 | SEM 00038682-3 |
| 186 | 2007-10-11 Scripps Pricing Proposal | 10/11/2007 | ARD00013350 |
| 187 | 2007-10-19 Email Sample to Ross cc Heppner and Martin | 10/19/2007 | SEM 00036953 |
| 188 | 2007-11-01 Email Sample to Ross cc Heppner and Martin | 11/1/2007 | SEM 00045453-4 |
| 189 | Emails between Lopez, Sample and others | 12/11/2007 | SSE 00058548-49 |
| 190 | Email from Lippe to Boyer | 12/14/2007 | SSE 00054604- 05 |
| 191 | 2007-12-14 PowerPoint-Calstrux Global Usage Trends | 12/14/2007 | ARD00013376-401 |
| 192 | Email from Boyer to Eltringham | 1/31/2008 | SSE 00219121 |
| 193 | 2008-04-25 FDA Warning Letter | 4/25/2008 | USAO42251-7 |
| 194 | Email from Mayes to Dr. Gelb | 9/25/2008 | SSE 00058606-58608 |
| 195 | Calstrux Preparation: Evolution | - | WGH-00093-96 |
| 196 | OP-1/TCP Putty: A retrospective review of 25 Patients | - | WGH-00081-91 |

| | | | |
|---|---|---|---|
| 197 | Table of 102 patient analysis Post-marketing adverse events, OP-1 | - | WGH-00002-7 |
| 198 | Powerpoint "Calstrux - Jeffrey Fischgrund, Lawrence Kurz November 2006 | - | WGH-00030-35 |
| 199 | Espo's invitation to Dr.Kuhns to Emerging Leaders meeting | - | SMSE 00000474 |
| 200 | Emerging Leaders Agenda | - | SMS 00002844-51 |
| 201 | "Retrospective Review-William Beaumont Hospital" | - | KMiller 0121-9 |
| 202 | Letter from DHHS to Amy J. Laforte | 4/7/2004 | SMSE 00064202-10 |
| 203 | Sales Process Meeting Key Action Items-Dec 3rd | 12/3/2004 | SSE 00013638-9 |
| 204 | Pre-PMA Strategy Update 2-2-2005 | 2/2/2005 | O 00000453-461 |
| 205 | Email from Boyer to Philip | 2/3/2005 | SP000000004-13 |
| 206 | Email from Boyer to Eltringham | 3/24/2005 | SSE 00216817 |
| 207 | Pre-PMA Patient Analysis 03-25-2005 | 3/25/2005 | CBUSAO 011819-27 |
| 208 | Pre-PMA Patient Analysis 03-25-2005 | 3/25/2005 | O 00000472-484 |
| 209 | Email from Philip to Reali, Houghton, Renker | 4/20/2005 | O 00001114 |
| 210 | Emails involving Barnett, Boyer and Houghton | 4/22/2005 | SSE00013459-523 |
| 211 | Emails between Boyer, Eltringham, DiProfio et al. | 4/22/2005 | SSE 00055549-552 |
| 212 | Sales Summit Meeting Notes 4-22-2005 | 4/22/2005 | O 0001121-5 |
| 213 | Outlook Entry Meeting 4-26-05 | 4/25/2005 | SMSE 00070468 |
| 214 | Sales Plan May 2005 with handwriting | 5/1/2005 | O 00001126-35 |
| 215 | Letter from Heppner "Sales Force Optimization" | 5/19/2005 | SMSE 00067247 |
| 216 | Letter from Heppner "Sales Force Optimization" | 5/19/2005 | SD 00021-3 |
| 217 | Email from Martin to Heppner | 5/20/2005 | SEM 00078091 |
| 218 | 2005-06-05 Email from Philip to Houghton | 6/5/2005 | SSE 00178529-55 |
| 219 | Global Sales & Marketing Update John Houghton | 6/9/2005 | SSE 00178557-77 |
| 220 | Business and Program Quarterly Review | 6/9/2005 | SSE 00084139-64 |
| 221 | Email from Philip to Mitoko | 8/7/2005 | SSE 00162849-51 |
| 222 | 2006 Budget President's Memo | 10/13/2005 | SSE 00170561 |
| 223 | Two Dose Vial Needs Analysis | 11/22/2005 | SSE 000013348-56 |
| 224 | Email from C. Boyer to S. Eltringham | 12/14/2005 | SSE 00216759-63 |
| 225 | Short Term Sales Challenge with handwriting | 12/31/2005 | O 00001115-7 |
| 226 | 2006 Sales Quotas | - | SS 00000047 |

| | | | |
|---|---|---|---|
| 227 | Email from Philip to Houghton with Notes from Sales Meeting | 1/23/2006 | SMSE 00022300-302 |
| 228 | OP-1 Putty H020008 Annual Report | 4/21/2006 | SN 00000143-160 |
| 229 | DHHS Letter to Supko re:H020008/R2 | 6/30/2006 | SS 00000352 - 355 |
| 230 | DHHS Letter to Supko re:H020008/R2 | 6/30/2006 | O 00000250-3 |
| 231 | Response to 2006-06-30 Deficiency Letter | 7/27/2006 | FDA0005732-67 |
| 232 | Email from Whitaker to Heppner | 8/18/2006 | SMSE 00051710 |
| 233 | Email from Philip to Renker | 10/1/2006 | SMSE 00006511-2 |
| 234 | 2007 Biotech President's Letter | 11/17/2006 | SSE 00217696 |
| 235 | 2007 Biotech Budget | 1/1/2007 | SMS 00020253-20254 |
| 236 | 2007 Biotech Budget-This is THE Budget | 1/9/2007 | O 00000343 |
| 237 | Email from Philip to Ard, Whitaker, Denney, and Murphy | 1/15/2007 | SSE 00229823-4 |
| 238 | Email from Philip to Heppner | 1/15/2007 | SSE 00229821-2 |
| 239 | Email from Philip to Whitaker | 2/1/2007 | SMSE 00006508 |
| 240 | Email from Supko to Falb et al. and Final Draft 2007 OP-1 Putty AR | 4/30/2007 | SSE 00226934-87 |
| 241 | Letter from Donna E. Supko to CDRH with 2007 Annual Report for HDE for OP-1 Putty | 4/30/2007 | SN 00000302-406 |
| 242 | Emails from Mark Philip to Yung et al. | 6/1/2007 | SMSE 00006505 |
| 243 | 2007-06-19 Email from Heppner to Whitaker et al. | 6/19/2007 | SSE 00219720-1 |
| 244 | Email from Philip to Sernatinger | 6/22/2007 | SSE 00226093-4 |
| 245 | 2007-10-11 email from Waswill to others | 10/11/2007 | SSE 00043072-6 |
| 246 | Email from Shapiro to Philip | 10/16/2007 | SHP 00000060-61 |
| 247 | Emails between Shapiro and Philip | 10/24/2007 | SHP 00000066-67 |
| 248 | Email from Philip to Shaprio | 10/30/2007 | SSHP 00000087-88 |
| 249 | 2008 Biotech President's Letter | 10/31/2007 | SSE 00212708 |
| 250 | Email from Philip to Yung et al. | 11/9/2007 | SSE 00043064-43071 |
| 251 | Email from Philip to Shapiro | 11/13/2007 | SSHP 00000107-22 |
| 252 | Meeting record, Philip, Sernatinger, Renker, Ramsdell | 11/13/2007 | SSE 00043056-063 |
| 253 | Sernatinger 19 Nov. 07 | 11/19/2007 | O 00000195 |
| 254 | Emails between Shapiro and Philip | 2/20/2008 | SSHP 00000104 |
| 255 | Email from Eltringham to Young | 2/21/2008 | SSE 00055682-4 |
| 256 | Email from Heppner to Renker | 2/21/2008 | SSE 00177966-978 |
| 257 | 2008-02-21 Email from Plaza to Philip | 2/21/2008 | SSE 00088368-76 |
| 258 | Email chain between Ard, J. Whitaker, R. Denney, and B. Heppner | 2/22/2008 | 8/5/2009 GJ Ex. 4 |
| 259 | Emails between Heppner, Renker and others | 2/22/2008 | SSE 00050044-50053 |

| | | | |
|---|---|---|---|
| 260 | Email from Whitaker to Espo | 2/22/2008 | SMSE 00058190 |
| 261 | 2008-02-22 Email from Philip to Plaza | 2/22/2008 | SSE 00226661-733 |
| 262 | Consignment Sales Apr-07 to Feb-08 | 2/26/2008 | O 00000550 |
| 263 | Letter from Philip to customers | 2/28/2008 | SSE 00057643 |
| 264 | RA HDE Cap strategies with handwriting | 4/1/2008 | O 00000553 |
| 265 | Letter to CDRH from Sarah Hlavachek | 5/12/2008 | USAO14638-14720 |
| 266 | SYK- Q3 2008 Styker Earnings Conference Call Final Transcript | 10/16/2008 | SCS 00000522-547 |
| 267 | Handwritten Notes, "What do only some of the pts buy off label..." | | O 00000396 |
| 268 | Handwriten Notes, diagram | | O 00000400 |
| 269 | HDE Cap Estimates Plan with handwriting | | O 00000552-3 |
| 270 | Handwritten Notes | | O 00000565 |
| 271 | HDE Cap Estimates Plan with handwriting | - | O 00000560 |
| 272 | FDA Letter to Stryker Biotech | 8/10/2006 | FDA0007511-2 |
| 273 | FDA Letter to Stryker Biotech | 11/2/2006 | FDA0007569-80 |
| 274.001 | Stryker Biotech December 2004 and Year End Report | 1/11/2004 | SSE 00098607-20 |
| 274.002 | December and Year End Highlights- Biotech Division | 1/11/2004 | SSE 00098621-3 |
| 274.003 | Stryker Biotech January 2005 Report | 2/7/2005 | SSE 00098568-80 |
| 274.004 | January Highlights-Biotech Division | 2/7/2005 | SSE 00098581-3 |
| 274.005 | Stryker Biotech February 2005 Report | 3/7/2005 | SSE 00072622-635 |
| 274.006 | Stryker Biotech March 2005 Report and Highlights | 4/7/2005 | SSE 00174370-86 |
| 274.007 | Stryker Biotech April 2005 Report | 5/7/2005 | SSE 00072649-60 |
| 274.008 | April Highlights-Biotech Division | 5/7/2005 | SSE 00171301-3 |
| 274.009 | 2005-06-07 Email from Philip to Kemler and May Monthly Highlights | 6/7/2005 | SSE 00170659-74 |
| 274.010 | 2005-07-05 Email from Philip to Kemler and June Monthly Highlights | 7/7/2005 | SSE 00170693-709 |
| 274.011 | 2005-08-08 Email from Philip to Kemler and July Monthly Highlights | 8/7/2005 | SSE 00162605-22 |
| 274.012 | 2005-09-07 Email From Philip to Kemler and August Monthly Highlights | 9/7/2005 | SSE 00162432-51 |
| 274.013 | Stryker Biotech September 2005 Report | 10/7/2005 | SSE 0072695-711 |
| 274.014 | September Highlights-Biotech Division | 10/7/2005 | SSE 00170771-3 |
| 274.015 | 2005-11-04 Email from Philip to Kemler and Oct Monthly Reports | 11/4/2005 | SSE 00171484-505 |
| 274.016 | 2005-12-08 Email from Philip to Kemler and Nov Monthly Reports | 12/8/2005 | SSE 00162580-603 |

| | | | |
|---|---|---|---|
| 274.017 | 2006-01-09 Email from Philip to Kemler and Dec Monthly Report | 1/9/2006 | SSE 00086323-43 |
| 274.018 | 2006-02-07 Email from Philip Kemler and Jan Monthly Report | 2/7/2006 | SSE 00164087-107 |
| 274.019 | 2006-03-07 Email from Philip to Kemler and Feb Monthly Report | 3/7/2006 | SSE 00086299-322 |
| 274.020 | 2006-04-07 Email from Philip to Kemler and March Monthly Report | 4/7/2006 | SSE 00019648-74 |
| 274.021 | 2006-05-07 Email from Philip to Kemler and April Monthly Report | 5/7/2006 | SSE 00162394-416 |
| 274.022 | 2006-06-07 Email from Philip to Kemler and May Monthly Report | 6/7/2006 | SSE 00086148-71 |
| 274.023 | 2006-07-08 Email from Philip to Kemler and June Monthly Report | 7/8/2006 | SSE 00063028-51 |
| 274.024 | Stryker Biotech July 2006 Report prepared by Renker | 8/7/2006 | SMSE 00009278-9310 |
| 274.025 | 2006-09-07 Email from Philip to MacMillan and Kemler and August 2006 Highlights | 9/7/2006 | SSE 00128841-4 |
| 274.026 | Stryker Biotech September 2006 Report | 10/7/2006 | SSE 00072942-57 |
| 274.027 | 2006-10-07 Email from Philip to Macmillan and Kemler-Highlights | 10/7/2006 | SSE 00123573-6 |
| 274.028 | 2006-11-07 Email from Philip to Macmillan and Kemler-Highlights | 11/7/2006 | SSSE 00123606-9 |
| 274.029 | Stryker Biotech November 2006 Report | 12/7/2006 | SSE 00030679-92 |
| 274.030 | November Highlights-Biotech Division | 12/7/2006 | SSE 00138714-6 |
| 274.031 | Stryker Biotech December and Year End 2006 Report | 1/7/2007 | SMSE 00042215-30 |
| 274.032 | Stryker Biotech January 2007 Report | 2/7/2007 | SMSE 00019348-62 |
| 274.033 | Stryker Biotech February 2007 Report | 3/7/2007 | SMSE 00019363-80 |
| 274.034 | February 2007 Highlights-Biotech Division | 3/7/2007 | SMSE 00038461-3 |
| 274.035 | Stryker Biotech April (sic) 2007 Report | 4/7/2007 | SMSE 00009444-61 |
| 274.036 | 2007-05-07 Email from Philip to Kemler and April Monthly Reports | 5/7/2007 | SMSE 00037925-45 |
| 274.037 | 2007-06-08 Email from Philip to Kemler and May Monthly Highlights | 6/8/2007 | SMSE 00037016-34 |
| 274.038 | 2007-07-07 Email from Philip to Kemler and June Monthly Reports | 7/7/2007 | SSE 00074713-34 |
| 274.039 | 2007-08-07 Email from Philip to Kemler and July Monthly Reports | 8/7/2007 | SMSE 00038534-55 |
| 274.040 | 2007-09-07 Email from Philip to Kemler and Aug Monthly Reports | 9/7/2007 | SMSE 00038724-46 |

| | | | |
|---|---|---|---|
| 274.041 | 2007-10-07 Email from Philip to Kemler and Sep Monthly Reports | 10/7/2007 | SSE 00230291-313 |
| 274.042 | 2007-11-07 Email from Philip to Kemler and Oct Monthly Reports | 11/7/2007 | SSE 00224017-35 |
| 274.043 | 2007-12-07 Email from Philip to Kemler and Nov Monthly Reports | 12/7/2007 | SSE 00230246-67 |
| 274.044 | 2008-01-08 Email from Philip to Kemler and Dec Monthly Reports | 1/8/2008 | SSE 00223959-77 |
| 274.045 | 2008-02-07 Email from Philip to Kemler and Jan Monthly Reports | 2/7/2008 | SSE 00223978-97 |
| 275.001 | Philip 2006 Objectives and Bonus Potential | 3/5/2005 | SMS 00005174-5 |
| 275.002 | 2006-12-15 Salesforce Monthly Compensation Chart | 12/15/2006 | SMSE 00007244-6 |
| 275.003 | Philip 2007 Objectives and Bonus with Handwriting | 3/1/2007 | SMS 00005176 |
| 275.004 | 2007-03-06 Email from Capra to Carvalho | 3/6/2007 | SS_000007859-60 |
| 275.005 | 2008-01-03 Email from Renker to Hepper and 2007 YTD Compensation | 1/3/2008 | SSE 00107154-85 |
| 275.006 | 2008 Philip Objectives and Bonus Potential | 2/11/2008 | SMS 00005160 |
| 275.007 | 2008-02-12 Philip Stock Option Statement | 2/12/2008 | SS_00007855.1-8 |
| 275.008 | 2008-03-17 Email from Dillon to Renker and Heppner and 2008 Compensation Summary | 3/17/2008 | SSE 00107248-56 |
| 275.009 | 2006-2008 Annual Compensation Chart | | SMS 00003954 |
| 276 | OP-1 Implant Approval Letter | 10/17/2001 | USAO23074-5 |
| 277 | Stryker Biotech Field Communication from Ken Reali to field sales force | 3/12/2003 | 7/22/2009 GJ Ex. 13 |
| 278 | Cheat Sheet for Rumors in the Field | 7/29/2004 | O 00001098-1100 |
| 279 | 2005 Budget President's Memo | 10/24/2004 | SSE 00170559 |
| 280 | 2004-11-03 Email from S. Koenigsberg to M. Cartier | 11/3/2004 | SEM 00058989-90 |
| 281 | 2005 Budget Objectives | 11/8/2004 | SSE 00175176 |
| 282 | Presentation, TCP Biomaterials Synergy | 12/1/2004 | SS 000009361-77 |
| 283.001 | DVD, 2005 National Sales Meeting | 1/8/2005 | SSV00000003 |
| 283.002 | DVD Excerpt, 2005 National Sales Meeting | 1/8/2005 | - |
| 284 | AdvaMed and Other Legal Issues Slideset | 1/8/2005 | SMS 00019891-925 |
| 285 | Osteobiologics presentation by Jeffrey Fischgrund | 2/2/2005 | SD 00106-170 |
| 286 | Email from Whitaker to Sneed | 3/22/2005 | SEM 00098732 |

13

| | | | |
|---|---|---|---|
| 287 | Stryker Biotech Strategic Plan 2005-2015 | 4/1/2005 | ARD00004264 |
| 288 | Email from Gaffney to Biggins | 4/18/2005 | SSE 00228693 |
| 289 | Email from Whitaker to Sneed | 6/6/2005 | SEM 00095004-5 |
| 290 | Short Term Sales Challenge | 6/7/2005 | SSE 00065505-22 |
| 291 | Email from Whitaker to Sneed | 6/16/2005 | SEM 00096602 |
| 292 | Strategic-Risks and Risk Mitigation-August 2, 2005: VP Meeting | 8/2/2005 | SSE 00225800-1 |
| 293 | Forecast Assumptions 2006 with handwriting | | O 00001119 |
| 294 | Forecast Assumptions-2006 | | SSE 00086540-3 |
| 295 | Email from Morollo to Alford | 2/14/2006 | O 00000049 |
| 296 | Email from Sernatinger to Philip and others | 2/16/2006 | O 00000090-1 |
| 297 | Email from Kemler to Philip | 2/16/2006 | O 00000094 |
| 298 | Email from Whitaker to Heppner | 2/21/2006 | SMSE 00054367-8 |
| 299 | Email from Macek to Philip, Houghton, Barnett | 2/21/2006 | SSE 00087538-46 |
| 300 | Email from Philip to Lancaster | 2/24/2006 | SSE 00215491-2 |
| 301 | 2006-03-02 Email Gaston to Idris et al. | 3/2/2006 | SEM 00011572-3 |
| 302 | Email from Sernatinger to Falb, Philip, silverman, Houghton, Alford | 3/3/2006 | O 00000033-4 |
| 303 | Calstrux Meeting Reminder with Handwriting | 3/3/2006 | O 00000071 |
| 304 | Email from Macek to Philip, Houghton | 3/6/2006 | SSE 00165583-611 |
| 305 | Telephone contact log from Carder Higinbotham reporting two AE's for Dr. Jonathan Partington | 4/12/2006 | SS 00003113 |
| 306 | Minutes of the regular meeting of the Board of Birectors of Stryker Corporation | 4/26/2006 | SBM 00000371-3 |
| 307 | Email from Whitaker to Haggarty, Heppner, Higinbotham | 5/4/2006 | SSE 00020851-2 |
| 308 | Email from Higinbotham to Carver | 5/9/2006 | SSE 000214630 |
| 309 | Styker Biotech strategic plan roundtable discussion 2006 - 2011 | 5/9/2006 | SSE 00029179--233 |
| 310 | Doyle's May 16 Representative Briefing | 5/16/2006 | SSE 00162787 |
| 311 | Slideset-Calstrux Update | 5/16/2006 | SSE 00028532-47 |
| 312 | Email from Whitaker to Heppner and Murphy | 5/26/2006 | SMSE 00053116-8 |
| 313 | Quality Assurance Internal Audit Report with handwriting | 5/31/2006 | O 00001269-82 |
| 314 | Calstrux Questionnaire | 6/1/2006 | CR0005081 |
| 315 | Telephone contact log 2006-01-09 | 6/9/2006 | SS 00003776 |
| 316 | Comments 11 June 06 | 6/11/2006 | SSE 00212947-8 |
| 317 | Email Philip to Anderson | 6/19/2006 | SSE 00041069-086 |

| 318 | Email from Nebila Idris re: "Migration- Addressing the Issue" | 6/23/2006 | SS 00000425 - 427 |
|---|---|---|---|
| 319 | Email from Houts to Alford, Sernatinger, Leprohon | 6/30/2006 | SSE 00175183 |
| 320 | Calstrux Summary | 7/5/2006 | SS 00000379-382 |
| 321 | Email from Morollo to Idris | 7/5/2006 | SSE 00107492-6 |
| 322 | Regulatory Agency Contact Report Form | 7/12/2006 | FDA0000773 |
| 323 | Email from Mark Philip to Julie Krop and Kenneth O'Flaherty | 7/13/2006 | SSE 00215063-71 |
| 324 | Follow-up to Calstrux discussion today & Prep for discussion tomorrow | 7/13/2006 | SMSE 00069082-4 |
| 325 | Calstrux Customer Complaint Review Minutes | 7/14/2006 | SS 00000358-360 |
| 326 | Email from Whitaker to Heppner | 7/16/2006 | SMSE 00052280-2 |
| 327 | Email from Philip to Sernatinger | 7/17/2006 | SSE 00022590-91 |
| 328 | Email from Supko to Philip | 7/17/2006 | SSE 00119842-3 |
| 329 | Guidance for Industry and FDA Staff Humanitarian Device Exemption Regulation: Questions and Answers | 7/18/2006 | SSE 00206854-65 |
| 330 | Stryker Regulatory Action and Reportable Event CAPA | 7/25/2006 | SSE 00216033-4 |
| 331 | Heppner-Sales Achievements | 7/26/2006 | SSE 00217200-1 |
| 332 | Email from Whitaker to Higinbotham | 7/26/2006 | SMSE 00052187 |
| 333 | Minutes of the regular meeting of the Board of Directors of Stryker Corporation | 7/26/2006 | SBM 00000350- 353 |
| 334 | Orthopedics Today article "Researchers feeling challenged by federal regulations for off-label device applications" | 8/1/2006 | - |
| 335 | Email from Sneed to Whitaker | 8/2/2006 | SEM 00103916-7 |
| 336 | Email from Whitaker to Heppner | 8/12/2006 | SMSE 00051867-9 |
| 337 | HDE Information | 8/19/2006 | SMSE 00069081 |
| 338 | 2006 Email from Ard to Patel | 8/25/2006 | SMSE 00018856 |
| 339 | Email from Ard to Murphy, Denney and Whitaker | 8/26/2006 | SSE 00061549 |
| 340 | Email from Whitaker to Heppner | 8/26/2006 | SMSE 00051560 |
| 341 | Styker Memo "Sac with Yellow Fluid" | 8/30/2006 | SS 00004019 |
| 342 | Email from Philip to Renker | 9/5/2006 | SSE 00123622-3 |
| 343 | September 2006 Emails | 9/11/2006 | SMSE 00018117- 00018121 |
| 344 | OP-1 Approval and Labeling in US Presentation | 9/18/2006 | SSE 00018604-59 |
| 345 | Email Whitaker to Heppner FW: | 10/2/2006 | SMSE 00050878 |
| 346 | Minutes, Calstrux Meeting - CAPA | 10/3/2006 | SMSE 00036464-6 |
| 347 | Email from Philip to Renker | 10/7/2006 | SSE 00022594-5 |

| 348 | Letter to Ring from Heppner | 10/9/2006 | SMSE 00069190 |
|---|---|---|---|
| 349 | Memo "Dehiscence, Erythema, Serosanguinous Drainage and Inflammatory Response" | 10/18/2006 | SS 00004509 |
| 350 | January 2007 "Right Stuff" Agenda | 11/10/2006 | SSE 00107550-2 |
| 351 | 2007 US Marketing Plan, Calstrux | 11/27/2006 | SSE 0021964-22000 |
| 352 | Email from Buffo to Buffo | 11/29/2006 | SSE 00177524-8 |
| 353 | "Carrier Development" | 12/21/2006 | SMSE 00003226-46 |
| 354 | Memo from VP, Regulatory Affairs to Biotech Sales Managers | 12/22/2006 | SMSE 00048802 |
| 355 | Emails from Philip to Krop | 12/29/2006 | SSE 00057785 -87 |
| 356 | 2007-01-01 Year-End Letter to West Region | 1/1/2007 | ARD00013741 |
| 357 | Email from Kenneth O'Flaherty to N. Idris (CMC/Calstrux) | 1/3/2007 | SSE 00057262-3 |
| 358 | Delivered Goods Receipt, Our Lady of The Lake Hospital, Dr. Scrantz for OP-1 and Calstrux | 1/8/2007 | O 00000563 |
| 359 | Email from Demming to Dr. Kurz and Dr. Fischgrund | 1/9/2007 | SMSE 00023033-4 |
| 360 | 2007 Sales Meeting "The Right Stuff" | 1/11/2007 | SS_000001812-1918 |
| 361 | DVD, 2007 National Sales Meeting | 1/11/2007 | - |
| 362 | Minutes of the regular meeting of the Board of Directors of Stryker Corporation | 2/13/2007 | SBM00000354-364 |
| 363 | Memo, AAOS Mtg. San Diego | 2/14/2007 | O 00000002-3 |
| 364 | Email from Gaston to Denney and Heppner | 2/15/2007 | SSE 00052240 |
| 365 | Dr. Larry Kurz Review of Patient Data | 2/15/2007 | O 00000004-5 |
| 366 | Off-Label OP-1 Use in Posterior Lumbar Instrumented Fusions | 2/15/2007 | SMS 00004649-743 |
| 367 | Business and Innovation Quarterly Review | 3/13/2007 | SSE 00031918-2018 |
| 368 | Meeting Notes of Visit to Stryker Australia | 3/28/2007 | SSE 00065496-7 |
| 369 | Proposal to St. Joseph's Med Center by Steve Eastwood | 4/25/2007 | SD 00008-10 |
| 370 | Email from Whitaker to Ross | 5/18/2007 | SMSE 00046003-5 |
| 371 | 2007-05-24 Email from O'Flaherty with attachment | 5/24/2007 | SMS 00004732 - 4765 |
| 372 | Emails involving Sample, Heppner, and Whitaker | 6/26/2007 | SSE 00089018-20 |
| 373 | AdvaMed Issues Chart | 7/4/2007 | O 00000200 |
| 374 | Handwritten Notes | 8/3/2007 | O 00000335 |
| 375 | Email from Ard to Miller et al.. | 8/7/2007 | SEM 00000153 |
| 376 | Handwritten Notes | 8/8/2007 | O 00000330-1 |

| 377 | Spreadsheet with Attendees and Faculty at Emerging Leaders 2007 Meeting | 8/9/2007 | SEM 00054590-2 |
|---|---|---|---|
| 378 | Slides, Calstrux (US), September 18, 2007 | 9/18/2007 | SSE 00051122-40 |
| 379 | Stryker Biotech Presentation | 9/24/2007 | SSE 00063843-903 |
| 380 | Email from Boyer to Eltringham | 10/2/2007 | SSE 00019229 |
| 381 | Email from Ard to Eastwood | 10/4/2007 | SSE 00213476 |
| 382 | Email from Philip | 10/9/2007 | SSE 00042929-32 |
| 383 | FDA Form 483 to Stryker Biotech | 10/18/2007 | SMSE 00020575-83 |
| 384 | Email from Heppner to Martin | 10/23/2007 | SEM 00044808-11 |
| 385 | Adverse Reaction and MDR History | 11/12/2007 | SS 00000308-309 |
| 386 | Emails between Bono and DiProfio | 11/28/2007 | S-E 00000691-2 |
| 387 | Summary-Standard Orders Jan-08 | - | O 00000394 |
| 388 | Section I Performance vs. Key Objectives | 1/1/2008 | O 00000834 |
| 389 | Email from Kemler to Philip | 1/14/2008 | O 00000791 |
| 390 | Fax-Delivered Goods Receipt from St. Jude | 1/24/2008 | O 00000417 |
| 391 | 2008-01-29 Letter from MacMillan to Tim Ulatowski | 1/29/2008 | SSE 00224197-9 |
| 392 | Email from Renker to Heppner | 3/3/2008 | SMSE 00076940 |
| 393 | Letter from Dr. Kim to Ard | 3/4/2008 | SSE 00020820-1 |
| 394 | 2008-03-07 Email from Sernatinger to Stephen Rhodes | 3/7/2008 | SP000000144 |
| 395 | 2008-03-18 Letter from MacMillan to Tim Ulatowski | 3/18/2008 | SSE 00112844 |
| 396 | Email from Ard to Heppner | 4/3/2008 | SSE 00050941 |
| 397 | Email from Whitaker to Demming | 4/18/2008 | SMSE 00056308-9 |
| 398 | Letter to Biotech Leadership Team | 5/12/2008 | SEM 00092050 |
| 399 | Lopez Notes | - | 2/24/2009 GJ Ex. |
| 400 | HDE Cap folder | - | O 00000393 |
| 401 | Brick Slide | - | Kmiller 0084 |
| 402 | "Things that would interest the FDA" | - | SSE 43053 |
| 403 | Calstrux and OP-1 (Combined use) Product Adverse Event Trending-July 2006 | - | SSE 00216054-5 |
| 404 | Bone Morphogenetic Proteins What Works? | - | SD 00171-263 |
| 405 | Letter from Morollo to CDRH including a summary table of adverse events | 10/31/2007 | USAO18581-91 |
| 406 | Response to FDA 483 | | SSE 00033424-56 |
| 407 | Email from Whitaker to Heppner | 8/18/2006 | SMSE 00051705 |

| 408 | Martin Plea Agreement | 10/30/2008 | - |
|---|---|---|---|
| 409 | Demming Plea Agreement | 2/2/2009 | - |
| 410 | Ring Plea Agreement | 3/2/2009 | - |
| 411 | Doyle Plea Agreement | 3/26/2009 | - |
| 412 | Letter from Sernatinger to IRB Chairperson | 10/26/2007 | SEM 00054733 |
| 413 | Letter from CDRH to Stryker Biotech | 6/27/2008 | USAO21326-7 |
| 414 | Letter from McGovern to CDRH | 7/28/2008 | USAO21325 |
| 415 | Letter from CDRH to Stryker Biotech | 7/10/2009 | FDA0007663-5 |
| 416 | Journal Club Emails | 9/7/2008 | SSE 00213433-5 |
| 417.001 | IRB Suspension Letter from Stryker Biotech-Cottage Health System | 1/7/2008 | USAO14774 |
| 417.002 | IRB Termination Letter from Stryker Biotech-St. Luke's | 11/13/2008 | USAO16049 |
| 417.003 | IRB Termination Letter from Stryker Biotech-Western IRB | 1/29/2009 | USAO22639 |
| 417.004 | IRB Termination Letter from Stryker Biotech-St. Elizabeth's | 2/4/2009 | USAO22638 |
| 417.005 | IRB Termination Letter from Stryker Biotech-INTEGRIS | 2/4/2009 | USAO16051 |
| 417.006 | IRB Termination Letter from Stryker Biotech-Oakwood | 2/4/2009 | USAO16050 |
| 417.007 | IRB Termination Letter from Stryker Biotech-Schulman | 2/9/2009 | USAO22637 |
| 417.008 | IRB Termination Letter from Stryker Biotech-Western IRB | 3/4/2009 | USAO22640 |
| 417.009 | IRB Termination Letter from Stryker Biotech-Intermountain | 3/25/2009 | USAO16079 |
| 417.01 | IRB Termination Letter from Stryker Biotech-Texas Health | 5/15/2009 | USAO15457 |
| 417.011 | IRB Termination Letter from Stryker Biotech-Texas Health | 8/5/2009 | USAO15927 |
| 417.012 | IRB Termination Letter from Stryker Biotech-St.-Huntington Health | 8/7/2009 | USAO22634 |
| 417.013 | IRB Termination Letter from Stryker Biotech-Western IRB-Longmont | 8/14/2009 | USAO15928 |
| 417.014 | IRB Termination Letter from Stryker Biotech-Western IRB-Jordan Valley | 8/14/2009 | USAO15929 |
| 417.015 | IRB Termination Letter from Stryker Biotech-Concord | 8/28/2009 | USAO22635 |
| 417.016 | IRB Termination Letter from Stryker Biotech-St. Anne's | 9/18/2009 | USAO22636 |
| 417.017 | IRB Termination Letter from Stryker Biotech-Newton-Wellesley | 11/10/2009 | USAO22725 |

| 417.018 | IRB Termination Letter from Stryker Biotech-Western IRB- Central FL | 11/30/2009 | USAO16386 |
| --- | --- | --- | --- |
| 417.019 | IRB Termination Letter from Stryker Biotech-Abbott NW | 12/3/2009 | USAO22730 |
| 417.02 | IRB Termination Letter from Stryker Biotech-Umass Medical | 12/18/2009 | USAO22731 |
| 417.021 | IRB Termination Letter from Stryker Biotech-High Point | 1/5/2010 | USAO22732 |
| 417.022 | IRB Termination Letter from Stryker Biotech-Western IRB-Evergreen | 1/19/2010 | USAO16398 |
| 417.023 | IRB Termination Letter from Stryker Biotech-Texas Health | 2/2/2010 | USAO16409 |

CARMEN M. ORTIZ
United States Attorney

By: /s/Jeremy M. Sternberg
Jeremy M. Sternberg
Susan G. Winkler
Gregory F. Noonan
Assistant United States Attorneys
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: December 13, 2011

Certificate of Service

    I hereby certify that the foregoing documents filed through the ECF system will be sent electronically to counsel for each defendant who is a registered participant as identified on the Notice of Electronic Filing (NEF).

/s/Jeremy M. Sternberg
Jeremy M. Sternberg
Assistant U.S. Attorney

Dated: December 13, 2011