# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal No.: 09-CR-10330-GAO |
| v. | ) | |
| (1) STRYKER BIOTECH, LLC, <br> (2) MARK PHILIP, <br> (3) WILLIAM HEPPNER, <br> (4) DAVID ARD and <br> (5) JEFFREY WHITAKER, | ) | |
| **Defendants.** | ) | |

## GOVERNMENT'S PROPOSED WITNESS LIST

The government hereby gives notice that it may call the following persons as witnesses during its case-in-chief:

1. Bernadette Alford
   Vice President of Regulatory Affairs
   Formerly of Stryker Biotech
   Hopkinton, MA 01748

2. Ed Basile
   King & Spaulding, LLP
   1700 Pennsylvania Avenue, NW, Suite 200
   Washington, DC  20006-4707

3. Dean Bergy
   Former CFO, Stryker Corporation
   2825 Airview Blvd.
   Kalamazoo, MI 49002

4. James Blooston
   Territory Manager
   Formerly of Stryker Biotech

5. Chris Boyer
   Product Manager
   Formerly of Stryker Biotech

6. Peter Buffo
   Territory Manager
   Formerly of Stryker Biotech

7. Michael Cartier
   Deputy General Counsel, Stryker Corporation
   2825 Airview Blvd.
   Kalamazoo, MI 49002

8. Dr. Clinton Davis
   All Florida Orthopedic Associates
   4600 4th Street North
   Saint Petersburg, FL 33703

9. Justin Demming
   Territory Manager
   Formerly of Stryker Biotech

10. Ryan Denney
    Regional Sales Manager
    Formerly of Stryker Biotech

11. Dr. Larry Deutsch
    Coastal Spine
    4000 Church Road
    Mt. Laurel, NJ 08054

12. Shane Doyle
    Territory Manager
    Formerly of Stryker Biotech

13. Steve Eastwood
    Territory Manager
    Formerly of Stryker Biotech

14. Henry Elloso
    Territory Manager
    Formerly of Stryker Biotech

15. Sandra Eltringham
    Senior Director of Strategic Marketing
    Formerly of Stryker Biotech

16. Peter Espo
    Director, Global Marketing
    Formerly of Stryker Biotech

17. Dr. Jeffrey Fischgrund
    Michigan Orthopedic Institute
    26025 Lasher Rd
    Southfield, MI 48033

18. Julie Floyd
    Stryker Corporation
    Kalamazoo, MI

19. Dr. Rolando Garcia
    Orthopedic Care Center
    21000 NE 28th Ave.
    Suite 104
    Aventura, FL 33180

20. Patricia Hanko Gaston
    Territory Manager
    Formerly of Stryker Biotech

21. Dr. Richard Guyer
    Texas Back Institute
    6020 W. Parker Road, Suite 200
    Plano, TX 75093

22. Matt Haggarty
    Trauma Manager, Tampa FL
    Stryker Spine

23. Curtis Hall
    Stryker Corporation
    Kalamazoo, Michigan

24. Donna Headlee
    FDA
    10903 New Hampshire Ave.
    Silver Spring, MD 20993

25. Dr. Shawn Henry
    Texas Back Institute
    3600 W. 7th Street
    Fort Worth, TX 76107

26. Carder Higinbotham
    Territory Manager, Virginia
    Formerly of Stryker Biotech

27. Dr. Michael Hisey
    Texas Back Institute
    2817 South Mayhill Road
    Suite 100
    Denton, TX 76208

28. Elizabeth Hohmann
    Massachusetts General Hospital
    Boston, MA

29. Eric Horowitz
    FDA
    10903 New Hampshire Ave.
    Silver Spring, MD 20993

30. John Houghton
    Vice President of Sales and Marketing
    Formerly of Stryker Biotech

31. Nebila Idris
    Product Manager
    Formerly of Stryker Biotech

32. Aric Kaiser
    FDA
    10903 New Hampshire Ave.
    Silver Spring, MD 20993

33. Keeper(s) of the Records
    Stryker Biotech
    35 South Street
    Hopkinton, MA 01748
    (including any attorneys, paralegals, vendors)

34. Erin Keith
    FDA
    10903 New Hampshire Ave.
    Silver Spring, MD 20993

35. Jamie Kemler
    Group President
    Stryker Biotech
    Hopkinton, MA 01748

36. Dr. Lawrence Kurz
    Beaumont Orthopedic Center
    3535 West 13 Mile Road, Suite 742
    Royal Oak, MI 48073

37. Kenneth Lippe
    Territory Manager
    Formerly of Stryker Biotech

38. Sheila Lopez
    Territory Manager
    Formerly of Stryker Biotech

39. Dr. Steven Ludwig
    Associate Professor of Orthopedics, University of Maryland
    University of Maryland Medical Center
    22 S. Greene St
    Baltimore, MD 21201

40. Stephen MacMillan
    Chairman, President, CEO Stryker Corporation
    2825 Airview Boulevard
    Kalamazoo, MI 49002

41. Darnell Martin
    Territory Manager
    Formerly of Stryker Biotech

42. Dr. Edward Maurin
    San Juan Regional Medical Center
    801 West Maple Street
    Farmington, NM 87401

43. Stacie Mayes
    Territory Manager
    Formerly of Stryker Biotech

**44.** Kevin Miller
   Territory Manager
   Formerly of Stryker Biotech

**45.** Marci Miranda
   Territory Manager
   Olympus Biotech
   35 South Street
   Hopkinton, MA 01748

**46.** Barbara Morollo
   Vice President of Quality and Regulatory Affairs
   Formerly of Stryker Biotech

**47.** Peter Murphy
   Northeast Regional Sales Director
   Formerly of Stryker Biotech

**48.** Dr. Tushar Patel
   Commonwealth Orthopedics
   8501 Arlington Blvd., Suite 400
   Fairfax, VA 22031

**49.** Holly Pisarello
   Regional Sales Manager, South Central US
   Olympus Biotech
   New Orleans, LA

**50.** Steven Plaza
   Network Services Manager
   Formerly of Stryker Biotech
   Hopkinton, MA 01748

**51.** Dr. Ralph Rashbaum
   Orthopaedic Surgeon
   Texas Back Institute
   6020 West Parker Road
   Plano, TX 75093

**52.** Craig Reise
   Associate Director of Information Technology
   Stryker Biotech
   Hopkinton, MA 01748

**53.** David Renker
Vice President, Human Resources
Formerly of Stryker Biotech

**54.** Stephen Rhodes
FDA
10903 New Hampshire Ave.
Silver Spring, MD 20993

**55.** Christopher Ring
Territory Manager
Formerly of Stryker Biotech

**56.** Dr. Gary Rosenberg
Orthopaedic Surgeon
Kaiser Permanente
4747 West Sunset Boulevard
Los Angeles, CA 90027

**57.** Michael Rude
Vice President, Human Resources
Stryker Corporation
2825 Airview Boulevard
Kalamazoo, MI 49002

**58.** Michael Sample
Territory Manager
Olympus Biotech
Indianapolis, IN

**59.** Jafar Sanat
Territory Manager
Formerly of Stryker Biotech

**60.** Judith Sernatinger
Vice President, Post Market Surveillance
Stryker Corporation
2825 Airview Boulevard
Kalamazoo, MI 49002

**61.** Jeffrey Shapiro, Esq.
Hyman, Phelps, and McNamara
700 Thirteenth Street, N.W.,.Suite 1200
Washington, D.C. 20005

62. Natalie Sloan
    FDA
    10903 New Hampshire Ave.
    Silver Spring, MD 20993

63. Stephanie Sneed
    Territory Manager, North Carolina
    Formerly of Stryker Biotech

64. Ryan Spellecy PhD
    Associate Professor of Bioethics and Medical Humanities, and Psychiatry
    Medical College of Wisconsin
    8701 Watertown Plank Road
    Milwaukee, WI 53226

65. Elizabeth Staub
    Vice President, Regulatory and Quality Affairs
    Stryker Corporation
    2825 Airview Boulevard
    Kalamazoo, MI 49002

66. Donna Supko
    Formerly of Stryker Biotech

67. Dr. Alexander Vaccaro
    Professor and Attending Surgeon of Neurosurgery and Orthopaedics
    Thomas Jefferson University Hospital
    111 South 11th Street
    Philadelphia, PA 19107

68. Hope Violette
    Newton-Wellesley Hospital
    Newton, MA

69. Sean Waklee
    Territory Manager, Central California
    Formerly of Stryker Biotech
    Hopkinton, MA 01748

70. John Waswill
    Manager, Business Applications
    Formerly of Stryker Biotech

71. Pamela Wilkinson
    Executive Assistant to the President
    Formerly of Stryker Biotech

72. Susan Young
    Vice President, Finance
    Formerly of Stryker Biotech

73. Dr. Jack Zigler
    Orthopaedic Surgeon, Texas Back Institute
    6020 West Parker Road
    Plano, TX 75093

74. Dr. Bruce Ziran
    Orthopaedic Associates of Atlanta Medical Center
    265 Boulevard, NE, 2nd Floor
    Atlanta, GA 30312

                                      CARMEN M. ORTIZ
                                      United States Attorney

                               By: /s/Jeremy M. Sternberg
                                    Jeremy M. Sternberg
                                    Susan G. Winkler
                                    Gregory F. Noonan
                                    Assistant United States Attorneys
                                    One Courthouse Way, Suite 9200
                                    Boston, MA 02210

Dated: January 2, 2011                    (617) 748-3100

## Certificate of Service

I hereby certify that the foregoing documents filed through the ECF system will be sent electronically to counsel for each defendant who is a registered participant as identified on the Notice of Electronic Filing (NEF).

                                      /s/Jeremy M. Sternberg
                                      Jeremy M. Sternberg
                                      Assistant U.S. Attorney