# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal No.: 09-CR-10330-GAO** |
|  | ) |  |
| **v.** | ) |  |
|  | ) |  |
| **(1) STRYKER BIOTECH, LLC,** | ) |  |
| **(2) MARK PHILIP,** | ) |  |
| **(3) WILLIAM HEPPNER,** | ) |  |
| **(4) DAVID ARD and** | ) |  |
| **(5) JEFFREY WHITAKER,** | ) |  |
|  | ) |  |
| **Defendants.** | ) |  |

_____ )

## GOVERNMENT'S SUPPLEMENTAL PROPOSED EXHIBIT LIST
## (IN JERS FILE FORMAT)

The government hereby supplements its proposed exhibit list and gives notice that it may submit the following evidence (including any relevant metadata in the documents identified) as exhibits during its case-in-chief. The exhibits that have been supplemented are proposed exhibits 145.001, 159.001, 198.001, 212.001, 274.046, 274.047, 418, 419, 420.001-420.007, 421, 422, and 423. A complete copy of previously identified proposed exhibit 102 has been substituted, a corrected description of proposed exhibit 119 has been substituted, a more legible copy of exhibit 155 has been substituted, and an extraneous page from proposed exhibit 227 has been removed. The government reserves the right to supplement, modify, or withdraw from this list, and reserves the right to submit any evidence on Defendants' Consolidated Proposed Exhibit List:

| Ex. # | Filename |
|---|---|
| 1 | 001_Email from Julie Young.pdf |
| 2 | 002_Email from Jeff Whitaker to Stephanie Sneed.pdf |
| 3 | 003_Email from Kevin Schneider to Boyer and Biotech_Marketing and Sales.pdf |
| 4 | 004_Email from Elloso to Thomas McNally.pdf |

| 5 | 005_Email from Denney to Strong.pdf |
|---|---|
| 6 | 006_Email from Demming to Murphy.pdf |
| 7 | 007_Email from Elloso to Loanna Molesa.pdf |
| 8 | 008_Email from Allard to Dr Vranos.pdf |
| 9 | 009_4th Annual Stryker Biotech NSM Powerpoint Phoenix Arizona.pdf |
| 10 | 010_DVD Dr Kurz OP-1-TCP Mixing Video.wmv |
| 11 | 011_Email from Demming to Murphy.pdf |
| 12 | 012_Email from Houghton to Ring.pdf |
| 13 | 013_Email from Elloso to Murphy.pdf |
| 14 | 014_Email from Elloso to Hellwig.pdf |
| 15 | 015_Email from Demming to C Feola.pdf |
| 16 | 016_Email from Martin to Furjanic.pdf |
| 17 | 017_Email from Demming to Farley at UPMC.pdf |
| 18 | 018_2006-05-03 Email Heppner to Haggarty Higinbotham and Whitaker cc Kurz.pdf |
| 19 | 019_Email from Carver to Higinbotham.pdf |
| 20 | 020_2006-06-20 Memo from David Langlais to Global References 06-029.pdf |
| 21 | 021_Email from Whitaker to Lippe.pdf |
| 22 | 022_Email from Miller to Miller.pdf |
| 23 | 023_2006-07-26 Email Whitaker to Higinbotham.pdf |
| 24 | 024_Letter from Ring to Huntington Memorial Hospital.pdf |
| 25 | 025_2006-09-01 Memo from David Langlais to Global References 06-044.pdf |
| 26 | 026_2006-09-20 Mixing Instructions-Handwritten Letter-OP-1 Efficacy Handout-Chris Ring Business Card.pdf |
| 27 | 027_Email from Sneed to Campbell.pdf |
| 28 | 028_Email from Sneed to tcstryker.pdf |
| 29 | 029_Email from Sneed to Campbell.pdf |
| 30 | 030_2006-09-29 Mixing Instructions and Chris Ring's Business Card.pdf |
| 31 | 031_Email from Campbell to Sneed.pdf |
| 32 | 032_Email from Sneed to Dr Pikus.pdf |
| 33 | 033_Email from Sneed to Travis Campbell.pdf |
| 34 | 034_Email from Whitaker to Sneed.pdf |
| 35 | 035_Email from Ard to Blooston.pdf |
| 36 | 036_Email from Whitaker to Sneed.pdf |
| 37 | 037_Email from Sneed to Craig Black with mixing instructions.pdf |
| 38 | 038_Email from Sneed to Campbell.pdf |
| 39 | 039_Email from Demming to Intrieri.pdf |
| 40 | 040_ Email from Martin to Dugan.pdf |
| 41 | 041_Email from Martin to Furjanic.pdf |
| 42 | 042_Email from Pisarello to Karam.pdf |
| 43 | 043_Email from Miller to Hammond.pdf |
| 44 | 044_Email from Martin to Furjanic.pdf |
| 45 | 045_Email from Dopson to Lippe.pdf |
| 46 | 046_Email from Sneed to Grant.pdf |

| 47 | 047_2007 Business Plan- Stryker Biotech by Tricia Gaston Sales Trainer & TM.pdf |
|---|---|
| 48 | 048_Email from Martin to Furjanic.pdf |
| 49 | 049_Email from Demming to Intrieri.pdf |
| 50 | 050_Email from Demming to Hughes.pdf |
| 51 | 051_Email from Martin to Faught.pdf |
| 52 | 052_Emails between Waller and Doyle.pdf |
| 53 | 053_Email from Gaston to Dr Ipsen.pdf |
| 54 | 054_Email from Pisarello to Karam.pdf |
| 55 | 055_Email from Doyle to Sue Gil.pdf |
| 56 | 056_Email from Demming to Dr Welker.pdf |
| 57 | 057_Email from Whitaker to Sanat.pdf |
| 58 | 058_Email from Whitaker to Heppner.pdf |
| 59 | 059_Email from Huston to Garcia.pdf |
| 60 | 060_Email from Demming to Robinson at UPMC.pdf |
| 61 | 061_Email from Demming to Melvila.pdf |
| 62 | 062_Email from Blooston to Blooston Attached- Dr Banks Mixing OP1doc.pdf |
| 63 | 063_Email from Demming to Hobbs.pdf |
| 64 | 064_Email from Ring to Wilson.pdf |
| 65 | 065_2007-07-27 Email from Ring to Ard.pdf |
| 66 | 066_Email from DiProfio to Martin Shipley Denney.pdf |
| 67 | 067_Email from Ring to Ard.pdf |
| 68 | 068_Email from Ring to Ard.pdf |
| 69 | 069_Email from Ard to Amber D.pdf |
| 70 | 070_Email from Ard to Bloome.pdf |
| 71 | 071_Email from Ring to Ard.pdf |
| 72 | 072_Email from Ring to Ard.pdf |
| 73 | 073_Email from Demming to Nigro.pdf |
| 74 | 074_Email from Demming to Nigro Attached OP-1 mixing instructions.pdf |
| 75 | 075_Email from Sneed to Romfo.pdf |
| 76 | 076_Email from Sneed to Romfo.pdf |
| 77 | 077_Email from Whitaker to SE Region.pdf |
| 78 | 078_Email from Mayes in response to Sample.pdf |
| 79 | 079_Email from Demming to Sanat.pdf |
| 80 | 080_Email from Demming to Hobbs.pdf |
| 81 | 081_Email from Demming to Ullum.pdf |
| 82 | 082_Email from Demming to Ullum.pdf |
| 83 | 083_Gaston notes.pdf |
| 84-001 | 084-001_MDR 2006-00010.pdf |
| 84-002 | 084-002_MDR 2006-00003.pdf |
| 84-003 | 084-003_MDR 2006-00004.pdf |
| 84-004 | 084-004_MDR 2006-00015.pdf |
| 84-005 | 084-005_MDR 2006-00016.pdf |
| 84-006 | 084-006_MDR 2006-00019.pdf |

| 84-007 | 084-007_MDR 2006-00022.pdf |
| 84-008 | 084-008_MDR 2006-00020.pdf |
| 84-009 | 084-009_MDR 2006-00022.pdf |
| 84-010 | 084-010_MDR 2006-00021.pdf |
| 84-011 | 084-011_MDR 2006-00016.pdf |
| 84-012 | 084-012_MDR 2006-00008.pdf |
| 84-013 | 084-013_MDR 2006-00007.pdf |
| 84-014 | 084-014_MDR 2006-00026 (1).pdf |
| 84-015 | 084-015_MDR 2006-00044 (1).pdf |
| 84-016 | 084-016_MDR 2007-00005 (0).pdf |
| 84-017 | 084-017_MDR 2007-00013 (0).pdf |
| 84-018 | 084-018_MDR 2007-00005 (1).pdf |
| 84-019 | 084-019_MDR 2007-00094 (0).pdf |
| 84-020 | 084-020_MDR 2007-00099 (0).pdf |
| 84-021 | 084-021_MDR 2007-00100 (0).pdf |
| 84-022 | 084-022_MDR 2007-00098 (0).pdf |
| 84-023 | 084-023_MDR 2007-00097 (0).pdf |
| 84-024 | 084-024_MDR 2007-00102 (0).pdf |
| 84-025 | 084-025_MDR 2007-00096 (0).pdf |
| 84-026 | 084-026_MDR 2007-00015 (0).pdf |
| 84-027 | 084-027_MDR 2007-00018 (0).pdf |
| 84-028 | 084-028_MDR 2007-00020 (0).pdf |
| 84-029 | 084-029_MDR 2007-00022 (0).pdf |
| 84-030 | 084-030_MDR 2005-00024 (0).pdf |
| 84-031 | 084-031_MDR 2005-00027 (0).pdf |
| 84-032 | 084-032_MDR 2005-00029 (0).pdf |
| 84-033 | 084-033_MDR 2006-00048 (0).pdf |
| 84-034 | 084-034_MDR 2006-00050 (0).pdf |
| 84-035 | 084-035_MDR 2006-00052 (0).pdf |
| 84-036 | 084-036_MDR 2006-00054 (0).pdf |
| 84-037 | 084-037_MDR 2006-00056 (0).pdf |
| 84-038 | 084-038_MDR 2006-00058 (0).pdf |
| 84-039 | 084-039_MDR 2006-00059 (0).pdf |
| 84-040 | 084-040_MDR 2006-00061 (0).pdf |
| 84-041 | 084-041_MDR 2006-00064 (0).pdf |
| 84-042 | 084-042_MDR 2006-00065 (0).pdf |
| 84-043 | 084-043_MDR 2006-00068 (0).pdf |
| 84-044 | 084-044_MDR 2006-00069 (0).pdf |
| 84-045 | 084-045_MDR 2006-00071 (0).pdf |
| 84-046 | 084-046_MDR 2006-00072 (0).pdf |
| 84-047 | 084-047_MDR 2006-00074 (0).pdf |
| 84-048 | 084-048_MDR 2006-00076 (0).pdf |
| 84-049 | 084-049_MDR 2006-00078 (0).pdf |

| 84-050 | 084-050_MDR 2007-00114 (0).pdf |
|---|---|
| 84-051 | 084-051_MDR 2007-00111 (1).pdf |
| 84-052 | 084-052_MDR 2007-00099 (1).pdf |
| 84-053 | 084-053_MDR 2007-00100 (1).pdf |
| 84-054 | 084-054_MDR 2007-00098 (1).pdf |
| 84-055 | 084-055_MDR 2007-00097 (1).pdf |
| 84-056 | 084-056_MDR 2007-00102 (1).pdf |
| 84-057 | 084-057_MDR 2007-00103 (1).pdf |
| 84-058 | 084-058_MDR 2008-00015 (0).pdf |
| 85 | 085_Exemplar of OP-1 Implant in box with label.pdf |
| 86 | 086_Exemplar of OP-1 Putty in box with label.pdf |
| 87 | 087_Exemplar of Calstrux 5cc.pdf |
| 88 | 088_Exemplar of Calstrux 10cc.pdf |
| 89 | 089_Exemplar of Calstrux 15cc.pdf |
| 90 | 090_OP-1 Implant Package Insert.pdf |
| 91 | 091_Revised OP-1 Implant Package Insert.pdf |
| 92 | 092_OP-1 Putty Package Insert.pdf |
| 93 | 093_Revised OP-1 Putty Package Insert.pdf |
| 94 | 094_510(k) Summary for Stryker TCP Putty.pdf |
| 95 | 095_Revised Calstrux Package Insert.pdf |
| 96 | 096_Stryker Biotech Field Communication Volpa to Sales Force.pdf |
| 97 | 097_Stryker Biotech Response Letter to FDA Questions about 510(k).pdf |
| 98 | 098_TCP Putty Marketing Update.pdf |
| 99 | 099_Stryker Biotech Customer Letter.pdf |
| 100 | 100_2005-10-31 Sales Representative Observation Sheet.pdf |
| 101 | 101_2005-11-14 Email from Ard to Buffo.pdf |
| 102 | 102_Stryker Biotech SWOT Analysis.pdf |
| 103 | 103_Shane Doyle Sales Rep Performance Review.pdf |
| 104 | 104_2006-01-07 Email from Philip to Yung et al and VP Meeting Minutes.pdf |
| 105 | 105_TCP Update.pdf |
| 106 | 106_TCP Update.pdf |
| 107 | 107_Comments from Regional sales managers.pdf |
| 108 | 108_Comments from Regional sales managers.pdf |
| 109 | 109_Handwritten Notes Calstrux-Spine.pdf |
| 110 | 110_Dr Fishgrund Invoice Feb 2006.pdf |
| 111 | 111_Dear Doctor Draft from Dr Silverman.pdf |
| 112 | 112_Dear Doctor Letter with handwriting.pdf |
| 113 | 113_Philip Notes Calstrux Marketing Plan.pdf |
| 114 | 114_Post-marketing Adverse Events OP-1 Implant-Calstrux Combined Use with handwriting.pdf |
| 115 | 115_Email from Ryan Denney to Whitaker Idris Ard Murphy and Heppner.pdf |
| 116 | 116_Email from Idris to Heppner Denney Ard et al.pdf |
| 117 | 117_Email from Whitaker to Heppner.pdf |

| 118 | 118_Memo with handwriting from Philip to Alford.pdf |
|---|---|
| 119 | 119_Memo from Alford to Philip.PDF |
| 120 | 120_2006-03-15 Email chain between Ard and Denney et al.pdf |
| 121 | 121_Email from Heppner to Espo.pdf |
| 122 | 122_Emails between Philip and Kurz.pdf |
| 123 | 123_Email from Heppner to Kurz.pdf |
| 124 | 124_Email from Philip to Idris.pdf |
| 125 | 125_Email from Philip to Alford.pdf |
| 126 | 126_Email from Philip to Heppner.pdf |
| 127 | 127_Email from Whitaker to Heppner.pdf |
| 128 | 128_Email from Lisa Lennek.pdf |
| 129 | 129_Handwritten Notes Too harsh.pdf |
| 130 | 130_Dear Doctor Letter re AE with Calstrux in combination with OP-1.pdf |
| 131 | 131_Slideshow Calstrux Safety complaints and Plan of Action.pdf |
| 132 | 132_Email from Lee Petrides.pdf |
| 133 | 133_Email from Mark Philip.pdf |
| 134 | 134_Emails between Sernatinger and Philip et al.pdf |
| 135 | 135_Email from Idris to Houghton.pdf |
| 136 | 136_Email from Heppner to Sales Team.pdf |
| 137 | 137_Email from Philip to Houghton.pdf |
| 138 | 138_Email from Martin to Denney.pdf |
| 139 | 139_Email from Houghton to Idris.pdf |
| 140 | 140_Email from John Houghton.pdf |
| 141 | 141_Email from Bill Heppner to the sales team about the prospective Calstrux Letter.pdf |
| 142 | 142_Email string between Heppner and Philip.pdf |
| 143 | 143_Email from Heppner to Cameron et al.pdf |
| 144 | 144_Email from Philip to Yung et al.pdf |
| 145 | 145_Kurz Brick vs Traditional Instrumented PLF Presentation.pdf |
| 145-001 | 145-001_Kurz Brick vs Traditional Instrumented PLF Presentation.PDF |
| 146 | 146_Email to Dr Patel from Ard.pdf |
| 147 | 147_Email from Philip to Heppner.pdf |
| 148 | 148_Email from Philip to Dr Patel.pdf |
| 149 | 149_Handwritten Letter Patel to Philip.pdf |
| 150 | 150_Email from Philip to Bergy.pdf |
| 151 | 151_ Email from Haggarty to HCA.pdf |
| 152 | 152_Email from Philip to FoxSmith.pdf |
| 153 | 153_Email from Alford to Philip.pdf |
| 154 | 154_Calstrux Scenario Analysis with handwriting.pdf |
| 155 | 155_Regulatory Affairs Considerations Global Perspective.pdf |
| 156 | 156_MidYear Sales Meeting.pdf |
| 157 | 157_Regulatory Action Summary.pdf |
| 158 | 158_Stryker Corporation Board Meeting Minutes Excerpts (As Produced).pdf |
| 159 | 159_FDA Questions from Letter of Deficiency.pdf |

| | |
|---|---|
| 159-001 | 159-001_Response to Questions from Letter of Deficiency.PDF |
| 160 | 160_Email from Mayes to Roshi LNU.pdf |
| 161 | 161_Email from Whitaker to Haggarty.pdf |
| 162 | 162_Important Safety Alert - Calstrux-Letter to doctors from Julie Krop.pdf |
| 163 | 163_Email from Whitaker to Haggarty.pdf |
| 164 | 164_Sales Training Class September 2006.pdf |
| 165 | 165_2006-09-10 Consulting Receipts for Tushar Patel.pdf |
| 166 | 166_Email from Murphy to New Albany Surgical Hospital.pdf |
| 167 | 167_Text with Email String between Heppner and Whitaker.pdf |
| 168 | 168_Product Approval and Labeling in the United States Slideset.pdf |
| 169 | 169_Feedback from Philip to Eltringham on Top 5 Priorities.pdf |
| 170 | 170_Email from Doyle to Ard.pdf |
| 171 | 171_Email from Idris to Saur.pdf |
| 172 | 172_2007-05-04 UMC Pricing Proposal.pdf |
| 173 | 173_Email from Peter Murphy.pdf |
| 174 | 174_2006-07-11 Operative Report.pdf |
| 175 | 175_2007-05-25 Operative Report.pdf |
| 176 | 176_CT scan of pelvis.pdf |
| 177 | 177_Ectopic Bone Formation Case Report Abstract.pdf |
| 178 | 178_2010-05 Ectopic Bone Formation in the Pelvis-A Case Report.pdf |
| 179 | 179_Email from Boyer to Eltringham.pdf |
| 180 | 180_2007-07-18 OP-1 Q3 Quarterly Meeting Slideset.pdf |
| 181 | 181_Email from Darnell Martin.pdf |
| 182 | 182_Email from Whitaker to SE Region.pdf |
| 183 | 183_Email from Whitaker to Pisarello.pdf |
| 184 | 184_2007-09-24 Email Eltringham to Sample Ross and Martin cc Boyer.pdf |
| 185 | 185_Emails involving Sample and Bowlin.pdf |
| 186 | 186_2007-10-11 Scripps Pricing Proposal.pdf |
| 187 | 187_2007-10-19 Email Sample to Ross cc Heppner and Martin.pdf |
| 188 | 188_2007-11-01 Email Sample to Ross cc Heppner and Martin.pdf |
| 189 | 189_Emails between Lopez Sample and others.pdf |
| 190 | 190_Email from Lippe to Boyer.pdf |
| 191 | 191_2007-12-14 PowerPoint-Calstrux Global Usage Trends.pdf |
| 192 | 192_Email from Boyer to Eltringham.pdf |
| 193 | 193_2008-04-25 FDA Warning Letter.pdf |
| 194 | 194_Email from Mayes to Dr Gelb.pdf |
| 195 | 195_Calstrux Preparation- Evolution.pdf |
| 196 | 196_OP-1/TCP Putty- A retrospective review of 25 Patients.pdf |
| 197 | 197_Table of 102 patient analysis Post-marketing adverse events OP-1.pdf |
| 198 | 198_Powerpoint Calstrux - Jeffrey Fischgrund Lawrence Kurz November 2006.pdf |
| 198-001 | 198-001_Calstrux Presentation-Fischgrund and Kurz.pdf |
| 199 | 199_Espo's invitation to DrKuhns to Emerging Leaders meeting.pdf |
| 200 | 200_Emerging Leaders Agenda.pdf |

| 201 | 201_Retrospective Review-William Beaumont Hospital.pdf |
|---|---|
| 202 | 202_Letter from DHHS to Amy J Laforte.pdf |
| 203 | 203_Sales Process Meeting Key Action Items-Dec 3rd.pdf |
| 204 | 204_Pre-PMA Strategy Update 2-2-2005.pdf |
| 205 | 205_Email from Boyer to Philip.pdf |
| 206 | 206_Email from Boyer to Eltringham.pdf |
| 207 | 207_Pre-PMA Patient Analysis 03-25-2005.pdf |
| 208 | 208_Pre-PMA Patient Analysis 03-25-2005.pdf |
| 209 | 209_Email from Philip to Reali Houghton Renker.pdf |
| 210 | 210_ Emails involving Barnett Boyer and Houghton.pdf |
| 211 | 211_Emails between Boyer Eltringham DiProfio et al.pdf |
| 212 | 212_Sales Summit Meeting Notes 4-22-2005.pdf |
| 212-001 | 212-001_Email from Houghton Kenneth.pdf |
| 213 | 213_Outlook Entry Meeting 4-26-05.pdf |
| 214 | 214_Sales Plan May 2005 with handwriting.pdf |
| 215 | 215_Letter from Heppner Sales Force Optimization.pdf |
| 216 | 216_Letter from Heppner Sales Force Optimization.pdf |
| 217 | 217_Email from Martin to Heppner.pdf |
| 218 | 218_2005-06-05 Email from Philip to Houghton.pdf |
| 219 | 219_Global Sales & Marketing Update John Houghton.pdf |
| 220 | 220_Business and Program Quarterly Review.pdf |
| 221 | 221_Email from Philip to Mitoko.pdf |
| 222 | 222_2006 Budget President's Memo.pdf |
| 223 | 223_Two Dose Vial Needs Analysis.pdf |
| 224 | 224_Email from C Boyer to S Eltringham.pdf |
| 225 | 225_Short Term Sales Challenge with handwriting.pdf |
| 226 | 226_2006 Sales Quotas.pdf |
| 227 | 227_Email from Philip to Houghton with Notes from Sales Meeting.pdf |
| 228 | 228_OP-1 Putty H020008 Annual Report.pdf |
| 229 | 229_DHHS Letter to Supko re-H020008/R2.pdf |
| 230 | 230_DHHS Letter to Supko re-H020008/R2.pdf |
| 231 | 231_Response to 2006-06-30 Deficiency Letter.pdf |
| 232 | 232_Email from Whitaker to Heppner.pdf |
| 233 | 233_Email from Philip to Renker.pdf |
| 234 | 234_2007 Biotech President's Letter.pdf |
| 235 | 235_2007 Biotech Budget.pdf |
| 236 | 236_2007 Biotech Budget-This is THE Budget.pdf |
| 237 | 237_Email from Philip to Ard Whitaker Denney and Murphy.pdf |
| 238 | 238_Email from Philip to Heppner.pdf |
| 239 | 239_Email from Philip to Whitaker.pdf |
| 240 | 240_Email from Supko to Falb et al and Final Draft 2007 OP-1 Putty AR.pdf |
| 241 | 241_Letter from Donna E Supko to CDRH with 2007 Annual Report for HDE for OP-1 Putty.pdf |

| 242 | 242_Emails from Mark Philip to Yung et al.pdf |
|---|---|
| 243 | 243_2007-06-19 Email from Heppner to Whitaker et al.pdf |
| 244 | 244_Email from Philip to Sernatinger.pdf |
| 245 | 245_2007-10-11 email from Waswill to others.pdf |
| 246 | 246_Email from Shapiro to Philip.pdf |
| 247 | 247_Emails between Shapiro and Philip.pdf |
| 248 | 248_Email from Philip to Shaprio.pdf |
| 249 | 249_2008 Biotech President's Letter.pdf |
| 250 | 250_Email from Philip to Yung et al.pdf |
| 251 | 251_Email from Philip to Shapiro.pdf |
| 252 | 252_Meeting record Philip Sernatinger Renker Ramsdell.pdf |
| 253 | 253_Sernatinger 19 Nov 07.pdf |
| 254 | 254_Emails between Shapiro and Philip.pdf |
| 255 | 255_Email from Eltringham to Young.pdf |
| 256 | 256_Email from Heppner to Renker.pdf |
| 257 | 257_2008-02-21 Email from Plaza to Philip.pdf |
| 258 | 258_Email chain between Ard J Whitaker R Denney and B Heppner.pdf |
| 259 | 259_Emails between Heppner Renker and others.pdf |
| 260 | 260_Email from Whitaker to Espo.pdf |
| 261 | 261_2008-02-22 Email from Philip to Plaza.pdf |
| 262 | 262_Consignment Sales Apr-07 to Feb-08.pdf |
| 263 | 263_Letter from Philip to customers.pdf |
| 264 | 264_RA HDE Cap strategies with handwriting.pdf |
| 265 | 265_Letter to CDRH from Sarah Hlavachek.pdf |
| 266 | 266_SYK- Q3 2008 Styker Earnings Conference Call Final Transcript.pdf |
| 267 | 267_Handwritten Notes What do only some of the pts buy off label.pdf |
| 268 | 268_Handwritten Notes diagram.pdf |
| 269 | 269_HDE Cap Estimates Plan with handwriting.pdf |
| 270 | 270_Handwritten Notes.pdf |
| 271 | 271_HDE Cap Estimates Plan with handwriting.pdf |
| 272 | 272_FDA Letter to Stryker Biotech.pdf |
| 273 | 273_FDA Letter to Stryker Biotech.pdf |
| 274-001 | 274-001_Stryker Biotech December 2004 and Year End Report.pdf |
| 274-002 | 274-002_December and Year End Highlights-Biotech Division.pdf |
| 274-003 | 274-003_Stryker Biotech January 2005 Report.pdf |
| 274-004 | 274-004_January Highlights-Biotech Division.pdf |
| 274-005 | 274-005_Stryker Biotech February 2005 Report.pdf |
| 274-006 | 274-006_Stryker Biotech March 2005 Report and Highlights.pdf |
| 274-007 | 274-007_Stryker Biotech April 2005 Report.pdf |
| 274-008 | 274-008_April Highlights-Biotech Division.pdf |
| 274-009 | 274-009_2005-06-07 Email from Philip to Kemler and May Monthly Highlights.pdf |
| 274-010 | 274-010_2005-07-05 Email from Philip to Kemler and June Monthly Highlights.pdf |
| 274-011 | 274-011_2005-08-08 Email from Philip to Kemler and July Monthly Highlights.pdf |

| 274-012 | 274-012_2005-09-07 Email From Philip to Kemler and August Monthly Highlights.pdf |
| 274-013 | 274-013_Stryker Biotech September 2005 Report.pdf |
| 274-014 | 274-014_September Highlights-Biotech Division.pdf |
| 274-015 | 274-015_2005-11-04 Email from Philip to Kemler and Oct Monthly Reports.pdf |
| 274-016 | 274-016_2005-12-08 Email from Philip to Kemler and Nov Monthly Reports.pdf |
| 274-017 | 274-017_2006-01-09 Email from Philip to Kemler and Dec Monthly Report.pdf |
| 274-018 | 274-018_2006-02-07 Email from Philip Kemler and Jan Monthly Report.pdf |
| 274-019 | 274-019_2006-03-07 Email from Philip to Kemler and Feb Monthly Report.pdf |
| 274-020 | 274-020_2006-04-07 Email from Philip to Kemler and March Monthly Report.pdf |
| 274-021 | 274-021_2006-05-07 Email from Philip to Kemler and April Monthly Report.pdf |
| 274-022 | 274-022_2006-06-07 Email from Philip to Kemler and May Monthly Report.pdf |
| 274-023 | 274-023_2006-07-08 Email from Philip to Kemler and June Monthly Report.pdf |
| 274-024 | 274-024_Stryker Biotech July 2006 Report prepared by Renker.pdf |
| 274-025 | 274-025_2006-09-07 Email from Philip to MacMillan and Kemler and August 2006 Highlights.pdf |
| 274-026 | 274-026_Stryker Biotech September 2006 Report.pdf |
| 274-027 | 274-027_2006-10-07 Email from Philip to Macmillan and Kemler-Highlights.pdf |
| 274-028 | 274-028_2006-11-07 Email from Philip to Macmillan and Kemler-Highlights.pdf |
| 274-029 | 274-029_Stryker Biotech November 2006 Report.pdf |
| 274-030 | 274-030_November Highlights-Biotech Division.pdf |
| 274-031 | 274-031_Stryker Biotech December and Year End 2006 Report.pdf |
| 274-032 | 274-032_Stryker Biotech January 2007 Report.pdf |
| 274-033 | 274-033_Stryker Biotech February 2007 Report.pdf |
| 274-034 | 274-034_February 2007 Highlights-Biotech Division.pdf |
| 274-035 | 274-035_Stryker Biotech April (sic) 2007 Report.pdf |
| 274-036 | 274-036_2007-05-07 Email from Philip to Kemler and April Monthly Reports.pdf |
| 274-037 | 274-037_2007-06-08 Email from Philip to Kemler and May Monthly Highlights.pdf |
| 274-038 | 274-038_2007-07-07 Email from Philip to Kemler and June Monthly Reports.pdf |
| 274-039 | 274-039_2007-08-07 Email from Philip to Kemler and July Monthly Reports.pdf |
| 274-040 | 274-040_2007-09-07 Email from Philip to Kemler and Aug Monthly Reports.pdf |
| 274-041 | 274-041_2007-10-07 Email from Philip to Kemler and Sep Monthly Reports.pdf |
| 274-042 | 274-042_2007-11-07 Email from Philip to Kemler and Oct Monthly Reports.pdf |
| 274-043 | 274-043_2007-12-07 Email from Philip to Kemler and Nov Monthly Reports.pdf |
| 274-044 | 274-044_2008-01-08 Email from Philip to Kemler and Dec Monthly Reports.pdf |
| 274-045 | 274-045_2008-02-07 Email from Philip to Kemler and Jan Monthly Reports.pdf |
| 274-046 | 274-046_2007-04-07 Email from Philip to OFlaherty et al.pdf |
| 274.047 | 274-047_August 2007 Highlights-Biotech Division.pdf |
| 275-001 | 275-001_Philip 2006 Objectives and Bonus Potential.pdf |
| 275-002 | 275-002_2006-12-15 Salesforce Monthly Compensation Chart.pdf |
| 275-003 | 275-003_Philip 2007 Objectives and Bonus with Handwriting.pdf |
| 275-004 | 275-004_2007-03-06 Email from Capra to Carvalho.pdf |
| 275-005 | 275-005_2008-01-03 Email from Renker to Hepper and 2007 YTD Compensation.pdf |
| 275-006 | 275-006_2008 Philip Objectives and Bonus Potential.pdf |

| 275-007 | 275-007_2008-02-12 Philip Stock Option Statement.pdf |
|---|---|
| 275-008 | 275-008_2008-03-17 Email from Dillon to Renker and Heppner and 2008 Compensation Summary.pdf |
| 275-009 | 275-009_2006-2008 Annual Compensation Chart.pdf |
| 276 | 276_OP-1 Implant Approval Letter.pdf |
| 277 | 277_ Stryker Biotech Field Communication from Ken Reali to field sales force.pdf |
| 278 | 278_Cheat Sheet for Rumors in the Field.pdf |
| 279 | 279_2005 Budget President's Memo.pdf |
| 280 | 280_2004-11-03 Email from S Koenigsberg to M Cartier.pdf |
| 281 | 281_2005 Budget Objectives.pdf |
| 282 | 282_Presentation TCP Biomaterials Synergy.pdf |
| 283-001 | 283-001_DVD 2005 NSM.wmv |
| 283-002 | 283-002_DVD Excerpt 2005 NSM.wmv |
| 284 | 284_AdvaMed and Other Legal Issues Slideset.pdf |
| 285 | 285_Osteobiologics presentation by Jeffrey Fischgrund.pdf |
| 286 | 286_Email from Whitaker to Sneed.pdf |
| 287 | 287_Stryker Biotech Strategic Plan 2005-2015.pdf |
| 288 | 288_Email from Gaffney to Biggins.pdf |
| 289 | 289_Email from Whitaker to Sneed.pdf |
| 290 | 290_Short Term Sales Challenge.pdf |
| 291 | 291_Email from Whitaker to Sneed.pdf |
| 292 | 292_Strategic-Risks and Risk Mitigation-August 2 2005- VP Meeting.pdf |
| 293 | 293_Forecast Assumptions 2006 with handwriting.pdf |
| 294 | 294_Forecast Assumptions-2006.pdf |
| 295 | 295_Email from Morollo to Alford.pdf |
| 296 | 296_Email from Sernatinger to Philip and others.pdf |
| 297 | 297_Email from Kemler to Philip.pdf |
| 298 | 298_Email from Whitaker to Heppner.pdf |
| 299 | 299_Email from Macek to Philip Houghton Barnett.pdf |
| 300 | 300_Email from Philip to Lancaster.pdf |
| 301 | 301_2006-03-02 Email Gaston to Idris et al.pdf |
| 302 | 302_Email from Sernatinger to Falb Philip Silverman Houghton Alford.pdf |
| 303 | 303_Calstrux Meeting Reminder with Handwriting.pdf |
| 304 | 304_Email from Macek to Philip Houghton.pdf |
| 305 | 305_Telephone contact log.pdf |
| 306 | 306_Minutes.pdf |
| 307 | 307_Email from Whitaker to Haggarty Heppner Higinbotham.pdf |
| 308 | 308_Email from Higinbotham to Carver.pdf |
| 309 | 309_Styker Biotech strategic plan roundtable discussion 2006 - 2011.pdf |
| 310 | 310_Doyle's May 16 Representative Briefing.pdf |
| 311 | 311_Slideset-Calstrux Update.pdf |
| 312 | 312_Email from Whitaker to Heppner and Murphy.pdf |
| 313 | 313_Quality Assurance Internal Audit Report with handwriting.pdf |

| 314 | 314_Calstrux Questionnaire.pdf |
|-----|--------------------------------|
| 315 | 315_Telephone contact log 2006-01-09.pdf |
| 316 | 316_Comments 11 June 06.pdf |
| 317 | 317_Email Philip to Anderson.pdf |
| 318 | 318_Email from Nebila Idris re- Migration-Addressing the Issue.pdf |
| 319 | 319_Email from Houts to Alford Sernatinger Leprohon.pdf |
| 320 | 320_Calstrux Summary.pdf |
| 321 | 321_Email from Morollo to Idris.pdf |
| 322 | 322_Regulatory Agency Contact Report Form.pdf |
| 323 | 323_Email from Philip to Krop and OFlaherty.pdf |
| 324 | 324_Follow-up and Prep.pdf |
| 325 | 325_Calstrux Customer Complaint Review Minutes.pdf |
| 326 | 326_Email from Whitaker to Heppner.pdf |
| 327 | 327_Email from Philip to Sernatinger.pdf |
| 328 | 328_Email from Supko to Philip.pdf |
| 329 | 329_HDE Regulation- Questions and Answers.pdf |
| 330 | 330_Stryker Regulatory Action and Reportable Event CAPA.pdf |
| 331 | 331_Heppner-Sales Achievements.pdf |
| 332 | 332_Email from Whitaker to Higinbotham.pdf |
| 333 | 333_Minutes.pdf |
| 334 | 334_Orthopedics Today article.pdf |
| 335 | 335_Email from Sneed to Whitaker.pdf |
| 336 | 336_Email from Whitaker to Heppner.pdf |
| 337 | 337_HDE Information.pdf |
| 338 | 338_2006 Email from Ard to Patel.pdf |
| 339 | 339_Email from Ard to Murphy Denney and Whitaker.pdf |
| 340 | 340_Email from Whitaker to Heppner.pdf |
| 341 | 341_ Styker Memo Sac with Yellow Fluid.pdf |
| 342 | 342_Email from Philip to Renker.pdf |
| 343 | 343_September 2006 Emails.pdf |
| 344 | 344_OP-1 Approval and Labeling in US Presentation.pdf |
| 345 | 345_Email Whitaker to Heppner FW-.pdf |
| 346 | 346_Minutes Calstrux Meeting - CAPA.pdf |
| 347 | 347_Email from Philip to Renker.pdf |
| 348 | 348_ Letter to Ring from Heppner.pdf |
| 349 | 349_ Memo.pdf |
| 350 | 350_January 2007 Right Stuff Agenda.pdf |
| 351 | 351_2007 US Marketing Plan Calstrux.pdf |
| 352 | 352_Email from Buffo to Buffo.pdf |
| 353 | 353_Carrier Development.pdf |
| 354 | 354_Memo from VP Regulatory Affairs to Biotech Sales Managers.pdf |
| 355 | 355_Emails fromPhilip to Krop.pdf |
| 356 | 356_2007-01-01 Year-End Letter to West Region.pdf |

| 357 | 357_Email from Kenneth O'Flaherty to N Idris.pdf |
|-----|--------------------------------------------------|
| 358 | 358_Delivered Goods Receipt.pdf |
| 359 | 359_Email from Demming to Dr Kurz and Dr Fischgrund.pdf |
| 360 | 360_2007 Sales Meeting The Right Stuff.pdf |
| 361 | 361_DVD 2007 NSM.wmv |
| 362 | 362_Minutes.pdf |
| 363 | 363_Memo AAOS Mtg San Diego.pdf |
| 364 | 364_Email from Gaston to Denney and Heppner.pdf |
| 365 | 365_Dr Larry Kurz Review of Patient Data.pdf |
| 366 | 366_Off-Label OP-1 Use in Posterior Lumbar Instrumented Fusions.pdf |
| 367 | 367_Business and Innovation Quarterly Review.pdf |
| 368 | 368_Meeting Notes of Visit to Stryker Australia.pdf |
| 369 | 369_Proposal to St Joseph's Med Center by Steve Eastwood.pdf |
| 370 | 370_Email from Whitaker to Ross.pdf |
| 371 | 371_2007-05-24 Email from O'Flaherty with attachment.pdf |
| 372 | 372_Emails involving Sample Heppner and Whitaker.pdf |
| 373 | 373_AdvaMed Issues Chart.pdf |
| 374 | 374_Handwritten Notes.pdf |
| 375 | 375_Email from Ard to Miller et al.pdf |
| 376 | 376_Handwritten Notes.pdf |
| 377 | 377_Spreadsheet with Attendees and Faculty.pdf |
| 378 | 378_Slides Calstrux (US) September 18 2007.pdf |
| 379 | 379_Stryker Biotech Presentation.pdf |
| 380 | 380_Email from Boyer to Eltringham.pdf |
| 381 | 381_Email from Ard to Eastwood.pdf |
| 382 | 382_Email from Philip.pdf |
| 383 | 383_FDA Form 483 to Stryker Biotech.pdf |
| 384 | 384_Email from Heppner to Martin.pdf |
| 385 | 385_Adverse Reaction and MDR History.pdf |
| 386 | 386_Emails between Bono and DiProfio.pdf |
| 387 | 387_Summary-Standard Orders Jan-08.pdf |
| 388 | 388_Section I Performance vs Key Objectives.pdf |
| 389 | 389_Email from Kemler to Philip.pdf |
| 390 | 390_Fax-Delivered Goods Receipt from St Jude.pdf |
| 391 | 391_2008-01-29 Letter from MacMillan to Tim Ulatowski.pdf |
| 392 | 392_Email from Renker to Heppner.pdf |
| 393 | 393_Letter from Dr Kim to Ard.pdf |
| 394 | 394_2008-03-07 Email from Sernatinger to Stephen Rhodes.pdf |
| 395 | 395_2008-03-18 Letter from MacMillan to Tim Ulatowski.pdf |
| 396 | 396_Email from Ard to Heppner.pdf |
| 397 | 397_Email from Whitaker to Demming.pdf |
| 398 | 398_Letter to Biotech Leadership Team.pdf |
| 399 | 399_Lopez Notes.pdf |

| 400 | 400_HDE Cap folder.pdf |
|---|---|
| 401 | 401_Brick Slide.pdf |
| 402 | 402_Things that would interest the FDA.pdf |
| 403 | 403_Calstrux and OP-1 (Combined use) Product Adverse Event Trending.pdf |
| 404 | 404_Bone Morphogenetic Proteins What Works?.pdf |
| 405 | 405_Letter from Morollo to CDRH including a summary table of adverse events.pdf |
| 406 | 406_Response to FDA 483.pdf |
| 407 | 407_Email from Whitaker to Heppner.pdf |
| 408 | 408_Martin Plea Agreement.pdf |
| 409 | 409_Demming Plea Agreement.pdf |
| 410 | 410_Ring Plea Agreement.pdf |
| 411 | 411_Doyle Plea Agreement.pdf |
| 412 | 412_Letter from Sernatinger to IRB Chairperson.pdf |
| 413 | 413_Letter from CDRH to Stryker Biotech.pdf |
| 414 | 414_Letter from McGovern to CDRH.pdf |
| 415 | 415_Letter from CDRH to Stryker Biotech.pdf |
| 416 | 416_Journal Club Emails.pdf |
| 417-001 | 417-001_IRB Suspension Letter from Stryker Biotech-Cottage Health System.pdf |
| 417-002 | 417-002_IRB Termination Letter from Stryker Biotech-St Luke's.pdf |
| 417-003 | 417-003_IRB Termination Letter from Stryker Biotech-Western IRB.pdf |
| 417-004 | 417-004_IRB Termination Letter from Stryker Biotech-St Elizabeth's.pdf |
| 417-005 | 417-005_IRB Termination Letter from Stryker Biotech-INTEGRIS.pdf |
| 417-006 | 417-006_IRB Termination Letter from Stryker Biotech-Oakwood.pdf |
| 417-007 | 417-007_IRB Termination Letter from Stryker Biotech-Schulman.pdf |
| 417-008 | 417-008_IRB Termination Letter from Stryker Biotech-Western IRB.pdf |
| 417-009 | 417-009_IRB Termination Letter from Stryker Biotech-Intermountain.pdf |
| 417-010 | 417-010_IRB Termination Letter from Stryker Biotech-Texas Health.pdf |
| 417-011 | 417-011_IRB Termination Letter from Stryker Biotech-Texas Health.pdf |
| 417-012 | 417-012_IRB Termination Letter from Stryker Biotech-St-Huntington Health.pdf |
| 417-013 | 417-013_IRB Termination Letter from Stryker Biotech-Western IRB-Longmont.pdf |
| 417-014 | 417-014_IRB Termination Letter from Stryker Biotech-Western IRB-Jordan Valley.pdf |
| 417-015 | 417-015_IRB Termination Letter from Stryker Biotech-Concord.pdf |
| 417-016 | 417-016_IRB Termination Letter from Stryker Biotech-St Anne's.pdf |
| 417-017 | 417-017_IRB Termination Letter from Stryker Biotech-Newton-Wellesley.pdf |
| 417-018 | 417-018_IRB Termination Letter from Stryker Biotech-Western IRB- Central FL.pdf |
| 417-019 | 417-019_IRB Termination Letter from Stryker Biotech-Abbott NW.pdf |
| 417-020 | 417-020_IRB Termination Letter from Stryker Biotech-Umass Medical.pdf |
| 417-021 | 417-021_IRB Termination Letter from Stryker Biotech-High Point.pdf |
| 417-022 | 417-022_IRB Termination Letter from Stryker Biotech-Western IRB-Evergreen.pdf |
| 417-023 | 417-023_IRB Termination Letter from Stryker Biotech-Texas Health.pdf |
| 418 | 418_Email from Ard to Region.pdf |
| 419 | 419_Email from Whitaker to Finch.pdf |
| 420-001 | 420-001_Stryker Biotech Annual Report 2005.pdf |

| 420-002 | 420-002_Stryker Biotech Annual Report 2006.pdf |
|---------|------------------------------------------------|
| 420-003 | 420-003_Stryker Biotech Annual Report 2007.pdf |
| 420-004 | 420-004_Stryker Biotech Annual Report 2008.pdf |
| 420-005 | 420-005_Stryker Biotech Annual Report 2009.pdf |
| 420-006 | 420-006_Stryker Biotech Annual Report 2010.pdf |
| 420-007 | 420-007_Stryker Biotech Annual Report 2011.pdf |
| 421 | 421_IDE Application.pdf |
| 422 | 422_Email from Philip to Sernatinger.pdf |
| 423 | 423_MYSM RA Questions.pdf |

CARMEN M. ORTIZ
United States Attorney

By: /s/Jeremy M. Sternberg
Jeremy M. Sternberg
Susan G. Winkler
Gregory F. Noonan
Assistant United States Attorneys
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Certificate of Service

I hereby certify that the foregoing documents filed through the ECF system will be sent electronically to counsel for each defendant who is a registered participant as identified on the Notice of Electronic Filing (NEF).

/s/Jeremy M. Sternberg
Jeremy M. Sternberg
Dated: January 3, 2011                    Assistant U.S. Attorney

15