UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>(1) STRYKER BIOTECH, LLC,<br>(2) MARK PHILIP,<br>(3) WILLIAM HEPPNER,<br>(4) DAVID ARD and<br>(5) JEFFREY WHITAKER,<br>    Defendants | Criminal No.: 09-CR-10330-GAO |

## STIPULATION

The parties hereby stipulate to the admissibility of the following facts, and agree that this Stipulation shall be read to the jury during the trial of this matter:

1. In response to a subpoena from the government for certain original documents from Mark Philip's former office, attorneys for Stryker Biotech, LLC ("Stryker Biotech") went to Stryker Biotech's offices in Hopkinton, Massachusetts to collect those documents. This collection was made approximately six months after Mark Philip had left Stryker Biotech. During that approximately six month period, another Stryker Biotech employee had been using Mark Philip's former office. At the request of Stryker Biotech's attorneys, that employee provided them with the documents from that office that he understood had been left behind by Mark Philip. The documents you will see at this trial which have identification numbers that start with an "O" prefix are from the office described above and were provided to the government in the manner described above.

.

                CARMEN M. ORTIZ
                United States Attorney

By:   /s/ Gregory F. Noonan
       Jeremy M. Sternberg
       Susan G. Winkler
       Gregory F. Noonan
       Assistant United States Attorneys
       One Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3100


                STRYKER BIOTECH, LLC

By:   /s/ Joshua S. Levy (by permission GFN)
       Brien T. O'Connor (BBO #546767)
       Joshua S. Levy (BBO #563017)
       Ropes & Gray, LLP
       Prudential Tower
       800 Boylston Street
       Boston, MA 021199
       (617) 951-7000



                WILLIAM HEPPNER

By:   /s/ Robert L. Ullmann (by permission GFN)
       Robert L. Ullmann (BBO#551044)
       Nutter McCLennen & Fish, LLP
       155 Seaport Blvd.
       Boston, MA 02210
       (617) 439-2262



                MARK PHILIP

By:   /s/ Stephen G. Huggard (by perm. GFN)
       Stephen G. Huggard (BBO #622699)
       Edwards Wildman Palmer LLP
       111 Huntington Avenue
       Boston, MA 02199
       (617) 239-0769

                                              DAVID ARD

By:    /s/ Brent Gurney (by permission GFN)
         Brent Gurney (*pro hac vice* admission)
         Wilmer Hale, LLP
         1875 Pennsylvania Avenue
         Washington, D.C.  20006
         (202) 663-6000

JEFFREY WHITAKER

By:    /s/ Frank A. Libby, Jr. (by perm. GFN)
         Frank A Libby, Jr. (BBO #299100)
         Libby Hoopes
         175 Federal Street
         Boston, MA 02110
         (617) 338-9300

Dated: January 4, 2012

## Certificate of Service

      I hereby certify that the foregoing documents filed through the ECF system will be sent electronically to counsel for each defendant who is a registered participant as identified on the Notice of Electronic Filing (NEF).

                                        Gregory F. Noonan
                                        Gregory F. Noonan