# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**(1) STRYKER BIOTECH, LLC,**<br>**(2) MARK PHILIP,**<br>**(3) WILLIAM HEPPNER,**<br>**(4) DAVID ARD and**<br>**(5) JEFFREY WHITAKER,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>) Criminal No: 09-CR-10330-GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' WITNESS LIST

The defendants respectfully submit their proposed witness list. Each defendant also reserves the right to call any witness on the Government's witness list.

1. Beard, Kathy
   Hopkinton, MA

2. Beutel, Bruce
   Needham, MA

3. Butler, James
   Castle Pines, CO

4. Campbell, Travis
   Vista, CA

5. Caton, William
   630 S. Raymond Avenue
   Suite 330
   Pasadena, CA

6. Celso, Benedict
   Special Agent
   FDA - OCI

7.  Chokshi, Rakesh
    Pee Dee Orthopedic Associates
    901 East Cheves Street, Suite 100
    Florence, South Carolina 29506

8.  Cook, Jeffrey
    Omaha, NE

9.  Cremieux, Pierre
    Analysis Group, Inc.
    111 Huntington Avenue
    Tenth Floor
    Boston, MA 02199

10. Delaney, Michele
    Hopkinton, MA

11. Derminio, David
    Phoenix, AZ

12. Dopson, Thomas
    Atlanta Orthopedic Surgeons
    5671 Peachtree Dunwdy Ste 700
    Atlanta, GA 30342

13. Fiesel, Christopher
    Special Agent
    FDA - OCI

14. Fortin, Tara
    Hopkinton, MA

15. Fuller, Erin
    Special Agent
    HHS-OIG

16. Gage, Phillipa
    Brookline, MA

17. Geisler, Fred
    Chicago Back Institute
    5115 N. Francisco Ave
    Chicago, IL 60625

18. Grauer, Jonathan
    Yale Department of Orthopaedics and Rehabilitation
    800 Howard Avenue
    New Haven, CT 06510

19. Hadley, Keith
    Special Agent
    FDA – Los Angeles Field Office

20. Harley, Brian
    Upstate Orthopedic Surgeons
    6620 Fly Road Suite 100
    East Syracuse, NY 13057

21. Hage, Kirin
    HHS-OIG

22. Hedley, Mary Lynne
    Lexington, MA

23. Ipsen, Brian
    1111 Mc Intosh Cir Ste B
    Joplin, MO 64804

24. Kilgour, Jeffrey
    Mt. Airy, MD

25. Langworthy, Michael
    Battle Creek Orthopaedic & Sports Medicine
    710 North Avenue
    Battle Creek, MI 49017

26. Mataragas, Nicholas
    DuPage Medical Group
    1801 S. Highland Avenue
    Lombard, IL 60148

27. Morey, Michelle
    Special Agent
    FBI

28. Morgan, John
    Special Agent
    FDA – Chicago Field Office

-4-

29. O'Dell, Carrie
    Canton, MA

30. Pagano, Paul
    Youngstown Orthopaedic Associates
    1499 Boardman-Canfield Road
    Boardman, Ohio 44512

31. Panich, Susan
    Charleroi, PA

32. Pesterfield, Jason
    Stryker Instruments
    Kalamazoo, MI

33. Pierce, Paul
    Special Agent
    FDA - OCI
    Raleigh, NC

34. Silverman, Michael
    Marblehead, MA

35. Smith, Sean
    VA - OIG

36. Urban, Robert
    Lexington, MA

37. Waller, Mark
    Durango, CO

38. Waytes, Thomas A.
    DeWitt, MI

39. Wheeler, Donna
    Provincetown, MA

40. Wong, David
    Denver Spine
    7800 East Orchard Road, Suite 100
    Greenwood Village, CO 80111

41. Yung, Sau Gee
    Auburndale, FL

Case 1:09-cr-10330-GAO   Document 261   Filed 01/06/12   Page 5 of 6

-5-

The defendants reserve the right to supplement this witness list in light of developments at trial.

                                          Respectfully submitted,

| STRYKER BIOTECH, LLC | MARK PHILIP, |
|---|---|
| */s/ Brien T. O'Connor*<br>By: Brien T. O'Connor (BBO #546767)<br>    Joshua S. Levy (BBO #563017)<br>    Ropes & Gray LLP<br>    Prudential Tower<br>    800 Boylston Street<br>    Boston, MA  02199-3600<br>    617-951-7000<br>    Brien.O'Connor@ropesgray.com<br>    Joshua.Levy@ropesgray.com | */s/ Stephen G. Huggard*<br>By: Stephen G. Huggard (BBO #622699)<br>    Edwards Wildman Palmer LLP<br>    111 Huntington Avenue<br>    Boston, MA  02199<br>    617-239-0769<br>    shuggard@edwardswildman.com |
| WILLIAM HEPPNER, | DAVID ARD, |
| */s/ Robert L. Ullmann*<br>By: Robert L. Ullmann (BBO #551044)<br>    Nutter McClennen & Fish, LLP<br>    155 Seaport Blvd.<br>    Boston, MA  02210<br>    617-439-2262<br>    rullmann@nutter.com<br>    msethi@nutter.com | */s/ Brent Gurney*<br>By:  Brent Gurney (*pro hac vice* admission)<br>    Wilmer Cutler Pickering Hale &<br>    Dorr, LLP<br>    1875 Pennsylvania Ave.<br>    Washington, D.C.  20006<br>    202-663-6000<br>    Brent.Gurney@wilmerhale.com |
| JEFFREY WHITAKER, | |
| */s/ Frank A. Libby, Jr.*<br>By: Frank A. Libby, Jr. (BBO #299100)<br>    LibbyHoopes<br>    175 Federal Street<br>    Boston, MA  02110<br>    617-338-9300<br>    falibby@libbyhoopes.com | |

Dated: January 6, 2012

## **CERTIFICATE OF SERVICE**

I, Brien T. O'Connor, hereby certify that this document, filed through the ECF system, will be served electronically to the registered participants identified on the Notice of Electronic Filing ("NEF"), and that paper copies will be sent via electronic mail to those identified on the NEF as non-registered participants on January 6, 2012.

*/s/ Brien T. O'Connor*
Brien T. O'Connor