**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) |
| v. | ) )  Criminal No: 09-CR-10330-GAO ) |
| (1) STRYKER BIOTECH, LLC,<br>(2) MARK PHILIP,<br>(3) WILLIAM HEPPNER,<br>(4) DAVID ARD and<br>(5) JEFFREY WHITAKER,<br><br>Defendants. | ) ) ) ) ) ) ) ) |

**DEFENDANTS STRYKER BIOTECH, LLC,**
**MARK PHILIP, WILLIAM HEPPNER,**
**DAVID ARD AND JEFFREY WHITAKER'S**
**CONSOLIDATED PROPOSED SUPPLEMENTAL EXHIBIT LIST**

Defendants Stryker Biotech, LLC, William Heppner, David Ard and Jeffrey Whitaker hereby give notice that the Defendants may submit the following evidence (including any relevant metadata in the documents identified) as exhibits during its case-in-chief.

As stated in their December 21, 2011 filing, Defendants reserve their right to supplement, modify, or withdraw any proposed exhibit from this list. Defendants further note that they reserve the right to use any exhibit designated by the Government and have accordingly sought to minimize overlap between the Government and the Defense lists.

| Exhibit | Date | Description | Bates Label or ID |
|---|---|---|---|
| 0977 | 2/21/2006 | Email from M. Philip to P. Espo re: FW:Moving Forward | SSE  00041379 |
| 0978 | 7/9/2007 | E-mail from J. Demming to N. Udipi plus attachments re: Putty IRB packets | JDC 113355 |
| 0979 | 3/11/2007 | Document titled "IRB Continuing Review Form" | N/A |
| 0980 | 10/13/2006 | Medical Device Report cover letter | FDA 8025 |
| 0981 | 9/29/2006 | Medical Device Report cover letter | FDA 8011 |
| 0982 | 2/15/2006 | E-mail from J. Houghton to J. Sernatinger et al. re: FDA Notification on Bone Void Fillers | N/A |
| 0983 | 10/2/2006 | Letter from B. Alford to C. Rose re: Calstrux recall | SSE  00044864 |

Respectfully submitted,

STRYKER BIOTECH, LLC

*/s/ Brien T. O'Connor*
By: Brien T. O'Connor (BBO #546767)
    Joshua S. Levy (BBO #563017)
    Ropes & Gray LLP
    Prudential Tower
    800 Boylston Street
    Boston, MA 02199
    Brien.O'Connor@ropesgray.com
    Joshua.Levy@ropesgray.com

JEFFREY WHITAKER,

*/s/ Frank A. Libby, Jr.*
By: Frank A. Libby, Jr. (BBO #299100)
    LibbyHoopes
    175 Federal Street
    Boston, MA  02110
    617-338-9300
    falibby@libbyhoopes.com

WILLIAM HEPPNER,

*/s/ Robert L. Ullmann*

DAVID ARD,

-3-

| | |
|---|---|
| By: Robert L. Ullmann (BBO #551044)<br>   Nutter McClennen & Fish, LLP<br>   155 Seaport Blvd.<br>   Boston, MA  02210<br>   617-439-2262<br>   rullmann@nutter.com | */s/ Brent Gurney*_____<br>By:  Brent Gurney (*pro hac vice* admission)<br>   Wilmer Cutler Pickering Hale &<br>   Dorr, LLP<br>   1875 Pennsylvania Ave.<br>   Washington, D.C.  20006<br>   202-663-6000<br>   Brent.Gurney@wilmerhale.com |

January 11, 2012

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to any indicated as non-registered participants, on January 11, 2012.

January 11, 2012

                  */s/ Joshua S. Levy*
                  Joshua S. Levy