UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.: 09-CR-10330-GAO |
| v. | ) ) ) | |
| (1) STRYKER BIOTECH, LLC, <br> (2) MARK PHILIP, <br> (3) WILLIAM HEPPNER, <br> (4) DAVID ARD and <br> (5) JEFFREY WHITAKER, <br>     Defendants | ) ) ) ) ) ) ) | |

### STIPULATION

The parties hereby agree to the following:

1. The parties stipulate that the handwritten notes on the following exhibits are those of defendant Mark Philip: 109, 112-114, 118, 125, 129, 131, 154, 214, 225, 253, 264, 267-271, 293, 296, 302-303, 313, 374, 376, and 387. The parties further stipulate that the "OK to pay" language with the initials "MAP" and the date "6/6/06" on Exhibit 149, and the "OK to pay" language with Mark Philip's signature and the date "9/20/06" on Exhibit 165 are also in defendant Mark Philip's handwriting. Mark Philip's trial on these charges will be conducted in a separate proceeding for reasons that are not relevant to the jury's consideration of this case.

                                    CARMEN M. ORTIZ
                                    United States Attorney

By:     /s/ Gregory F. Noonan
        Jeremy M. Sternberg
        Susan G. Winkler
        Gregory F. Noonan
        Assistant United States Attorneys
        One Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100

                    STRYKER BIOTECH, LLC

By:    /s/ Joshua S. Levy (by permission GFN)
        Brien T. O'Connor (BBO #546767)
        Joshua S. Levy (BBO #563017)
        Ropes & Gray, LLP
        Prudential Tower
        800 Boylston Street
        Boston, MA 021199
        (617) 951-7000

                    WILLIAM HEPPNER

By:    /s/ Robert L. Ullmann (by permission GFN)
        Robert L. Ullmann (BBO#551044)
        Nutter McCLennen & Fish, LLP
        155 Seaport Blvd.
        Boston, MA 02210
        (617) 439-2262

                    DAVID ARD

By:    /s/ Brent Gurney (by permission GFN)
        Brent Gurney (*pro hac vice* admission)
        Wilmer Hale, LLP
        1875 Pennsylvania Avenue
        Washington, D.C.  20006
        (202) 663-6000

                    JEFFREY WHITAKER

By:    /s/ Frank A. Libby, Jr. (by perm. GFN)
        Frank A Libby, Jr. (BBO #299100)
        Libby Hoopes
        175 Federal Street
        Boston, MA 02110
        (617) 338-9300

Dated: January 12, 2012

## Certificate of Service

      I hereby certify that the foregoing documents filed through the ECF system will be sent electronically to counsel for each defendant who is a registered participant as identified on the Notice of Electronic Filing (NEF).

                                             Gregory F. Noonan
                                             Gregory F. Noonan