UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No: 09-CR-10330-GAO |
| ) | |
| (1) STRYKER BIOTECH, LLC, ) | |
| (2) MARK PHILIP, ) | |
| (3) WILLIAM HEPPNER, ) | |
| (4) DAVID ARD and ) | |
| (5) JEFFREY WHITAKER, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS STRYKER BIOTECH, LLC,
WILLIAM HEPPNER, DAVID ARD AND
JEFFREY WHITAKER'S SUPPLEMENTAL CONSOLIDATED
PROPOSED EXHIBIT LIST (IN JERS FILE FORMAT)**

Defendants hereby supplement their proposed exhibit list and give notice that they may submit the following evidence (including any relevant metadata in the documents identified) as exhibits during our case-in-chief. The exhibits that have been supplemented are Exhibits 977 through 983. Defendants reserve the right to supplement, modify, or withdraw from this list:

| Ex. No. | File Name |
|---|---|
| 500 | 500_2002_Article Clinical Investigation Head and Neck.PDF |
| 501 | 501_11_1_2007_Email from Philip to Beard.PDF |
| 502 | 502_2010_Article Management of Tibial Non Union with Tricalcium Phosphate and BMP7.PDF |
| 503 | 503_October_2007_Draft Memo from Shapiro to Philip.PDF |
| 504 | 504_3_10_2006_Meeting invitation to Hout.PDF |
| 505 | 505_Bone Morphogenetic Proteins What Works.PDF |
| 506 | 506_1_29_2008_Meeting invitation to Beard et al.PDF |
| 507 | 507_2001_Article Osteogenic Protein 1 Bone Morphogenic Protein 7 In the Treatment of Tibial Nonunions.PDF |
| 508 | 508_2006_Calstrux Filling the Void booklet Literature Number PRB002 06.PDF |

| Ex. No. | File Name |
|---|---|
| 509 | 509_January_2005_Article  Treatment of Osteopenic Humeral Shaft Nonunion with Compression Plating.PDF |
| 510 | 510_Mixing of Calstrux and Local Autograft Bone.wmv |
| 511 | 511_4_10_2007_Email from Odell to Odell  et al.PDF |
| 512 | 512_7_19_2007_Email from Ross to Ludwig.PDF |
| 513 | 513_9_4_2007_Email from Beard to Lippe.PDF |
| 514 | 514_2_15_2006_Email from Martin to Lopez.PDF |
| 515 | 515_5_16_2005_Email from Demming to kalfasi ccf org.PDF |
| 516 | 516_12_14_2006_Medical  Radiation Emitting Device Recalls.PDF |
| 517 | 517_8_2_2005_Email from Lancaster to Eltringham et al.PDF |
| 518 | 518_4_26_2010_Letter from Sternberg to Defendants  counsel.PDF |
| 519 | 519_1990_Article  Clinical applications of tissue expansion in head and neck surgery.PDF |
| 520 | 520_7_14_2006_Calstrux Customer Complaint Review Minutes.PDF |
| 521 | 521_8_14_2003_Article  Bone Void Fillers for Spine Fusion.PDF |
| 522 | 522_11_5_2007_M  Cartier Bill for Professional Services  Bill Number  78500.PDF |
| 523 | 523_8_2_2006_Email from Philip to Kemler.PDF |
| 524 | 524_12_28_2006_Email from Whitaker to Morollo.PDF |
| 525 | 525_8_25_2006_Meeting Invitation to K  Finch et al  Re  Updated  Calstrux Review Conference Call.PDF |
| 526 | 526_December_2005_Article  Recombinant Human Bone Morphogenic Protein 7 Applications for Clinical Trauma.PDF |
| 527 | 527_2004_Femoral Nonunion Treated with OP 1 Implant handout  Literature Number  V26 0173 Rev  C.PDF |
| 528 | 528_6_13_2001_Article  Orthopaedic Applications of Osteogenic Protein 1  BMP 7.PDF |
| 529 | 529_001_Kurz Mixing Video_OP 1 AND TCP AND LOCAL BONE MIXING BRICK.wmv |
| 529 | 529_002_Kurz Mixing Video_OP 1 PLUS CALSTRUX PLUS WATER FDA STUDY VIDEO 1 RAW.wmv |
| 530 | 530_6_28_2007_Email from Andrews to Biotech Marketing  et al.PDF |
| 531 | 531_8_11_2007_Email from MacMillan to Philip et al.PDF |
| 532 | 532_9_13_2005_Email from Boyer to Elloso.PDF |
| 533 | 533_5_11_2007_Email from Doyle to Gil.PDF |
| 534 | 534_8_9_2006_Email from Demming to J  Kang.PDF |
| 535 | 535_7_25_2006_Health Hazard Evaluation for GEN 109 EXP   Agenda Meeting and Minutes.PDF |
| 536 | 536_11_29_2006_Email from Fischgrund to amcgee orthone com et al.PDF |
| 537 | 537_4_12_2010_Letter from Sternberg to Defendants  counsel.PDF |
| 538 | 538_6_2_2003_Guidance for Industry and FDA Staff   Class II Special Controls Guidance Document 6 2 2003.PDF |

| Ex. No. | File Name |
|---|---|
| 539 | 539_4_10_2006_Email from Demming to donaldsonwf upmc edu.PDF |
| 540 | 540_7_30_2010_Ltr from Sternberg to Defendants Counsel Re J Deins 7 21 10 Order on BOP.PDF |
| 541 | 541_001_10_30_2007_Email from Philip to Ramsedell.pdf |
| 541 | 541_002_10_30_2007_Email from Philip to Ramsedell.pdf |
| 542 | 542_7_25_2006_Meeting Invitation from J Krop to M Cartier et al Re Update Discussion of Calstrux.PDF |
| 543 | 543_2_16_2006_Email from Whitaker to Finch.PDF |
| 544 | 544_10_18_2010_Letter from Sternberg to Defendants counsel.PDF |
| 545 | 545_2003_Article Impaction Bone Grafting in Revision Arthropasty.PDF |
| 546 | 546_2006_Dose Review OP 1 Putty OP 1 Implant rhBMP 7 booklet Literature Number PRB133 06.PDF |
| 547 | 547_July_2001_Article Strut Autografting with and without Osteogenic Protein 1.PDF |
| 548 | 548_Lawrence Kurz MD TCP Bone Prep Log CD.wmv |
| 549 | 549_3_1_2007_Email from Aptekar to Murphy.PDF |
| 550 | 550_8_14_2007_Email from Beard to Biotech Marketing Sales.PDF |
| 551 | 551_12_18_2006_Email from Fischgrund to Demming.PDF |
| 552 | 552_5_2_2007_Email from Doyle to Gil.PDF |
| 553 | 553_12_21_2007_Email from Demming to D Wukich.PDF |
| 554 | 554_2_7_2008_Email from Brown CDRH to Kaiser et al.PDF |
| 555 | 555_10_17_2007_Email from Espo to Ludwig.PDF |
| 556 | 556_3_31_2010_Letter from Sternberg to Defendants counsel.PDF |
| 557 | 557_10_4_2006_Health Hazard Evaluation for Calstrux Synthetic Bone Void Filler.PDF |
| 558 | 558_3_5_2006_Email from Houghton to Finch et al.PDF |
| 559 | 559_10_25_2011_Letter from Sternberg to Defendants Counsel Re Automatic Discovery.PDF |
| 560 | 560_10_25_2007_Email from Philip to Ross.PDF |
| 561 | 561_7_25_2006_Meeting Invitation to J Sernatinger et al Re Updated Calstrux Next steps.PDF |
| 562 | 562_1_16_2008_Email from Whitaker to Espo.PDF |
| 563 | 563_7_10_2006_Email from Philip to Espo.PDF |
| 564 | 564_7_25_2005_Article Clinical Applications of BMP 7 The UK Perspective.PDF |
| 565 | 565_2007_OP 1 in Action OP 1 Putty OP 1 Implant rhBMP 7 booklet Literature Number PRB041 07.PDF |
| 566 | 566_July_1999_Article Osteogenic Activity of OP 1 Bone Morphogenic Protein BMP 7 in a Human Fibular Defect.PDF |
| 567 | 567_2006_Native file Product Loop AAOS 2006.avi |
| 568 | 568_5_30_2007_Email from Idris to Biotech Marketing Sales.PDF |
| 569 | 569_10_31_2007_Email from Heppner to Sales.PDF |

| Ex. No. | File Name |
|---|---|
| 570 | 570_William Caton medical records and patient files.PDF |
| 571 | 571_10_26_2006_Email from Doyle to Espo.PDF |
| 572 | 572_8_18_2005_Email from damming to tmoore metrohealth org.PDF |
| 573 | 573_4_4_2005_SP medical record.PDF |
| 574 | 574_9_4_2007_Email from Espo to Ludwig.PDF |
| 575 | 575_3_18_2010_Letter from Sternberg to Defendants counsel.PDF |
| 576 | 576_2002_Article Use of a Novel Tricalcium Phosphate Based Bone Void Filler as a Graft Extender in Spinal Fusion Surgeries.PDF |
| 577 | 577_9_9_2005_Email from Houghton to Winter et al.PDF |
| 578 | 578_Patel Resume.PDF |
| 579 | 579_10_30_2007_Email from Philip to Yung et al Re Latest Position Paper on HDE Caps PLEASE READ BEFO.PDF |
| 580 | 580_8_21_2006_Meeting Invitation from J Sernatinger to B Alford et al Re Calstrux Plan.PDF |
| 581 | 581_University of Maryland Medical Center Operative Report Regarding 2006 07 11 Kilgour Procedure 7 11 06.PDF |
| 582 | 582_001_Presentations from 2007 Emerging Leaders Meeting 10 12 07 to 10 13 07.PDF |
| 582 | 582_002_Presentations from 2007 Emerging Leaders Meeting 10 12 07 to 10 13 07.PDF |
| 582 | 582_003_Presentations from 2007 Emerging Leaders Meeting 10 12 07 to 10 13 07.PDF |
| 582 | 582_004_Presentations from 2007 Emerging Leaders Meeting 10 12 07 to 10 13 07.PDF |
| 582 | 582_005_Presentations from 2007 Emerging Leaders Meeting 10 12 07 to 10 13 07.PDF |
| 582 | 582_006_Presentations from 2007 Emerging Leaders Meeting 10 12 07 to 10 13 07.PDF |
| 582 | 582_007_Presentations from 2007 Emerging Leaders Meeting 10 12 07 to 10 13 07.PDF |
| 582 | 582_008_Presentations from 2007 Emerging Leaders Meeting 10 12 07 to 10 13 07.PDF |
| 582 | 582_009_Presentations from 2007 Emerging Leaders Meeting 10 12 07 to 10 13 07.PDF |
| 582 | 582_010_Presentations from 2007 Emerging Leaders Meeting 10 12 07 to 10 13 07.PDF |
| 582 | 582_011_Presentations from 2007 Emerging Leaders Meeting 10 12 07 to 10 13 07.PDF |
| 582 | 582_012_Presentations from 2007 Emerging Leaders Meeting 10 12 07 to 10 13 07.PDF |
| 582 | 582_013_Presentations from 2007 Emerging Leaders Meeting 10 12 07 to 10 13 07.PDF |
| 582 | 582_014_Presentations from 2007 Emerging Leaders Meeting 10 12 07 to 10 13 07.PDF |
| 582 | 582_015_Presentations from 2007 Emerging Leaders Meeting 10 12 07 to 10 13 07.PDF |
| 582 | 582_016_Presentations from 2007 Emerging Leaders Meeting 10 12 07 to 10 13 07.PDF |
| 582 | 582_017_Presentations from 2007 Emerging Leaders Meeting 10 12 07 to 10 13 07.PDF |
| 582 | 582_018_Presentations from 2007 Emerging Leaders Meeting 10 12 07 to 10 13 07.PDF |
| 582 | 582_019_Presentations from 2007 Emerging Leaders Meeting 10 12 07 to 10 13 07.PDF |
| 582 | 582_020_Presentations from 2007 Emerging Leaders Meeting 10 12 07 to 10 13 07.PDF |
| 582 | 582_021_Presentations from 2007 Emerging Leaders Meeting 10 12 07 to 10 13 07.PDF |
| 582 | 582_022_Presentations from 2007 Emerging Leaders Meeting 10 12 07 to 10 13 07.PDF |
| 582 | 582_023_Presentations from 2007 Emerging Leaders Meeting 10 12 07 to 10 13 07.PDF |
| 582 | 582_024_Presentations from 2007 Emerging Leaders Meeting 10 12 07 to 10 13 07.PDF |

| Ex. No. | File Name |
| --- | --- |
| 583 | 583_2005_Article  Osteogenic Protein 1  Bone Morphogenic Protein 7  Combined with Various Adjuncts.PDF |
| 584 | 584_2006_Revision Posterolateral Fusions Treated with OP 1 Putty  rhBMP 7 No PRB009 06.PDF |
| 585 | 585_May_1995_Article  Effect of Recombinant Human Osteogenic Protein 1 on Healing of Segmental Defects in Non Human Primates.PDF |
| 586 | 586_5_11_2006_Humeral Nonunion Treated with OP 1 Implant DVD.avi |
| 587 | 587_8_21_2006_Email from Philip to Renker  et al.PDF |
| 588 | 588_6_23_2006_Email from Idris to Espo et al.PDF |
| 589 | 589_10_25_2005_Email from Elloso to mtob11 msn com.PDF |
| 590 | 590_5_31_2006_Email from Theodore  MD to Doyle.PDF |
| 591 | 591_1_16_2008_Email from Demming to sharonyoa zoominternet net.PDF |
| 592 | 592_4_4_2005_SP medical record.PDF |
| 593 | 593_11_27_2007_Email from Espo to Ludwig.PDF |
| 594 | 594_2_18_2010_Letter from Sternberg to Defendants  counsel.PDF |
| 595 | 595_Kurz OP 1 Putty Video.wmv |
| 596 | 596_2_4_2008_Letter from Heppner to Biotech Sales Team Re 2008 Compliance landscape.PDF |
| 597 | 597_2_13_2008_Email from Pearce to Barnhisel  et al.PDF |
| 598 | 598_10_31_2007_Email from Philip to Ramsedell.PDF |
| 599 | 599_7_31_2006_Fax from B  Alford et al  to S  Liner et al  Re  Label Correction for Calstrux and attachments.PDF |
| 600 | 600_10_2_2007_Email from Whitaker to Haggarty  et al.PDF |
| 601 | 601_2006_Other Graft Materials Usage with Stryker Products excel spreadsheet.PDF |
| 602 | 602_3_8_2007_Article  Bone Grafts and Bone Graft Substitutes in Orthopaedic Trauma Surgery  A Critical Analysis.PDF |
| 603 | 603_2006_Bridging the Gap  OP 1 Implant rhBMP 7 booklet  Literature Number PRB004 06.PDF |
| 604 | 604_Spring_2007_University of Pittsburgh Medical Center Spring 2007 News.PDF |
| 605 | 605_Calstrux Bone Void Filler Mixing Instructions CD.wmv |
| 606 | 606_7_13_2006_Email from Philip to Alford.PDF |
| 607 | 607_3_3_2006_Email from Idris to Houghton.PDF |
| 608 | 608_12_16_2005_Email from Elloso to Molesa.PDF |
| 609 | 609_9_14_2006_Calstrux Letter Mailing List and Tracking Chart.PDF |
| 610 | 610_5_4_2007_Email from Demming to lvcarson hsc wvu edu.PDF |
| 611 | 611_5_13_2005_Email from Gemmel  HMHP to Dr  Kavic  et al.PDF |
| 612 | 612_4_23_2006_Email from Kurz to Espo.PDF |
| 613 | 613_11_25_2009_Letter from Sternberg to Defendants  counsel.PDF |
| 614 | 614_2006_Abstracts  Application properties and histological characteristics of injectable CaP bone substitutes.PDF |
| 615 | 615_8_30_2006_Email from Kemler to Pesterfield.PDF |

| Ex. No. | File Name |
|---|---|
| 616 | 616_2_12_2008_Email from Ard to Sundae et al.PDF |
| 617 | 617_10_25_2007_Email from Philip to Sernatinger.PDF |
| 618 | 618_6_21_2006_Email from Philip to Yung et al.PDF |
| 619 | 619_8_3_2005_Email from Whitaker to Hunter et al.PDF |
| 620 | 620_2006_Article Osteogenic Protein 1 A Review of its Utility in Spinal Applications.PDF |
| 621 | 621_December_2000_Article The Otto Aufranc Award Strut Allograft.PDF |
| 622 | 622_2006_Midshaft Humeral Nonunion Treated with OP 1 Implant rhBMP 7 No PRB008 06.PDF |
| 623 | 623_December_2005_Article Comparison of OP 1 Putty rhBMP 7 to Iliac Crest Autograft.PDF |
| 624 | 624_3_8_2007_Bryon Friedman OP 1 Video CD.avi |
| 625 | 625_12_15_2005_Email from Lenneck to Alford et al.PDF |
| 626 | 626_3_4_2006_Calstrux Review Meeting Minutes.PDF |
| 627 | 627_5_3_2006_Email from Heppner to Haggarty et al.PDF |
| 628 | 628_8_1_2007_Email from Martin to Geisler.PDF |
| 629 | 629_9_10_2007_Email from Demming to sawhny aol com.PDF |
| 630 | 630_1_26_2006_Letter from Doyle to Dr P Mitchell.PDF |
| 631 | 631_7_11_2008_Email from Pore to Krop.PDF |
| 632 | 632_Product Sample of GERBER½ NatureSelect ╦ 3RD FOODS½ Cereals √ Apples & Bananas with Mixed Cereal.PDF |
| 633 | 633_2005_ORS 2005 TCP Putty Histology Poster 1010.PDF |
| 634 | 634_9_18_2007_Email from Heppner to Ard et al.PDF |
| 635 | 635_10_9_2007_Email from Ard to Andrews.PDF |
| 636 | 636_10_25_2007_Email from Philip to Renker.PDF |
| 637 | 637_7_8_2006_Email from Philip to Yung et al.PDF |
| 638 | 638_12_13_2007_Email from Lippe to Chester et al.PDF |
| 639 | 639_11_16_2007_Email from O Flaherty to Ross et al.PDF |
| 640 | 640_OP 1 Implant Package Insert Literature Number V26 0093 Rev C.PDF |
| 641 | 641_2006_Distal Femoral Nonunion Treated with OP 1 Implant rhBMP 7 No PRB006 06.PDF |
| 642 | 642_2006_Article Intervariability and Intravariability of Bone Morphogenetic Proteins.PDF |
| 643 | 643_001_High definition product pictures Application_Application_Putty.tif |
| 643 | 643_002_High definition product pictures Application_Bowl_Spatula.tif |
| 643 | 643_003_High definition product pictures Application_OP1_Implant.tif |
| 643 | 643_004_High definition product pictures Application_OP1_Implant_Box2.tif |
| 643 | 643_005_High definition product pictures Application_OP1_PuttyComp.tif |
| 643 | 643_006_High definition product pictures Application_OP1_PuttyKit.tif |
| 643 | 643_007_High definition product pictures Application_Implant.tif |
| 643 | 643_008_High definition product pictures Application_OP1_Implant_Box.tif |

| Ex. No. | File Name |
|---|---|
| 643 | 643_009_High definition product pictures Application_OP1_ImplantVile.tif |
| 643 | 643_010_High definition product pictures Application_PuttyComp1.tif |
| 643 | 643_011_High definition product pictures Application_OP1_PuttyComp2.tif |
| 644 | 644_7_5_2006_Meeting Invitation from Philip to Krop et al Re Australia.PDF |
| 645 | 645_1_31_2005_Email from Boyer to Philip et al.PDF |
| 646 | 646_3_29_2007_Email from Beard to Saur.PDF |
| 647 | 647_7_31_2007_Email from Geisler to Martin.PDF |
| 648 | 648_11_5_2007_Email from Demming to holly henry va gov.PDF |
| 649 | 649_8_12_2002_Memorandum from Doyle to Yuma Medical Center Purchasing.PDF |
| 650 | 650_7_11_2008_Email from Fischgrund to Krop.PDF |
| 651 | 651_001_Excerpt from Stryker Biotech National Sales Meeting Compilation Reel DVD Brown See Exhibit 0670.avi |
| 651 | 651_002_Excerpt from Stryker Biotech National Sales Meeting Compilation Reel DVD Brown See Exhibit 0670.avi |
| 651 | 651_003_Excerpt from Stryker Biotech National Sales Meeting Compilation Reel DVD Brown See Exhibit 0670.avi |
| 651 | 651_004_Excerpt from Stryker Biotech National Sales Meeting Compilation Reel DVD Brown See Exhibit 0670.avi |
| 651 | 651_005_Excerpt from Stryker Biotech National Sales Meeting Compilation Reel DVD Brown See Exhibit 0670.avi |
| 651 | 651_006_Excerpt from Stryker Biotech National Sales Meeting Compilation Reel DVD Brown See Exhibit 0670.avi |
| 651 | 651_007_Excerpt from Stryker Biotech National Sales Meeting Compilation Reel DVD Brown See Exhibit 0670.avi |
| 651 | 651_008_Excerpt from Stryker Biotech National Sales Meeting Compilation Reel DVD Brown See Exhibit 0670.avi |
| 651 | 651_009_Excerpt from Stryker Biotech National Sales Meeting Compilation Reel DVD Brown See Exhibit 0670.avi |
| 651 | 651_010_Excerpt from Stryker Biotech National Sales Meeting Compilation Reel DVD Brown See Exhibit 0670_United_For_Success.wmv |
| 652 | 652_2005_ORS 2005 TCP Putty Spine Fusion Poster 1283.PDF |
| 653 | 653_November_2007_AMA Ethics Opinion 8 047.PDF |
| 654 | 654_10_9_2007_Email from Ard to Waklee et al.PDF |
| 655 | 655_10_30_2007_Meeting invitation to M Philip et al Re HDE Capped.PDF |
| 656 | 656_8_20_2006_Email from Philip to Alford.PDF |
| 657 | 657_3_20_2007_Email from Whitaker to Barnett.PDF |
| 658 | 658_9_17_2007_Email from Espo to Philip.PDF |
| 659 | 659_2004_OP 1 Implant Patient Information Booklet Literature Number V26 0146 Rev C.PDF |
| 660 | 660_2004_OP 1 Implant BMP 7 Surgical Technique booklet Literature Number V26 0091 Rev E.PDF |

| Ex. No. | File Name |
|---|---|
| 661 | 661_5_15_2006_OP 1 BMP 7 Bibliography for Bone Applications  Literature Number  PRB044 06.PDF |
| 662 | 662_7_14_2005_Stryker Biotech Field Communication From Boyer to U S  Sales Force.PDF |
| 663 | 663_2_21_2006_Email from Espo to Philip.PDF |
| 664 | 664_Exhibit 664 intentionally left blank.PDF |
| 665 | 665_3_7_2007_Email from Biotech Marketing et al.PDF |
| 666 | 666_8_7_2006_August 2006 Calstrux Mailing List.PDF |
| 667 | 667_8_11_2006_Email from Demming to bzek aol com et al.PDF |
| 668 | 668_1_17_2007_Letter from Stryker to FDA regarding adverse event summary table.PDF |
| 669 | 669_3_28_2006_Email from Espo to elteekay msn com.PDF |
| 670 | 670_SEE EX 651 Excerpt from Stryker Biotech National Sale Meeting Compilation Reel DVD   Joyce.PDF |
| 671 | 671_2004_ORS 2004 TCP Putty Tibial Defects Poster 0466.PDF |
| 672 | 672_10_26_2007_Ltr from Sernatinger to IRB Chairperson.PDF |
| 673 | 673_6_18_2007_Email from Ard to Waklee  et al.PDF |
| 674 | 674_10_29_2007_Email from Sernatinger to Philip et al.PDF |
| 675 | 675_8_17_2006_Email from M  Philip to B  Alford.PDF |
| 676 | 676_11_12_2004_Email from Whitaker to Koenigsberg.PDF |
| 677 | 677_University of Maryland Medical Center Operative Report Regarding 2006 07 14 Kilgour Procedure  7 14 06.PDF |
| 678 | 678_Calstrux Package Insert  Literature Number  080000138 Rev  4.PDF |
| 679 | 679_2003_Mechanism of Action  OP 1 handout  Literature Number  V26 0162 Rev C.PDF |
| 680 | 680_2009_Hierarchy of Evidence  Spine and Trauma  OP 1 Putty  OP 1 Implant  rhBMP 7  No PRB008 09.PDF |
| 681 | 681_2006_Calstrux Instructions for Use poster  Literature Number  PRB041 06.PDF |
| 682 | 682_1_26_2006_Email from Heppner to Espo and O Flaherty.PDF |
| 683 | 683_Exhibit 683 intentionally left blank.PDF |
| 684 | 684_8_22_2006_Email from Doyle to pknuchel shc org.PDF |
| 685 | 685_2_14_2008_Email from  Eastwood to Kellyo bioinitiatives com et al.PDF |
| 686 | 686_4_6_2005_Email from Demming to pauljpagano zoominternet com.PDF |
| 687 | 687_8_4_2006_Email from Bazaral to MacFarland   no subject.PDF |
| 688 | 688_5_23_2006_Email from Espo to Kurz.PDF |
| 689 | 689_7_31_2006_Fax from B  Alford et al  to S  Liner et al  Re  Label Correction for Calstrux and attachments.PDF |
| 690 | 690_2006_OTA 2006 TCP Putty Tibial Defects Poster 96.PDF |
| 691 | 691_8_25_2006_Ltrs from Krop to Doctors.PDF |
| 692 | 692_5_19_2007_Email from Ard to Waklee  et al.PDF |
| 693 | 693_10_11_2007_Email from Waswill to Renker et al.PDF |

| Ex. No. | File Name |
|---|---|
| 694 | 694_7_17_2006_Email from Supko to Philip et al.PDF |
| 695 | 695_1_11_2007_Email from Whitaker to Finch.PDF |
| 696 | 696_University of Maryland Medical Center Operative Report Regarding 2006 07 11 Kilgour Procedure.PDF |
| 697 | 697_2006_OP 1 Implant Information Postcard  Revision Posterolateral Fusions No PRB024 06.PDF |
| 698 | 698_July_2006_Article  Patients with Previous Lumbar Surgery Achieve Lower Fusion Rates with rhBMP 2.PDF |
| 699 | 699_2006_Periprosthetic Nonunion Treated with OP 1 Implant  rhBMP 7  No PRB130 06.PDF |
| 700 | 700_December_2002_Article  Randomized Radiostereometric Study.PDF |
| 701 | 701_8_22_2006_Memo to Stryker Biotech Sales Reps.PDF |
| 702 | 702_10_2_2007_Email from Beard to Espo et al.PDF |
| 703 | 703_5_11_2007_Email from Gil to Doyle.PDF |
| 704 | 704_8_17_2005_Email from Fischgrund to Burkus et al.PDF |
| 705 | 705_6_5_2007_Email from Demming to staceyw oaklandneurosurgical com.PDF |
| 706 | 706_9_7_2006_Email from Doyle to MacFarland  et al.PDF |
| 707 | 707_3_27_2006_Email from Espo to Heppner.PDF |
| 708 | 708_10_11_2007_Email from Waswill to Renker et al.PDF |
| 709 | 709_2009_Article  Clinical Study BMP 7 OP 1 Safety in anterior cervical fusion surgery.PDF |
| 710 | 710_9_7_2005_Letter from Houghton to Valued Customer Re Synthetic Bone Void Filler and Recipient List.PDF |
| 711 | 711_1_1_2007_Sales Representative Performance Review form for Doyle.PDF |
| 712 | 712_11_1_2007_Email from Philip to Eltringham et al.PDF |
| 713 | 713_7_14_2006_Meeting Invitation to M  Philip et al  Re  Calstrux Meeting.PDF |
| 714 | 714_9_10_2003_Email from Haggarty to Biotech_Sales  et al.PDF |
| 715 | 715_Ectopic Bone Formation in the Pelvis after combined Anterior and Posterior Fustion.PDF |
| 716 | 716_2006_OP 1 Implant Information Postcard  Mid Shaft Humeral Nonunion No PRB025 06.PDF |
| 717 | 717_June_2004_Article  Two Year Follow Up on Patients No V26 0179.PDF |
| 718 | 718_2006_Mid Shaft Humeral Nonunion Treated with OP 1 Implant  rhBMP 7 No PRB008 06.PDF |
| 719 | 719_August_2002_Article  Recombinant Human Osteogenuc Protein 1  Bone Morphogenic Protein 7.PDF |
| 720 | 720_8_22_2006_Email from Hubbard to Demming.PDF |
| 721 | 721_8_21_2007_Email from Boyer to O Flaherty et al.PDF |
| 722 | 722_4_2_2007_Email from Heppner to Buffo et al.PDF |
| 723 | 723_6_18_2007_Email from Murphy to spine68 sprintmail com et al.PDF |
| 724 | 724_1_31_2007_Email from Demming to Conti.PDF |

| Ex. No. | File Name |
|---|---|
| 725 | 725_10_15_2007_Email from Rodriguez to MacFarland.PDF |
| 726 | 726_5_25_2006_Email from Espo to Fischgrund.PDF |
| 727 | 727_3_14_2008_Email from Sernatinger to Puca et al.PDF |
| 728 | 728_2005_Article  Carrier materials for spinal fusion.PDF |
| 729 | 729_June_2006_5 5 2 Pivotal Study  Content from 060021 Original PMA June 2006 Clinical Study Report  S01 01US.PDF |
| 730 | 730_12_5_2006_Email from Ard to Waklee  et al.PDF |
| 731 | 731_10_12_2007_Email from Philip to Yung.PDF |
| 732 | 732_6_22_2007_Letter from G  Costello to M  Philip Re  Recall of Calstrux.PDF |
| 733 | 733_12_11_2007_Email from Espo to Sample  et al.PDF |
| 734 | 734_12_14_2004_Stryker Biotech Delivered Goods Receipt Invoice.PDF |
| 735 | 735_OP 1 Implant Information Postcard  Humeral Nonunion Treated with OP 1 Implant  Literature Number  V26 0176 Rev  B.PDF |
| 736 | 736_2006_Revision Posterolateral Fusions Treated with OP 1 Putty  rhBMP 7 No PRB120 06.PDF |
| 737 | 737_2007_5th Metatarsal Nonunion Jones Fracture Treated with OP 1 Implant  rhBMP 7 No PRB045 07.PDF |
| 738 | 738_December_2004_Article  Lumbar Arthrodesis Gene Expression  A Comparison of Autograft with Osteogenic Protein 1.PDF |
| 739 | 739_3_12_2007_Email from O Dell to Yung.PDF |
| 740 | 740_3_22_2007_Email from Idris to Eltringham.PDF |
| 741 | 741_10_27_2007_Email from MacMillan to Philip.PDF |
| 742 | 742_3_1_2007_Email from Aptekar to P  Murphy.PDF |
| 743 | 743_8_9_2006_Email from Demming to cfeola 3riv com et al.PDF |
| 744 | 744_9_25_2006_Email from Bazaral to Kaiser  et al.PDF |
| 745 | 745_5_22_2006_Email from Espo to Kurz.PDF |
| 746 | 746_3_10_2008_Email from Ard to Renker   Sernatinger.PDF |
| 747 | 747_2010_Case Reports  Management of tibial non union with tricalcium phosphate and BMP 7.PDF |
| 748 | 748_3_31_2009_5 2 Pilot Study  Content from P060021 Original PMA  CSR S99 01US  Section 2 Clinical Study Report  S99 01US.PDF |
| 749 | 749_10_26_2006_Email from Doyle to Espo.PDF |
| 750 | 750_9_7_2006_Email from Renker to Biotech_Sales.PDF |
| 751 | 751_7_27_2006_Email from Krop to Alford et al.PDF |
| 752 | 752_6_1_2007_Email from Espo to moeJim med unc edu.PDF |
| 753 | 753_12_1_2004_Stryker Biotech Delivered Goods Receipt Invoice.PDF |
| 754 | 754_2006_OP 1 Implant Information Postcard  Distal Femoral Nonunion Treated No PRB023 06.PDF |
| 755 | 755_2006_Revision Posterolateral Fusions Treated with OP 1 Putty  rhBMP 7  No PRB009 06.PDF |

| Ex. No. | File Name |
|---|---|
| 756 | 756_Tibia-Fibula Nonunion in a Professional Athlete Treated with OP-1 Implant (rhBMP)- OP-1 Implant Clinical Case Series booklet; Literature Number- PRB131-06.PDF |
| 757 | 757_August_2004_Article Comparison of Posterolateral Lumbar Fusion Rates.PDF |
| 758 | 758_6_9_2006_Email from Houts to Idris et al.PDF |
| 759 | 759_3_22_2005_Clinical Experience with OP 1 PowerPoint.PDF |
| 760 | 760_10_23_2007_Email from Krop to orthopod203 hotmail com.PDF |
| 761 | 761_3_26_2007_Email from Beard to Biotech Marketing et al.PDF |
| 762 | 762_5_8_2007_Email from Demming to rajeshvpatel yahoo com et al.PDF |
| 763 | 763_Susan Panich presentation.PDF |
| 764 | 764_12_19_2006_Email from Espo to Beard.PDF |
| 765 | 765_8_22_2006_Email from Hubbard to Demming.PDF |
| 766 | 766_1983_Article tricalcium Phosphate Delivery System for Bone Morphogenetic Protein.PDF |
| 767 | 767_11_21_2007_5 5 3 Extension Study Content from P060021 A011 06 UPLF 01 CSR.PDF |
| 768 | 768_5_19_2006_Email from Ard to Miller et al.PDF |
| 769 | 769_11_1_2007_Email from Beard to Philip.PDF |
| 770 | 770_5_18_2005_Email from Alford to Falb.PDF |
| 771 | 771_9_7_2005_Letter from Houghton to Valued Customer Re using our synthetic bone void filler product Stryker TCP Putty.PDF |
| 772 | 772_11_8_2004_Stryker Biotech Delivered Goods Receipt Invoice.PDF |
| 773 | 773_2006_OP 1 Implant Information Postcard Periprosthetic Nonunion No PRB146 06.PDF |
| 774 | 774_September_2004_Article A Pilot Study Evaluating the Safety and Efficacy of OP 1 Putty.PDF |
| 775 | 775_May_2004_Distal Tibial Nonunion Treated with OP 1 Implant handout Literature Number V26 0165 Rev C.PDF |
| 776 | 776_January_2001_Article Evaluation of OP 1 as a Graft Substitute for Intertransverse Process Lumbar Fusion.PDF |
| 777 | 777_6_8_2006_Email from Idris to Houts et al.PDF |
| 778 | 778_4_6_2006_Email from Houghton to Philip et al.PDF |
| 779 | 779_10_23_2007_Email from Ross to O Flaherty et al.PDF |
| 780 | 780_10_17_2006_Email from Miller to Devlin Lake.PDF |
| 781 | 781_11_10_2006_Email from Demming to boyerj summa health org.PDF |
| 782 | 782_8_14_2006_FDA CDRH Participants and conference points.PDF |
| 783 | 783_3_18_2005_Email from Fischgrund to Alford et al and attachment.PDF |
| 784 | 784_10_31_2007_Email from Heppner to Biotech_Sales.PDF |
| 785 | 785_1986_Article Bone Regeneration.PDF |
| 786 | 786_Curriculum Vitae of William L Caton III M D.PDF |
| 787 | 787_4_5_2006_Email from Ard to Doyle.PDF |

| Ex. No. | File Name |
|---|---|
| 788 | 788_9_6_2006_Email from Philip to Yung  et al.PDF |
| 789 | 789_4_22_2005_Email from Koenigsberg to Eltringham.PDF |
| 790 | 790_September_2005_Article  Statement on Health Care Industry Representatives in the Operating Room.PDF |
| 791 | 791_AC# Customer Spreadsheet.PDF |
| 792 | 792_2007_OP 1 Implant Information Postcard No PRB048 07.PDF |
| 793 | 793_January_2003_Article  Physical and Monetary Costs Associated with Autogenous Bone Graft Harvesting.PDF |
| 794 | 794_2004_Humeral Nonunion Treated with OP 1 Implant booklet  Literature Number  V26 0166 Rev  C.PDF |
| 795 | 795_9_9_2005_Stryker Biotech Field Communication From Julie Young To Global Sales Team.PDF |
| 796 | 796_11_7_2006_Email from Miller to Mt Tam Spine Center.PDF |
| 797 | 797_3_3_2006_Posterior Lateral Spine Fusion Using Lyophilized OP 1 TCP Putty  A Dosing Study PowerPoint.PDF |
| 798 | 798_6_25_2006_Email from MacMillan to Philip et al.PDF |
| 799 | 799_8_29_2007_Email from Miller to mburr acmedctr org.PDF |
| 800 | 800_8_9_2006_Email from Kang to Demming.PDF |
| 801 | 801_Calstrux CAPA Timeline.PDF |
| 802 | 802_9_17_2007_Email from Espo to Ludwig et al.PDF |
| 803 | 803_4_2_2007_Email from Heppner to Buffo et al.PDF |
| 804 | 804_2008_Article  Posterolateral Intertransverse Spinal Fusion.PDF |
| 805 | 805_Curriculum Vitae of Jonathan Newman Grauer, M.D.PDF |
| 806 | 806_7_24_2007_Email from Heppner to Allard  et al.PDF |
| 807 | 807_3_2_2006_Email from Sernatinger to Philip et al.PDF |
| 808 | 808_2_2_2008_Email from Philip to Yung  et al.PDF |
| 809 | 809_5_16_2006_Email from Whitaker to Ard  et al.PDF |
| 810 | 810_4_11_2007_IRB Continuing Review Form Re OP l Implant  Humanitarian Use Device.PDF |
| 811 | 811_2007_OP 1 Implant Information Postcard  Clavical Nonunion No PRB046 07.PDF |
| 812 | 812_December_2001_Article  The Use of Osteogenic Protein 1 in Reconstructive Surgery of the Hip.PDF |
| 813 | 813_2004_OP 1 Putty Surgical Technique booklet  Literature Number  V26 0168 Rev C.PDF |
| 814 | 814_March_1995_Article  Non Traumatic Avascular Necrosis of the Femoral Head.PDF |
| 815 | 815_3_30_2007_Email from Miller to Santy et al.PDF |
| 816 | 816_8_9_2006_Email from Philip to Alford.PDF |
| 817 | 817_4_24_2006_Email from Fischgrund to Philip et al.PDF |
| 818 | 818_7_17_2007_Email from Shipley to Martin.PDF |

| Ex. No. | File Name |
|---|---|
| 819 | 819_5_3_2007_Email from Beard to Winter et al.PDF |
| 820 | 820_12_5_2006_Email from Sneed to Sneed S  Dorsel  Carolina Hospital.PDF |
| 821 | 821_3_21_2005_Email from Alford to Fischgrund et al.PDF |
| 822 | 822_10_10_2007_Email from Denney to Blooston.PDF |
| 823 | 823_2001_Article  Potential of an ultraporous tricalcium phosphate.PDF |
| 824 | 824_2010_Bone Graft Substitutes 2010.PDF |
| 825 | 825_10_12_2007_Email from Walters to McDonnell  et al.PDF |
| 826 | 826_2_16_2006_Email from Sernatinger to Houghton et al.PDF |
| 827 | 827_2_15_2008_Email from Renker to Beard.PDF |
| 828 | 828_9_20_2007_Email from Boyer to Heppner  et al.PDF |
| 829 | 829_4_30_2007_IRB Continuing Review Form Re OP l Implant  Humanitarian Use Device.PDF |
| 830 | 830_2006_Calstrux Information Postcard  Literature Number  PRB003 06.PDF |
| 831 | 831_10_14_2005_Article  Styker Impresses at First US MCAC Non Union Fractures Panel.PDF |
| 832 | 832_Summary of Safety and Probable Benefit  OP 1 Implant  Literature Number  V26 0092 Rev D.PDF |
| 833 | 833_August_2006_Article  What s New in Spine Surgery.PDF |
| 834 | 834_6_23_2006_Email from Idris to Gallagher et al.PDF |
| 835 | 835_8_16_2007_Email from Denney to idealortho msn com.PDF |
| 836 | 836_6_9_2005_Email from Lippe to Biotech Sales et al.PDF |
| 837 | 837_3_7_2006_Email from Demming to donaldsonwf upmc edu.PDF |
| 838 | 838_5_3_2007_Email from Beard to Winter et al.PDF |
| 839 | 839_7_24_2007_Emerging Leaders letter Re Spine Biologics  Symposium 2007.PDF |
| 840 | 840_3_10_2005_Email from Fischgrund to Philip et al.PDF |
| 841 | 841_4_24_2006_Email from Ipsen  MD to Gaston.PDF |
| 842 | 842_2009_Article  Hollow calcium phosphate microcarriers for bone regeneration.PDF |
| 843 | 843_2011_Article  TLIF for symptomatic disc degeneration  a retrospective study of 100 patients  European Spine.PDF |
| 844 | 844_4_2_2007_Email from Heppner to Buffo  et al.PDF |
| 845 | 845_3_1_2006_Email from Philip to Houghton.PDF |
| 846 | 846_9_11_2007_Letter from Sernatinger to Melkerson Re Preliminary Report.PDF |
| 847 | 847_8_10_2005_Email from Whitaker to Haggarty.PDF |
| 848 | 848_5_2_2006_IRB Continuing Review Form Re OP l Implant  Humanitarian Use Device.PDF |
| 849 | 849_Jeffery S  Fischgrund  MD Information Handout from UnderstandSurgery com.PDF |
| 850 | 850_Article- Osseointegration of Autograft versus Osteogenic Protein-1.PDF |
| 851 | 851_May_2005_Summary of Safety and Probable Benefit  OP 1 Putty  Literature Number  V26 0178 Rev B.PDF |

| Ex. No. | File Name |
|---|---|
| 852 | 852_2006_Article  The Use of Osteogenic Protein 1 for Spinal Applications.PDF |
| 853 | 853_Product Sample and Box Calstrux.PDF |
| 854 | 854_10_19_2006_Email from O Flaherty to Biotech_Marketing Sales.PDF |
| 855 | 855_1_9_2006_Email from Alford to Houghton.PDF |
| 856 | 856_1_16_2006_Email from Espo to Heppner.PDF |
| 857 | 857_9_1_2006_Email from Sneed to Shetley et al.PDF |
| 858 | 858_8_22_2006_Email from Orthopod MD  to D  Ard et al.PDF |
| 859 | 859_3_9_2005_Email from Fischgrund to Reali et al.PDF |
| 860 | 860_5_23_2006_Email from Vanhooser to Gaston et al.PDF |
| 861 | 861_2009_Article  Porous beta tricalcium phosphate scaffolds used as a BMP 2 delivery system for bone tissue engineering.PDF |
| 862 | 862_2010_Article  The performance of a hydrogel nucleus pulposus prosthesis in an ex vivo canine model.PDF |
| 863 | 863_1_24_2006_Email from Heppner to Buffo  et al.PDF |
| 864 | 864_3_2_2006_Email from Philip to Kemler.PDF |
| 865 | 865_11_27_2007_Email from Philip to Taylor.PDF |
| 866 | 866_9_4_2007_Email from Beard to Winter  et al.PDF |
| 867 | 867_5_27_2005_IRB Continuing Review Form Re OP 1 Implant  Humanitarian Use Device.PDF |
| 868 | 868_2004_OP 1 Putty Patient Information Booklet  Literature Number  V26 0172 Rev  B.PDF |
| 869 | 869_2004_Article  Use of Bone Morphogenetic Proteins for Musculoskeletal Applications  An Overview.PDF |
| 870 | 870_4_14_2004_OP 1 Putty Project Summary  Version 1.PDF |
| 871 | 871_2006_Article  Demineralized Bone Matrix for Spinal Arthrodesis.PDF |
| 872 | 872_Product Sample and Box OP 1 Putty.PDF |
| 873 | 873_2_21_2005_Email from Petrides to Gaston  et al  and attachments.PDF |
| 874 | 874_2_16_2006_Email from Sernatinger to Philip et al.PDF |
| 875 | 875_9_12_2005_Email from WGH Surgery Schedular to Selleke.PDF |
| 876 | 876_2_5_2002_Email from Doyle to Allard.PDF |
| 877 | 877_11_20_2007_Email from Miller to alannapod gmail com.PDF |
| 878 | 878_2_21_2006_Email from Houghton to Winter et al.PDF |
| 879 | 879_4_23_2007_Email from Gaston to Ipsen  MD et al.PDF |
| 880 | 880_3_22_2006_Bone Graft Substitutes  Facts  Fictions.PDF |
| 881 | 881_2003_Article  The Efficacy of Anterior Spine Exposure by an Orthopedic Surgeon.PDF |
| 882 | 882_3_10_2005_Email from Reali to Biotech_Sales.PDF |
| 883 | 883_Exhibit 883 intentionally left blank.PDF |
| 884 | 884_11_13_2007_Email from Philip to Sernatinger with Attachment.PDF |
| 885 | 885_3_7_2007_Email from Beard to Biotech Marketing  et al.PDF |
| 886 | 886_10_26_2006_Email from Whitaker to Sneed.PDF |

| Ex. No. | File Name |
|---|---|
| 887 | 887_2006_Calstrux Information Pamphlet  Literature Number  PRB001 06.PDF |
| 888 | 888_June_2001_Article  The Effect of Osteogenic Protein 1.PDF |
| 889 | 889_2006_Calstrux Reimbursement Information handout  Literature Number  PRB045 06.PDF |
| 890 | 890_2006_Article  Applications of Recombinant Human Bone Morphogenetic Protein 2  rhBMP 2  in Spinal Surgery.PDF |
| 891 | 891_Product Sample and Box OP 1 Implant.PDF |
| 892 | 892_5_25_2005_Email from jramos irb irc com to Gaston.PDF |
| 893 | 893_2_24_2006_Email from Lancaster to Philip.PDF |
| 894 | 894_1_5_2006_Email from Heppner to O Flaherty et al.PDF |
| 895 | 895_1_26_2007_Email from Martin to mfraught edward org.PDF |
| 896 | 896_7_31_2006_Email from Alford to J  Krop et al.PDF |
| 897 | 897_1_5_2006_Email from Kurz to Heppner et al.PDF |
| 898 | 898_3_31_2006_Email from Eastwood to Ard et al.PDF |
| 899 | 899_2010_Article  Bone Graft Substitute Table Summary 2010.PDF |
| 900 | 900_2007_Article  Solis cage  PEEK  for anterior cervical fusion.PDF |
| 901 | 901_2_6_2008_Email from Whitaker to Heppner.PDF |
| 902 | 902_2_8_2006_Email from Philip to Yung et al.PDF |
| 903 | 903_9_13_2005_TCP Letter Listing   Round 2 xls.PDF |
| 904 | 904_5_27_2005_RA Internal Audit and CAPA Effectiveness Responses Action Plan.PDF |
| 905 | 905_10_26_2006_Email from Sneed to Snyder.PDF |
| 906 | 906_OP 1 Implant Package Insert  Literature Number  V26 0093 Rev  D.PDF |
| 907 | 907_2006_OP 1 Implant for Trauma  Reimbursement Information handout  Literature Number  PRB048 046.PDF |
| 908 | 908_2006_Calstrux  Features of a Desirable Bone Void Filler   Instructions for Use handout  Literature Number  PB042 06.PDF |
| 909 | 909_2006_Article  A Prospective Randomized Study of Posterolateral Lumbar Fusion Using Osteogenic Protein 1.PDF |
| 910 | 910_CD Sleeve   Humeral Nonunion Treated with OP 1 Implant Case Study CD.PDF |
| 911 | 911_7_13_2007_Email from Iseman to Gaston.PDF |
| 912 | 912_2_17_2006_Email from Heppner to elteekay msn com.PDF |
| 913 | 913_12_12_2005_Email from Heppner to elteekay msn com.PDF |
| 914 | 914_12_18_2006_Email from Martin to Luna.PDF |
| 915 | 915_9_21_2005_Email from Fischgrund to M  DiProfio et al.PDF |
| 916 | 916_12_12_2005_Email from  Heppner to Elteekay msn com et al.PDF |
| 917 | 917_5_23_2006_Email from Kurz to Espo.PDF |
| 918 | 918_Stryker TCP Putty Package Insert.PDF |
| 919 | 919_2010_Article  Nell 1 Protein Promotes Bone Formation in a Sheep Spinal Fusion Model.PDF |
| 920 | 920_2_1_2008_Email from Whitaker to Heppner.PDF |

| Ex. No. | File Name |
|---|---|
| 921 | 921_2_15_2006_Email from Philip to Kemler.PDF |
| 922 | 922_9_9_2005_Email from Houghton to Winter et al.PDF |
| 923 | 923_8_22_2006_Email from Idris to Wickett et al.PDF |
| 924 | 924_10_26_2006_2006 10 26 Invite Re OP 1 1 Dr Chokshi.PDF |
| 925 | 925_2004_OP 1 Putty Package Insert Literature Number V260169 Rev E.PDF |
| 926 | 926_Article Development of a New Zealand White Rabbit Model of Spinal Pseudarthrosis Repair and Evaluation of the Potential Role of OP 1 to Overcome Pseudarthrosis.PDF |
| 927 | 927_2007_The Biological Solution OP 1 Technology booklet_folder Literature Number PRB009 07.pdf |
| 928 | 928_2004_Article Bone Formation in the Presence of Platelet Rich Plasma vs Bone Morphogenetic Protein 7.PDF |
| 929 | 929_Humeral Nonunion Treated with OP 1 Implant Case Study CD |
| 930 | 930_6_10_2005_Email from Gaston to Missy Eslinger hcamidwest com.PDF |
| 931 | 931_2_20_2006_Email from Philip to Espo et al.PDF |
| 932 | 932_12_22_2005_Email from Heppner to Houghton et al.PDF |
| 933 | 933_2_4_2005_Email from Koenigsberg to Biotech_Sales et al.PDF |
| 934 | 934_4_13_2005_Email from Reali to C Higginbotham et al.PDF |
| 935 | 935_4_2_2007_Email from Heppner to Buffo et al.PDF |
| 936 | 936_4_7_2006_Email from Kurz to Espo.PDF |
| 937 | 937_11_1_2006_Carolinas Hospital IRB documentation.PDF |
| 938 | 938_Calstrux Bone Void Filler Package Insert Literature Number 080000138 Rev 5.PDF |
| 939 | 939_2010_Article Lordosis Restoration After Smith Petersen Osteotomies and Interbody Strut Placement.PDF |
| 940 | 940_12_14_2007_Calstrux Business Review Meeting Minutes.PDF |
| 941 | 941_3_1_2006_3 1 2006 Meeting Invitation from J Houghton to J Houghton et al Re Calstrux.PDF |
| 942 | 942_9_7_2007_Email from Philip to Alford.PDF |
| 943 | 943_7_31_2006_Fax from B Alford et al to S Liner et al Re Label Correction for Calstrux and attachments.PDF |
| 944 | 944_6_28_2002_Email from Brown to Biotech_Sales et al.PDF |
| 945 | 945_2_15_2008_Email from Beard to Renker et al.PDF |
| 946 | 946_August_2001_Article Osteogenic Protein 1 Overcomes the Inhibitory Effect of Nicotine on Posterolateral Lumbar Fusion.PDF |
| 947 | 947_OP 1 BMP 7 Product Information and User Guide Literature Number PRB055 07.PDF |
| 948 | 948_2007_Article Growth Factors BMPs DBMs and Buffy Coat Products Are There Any Proven Differences Amongst Them.PDF |
| 949 | 949_Susan Panich Speech CD.avi |
| 950 | 950_4_7_2007_Email from Gaston to Lisa brown hcamidwest com.PDF |

| Ex. No. | File Name |
|---|---|
| 951 | 951_2_21_2006_Email from Philip to Espo.PDF |
| 952 | 952_3_8_2007_Email from Whitaker to Andrellos.PDF |
| 953 | 953_5_23_2007_Email from Beard to Winter et al.PDF |
| 954 | 954_2_28_2007_Meeting Notice Re Journal Club interbody devices used with OP 1 in goat model.PDF |
| 955 | 955_2_22_2007_Email from O Flaherty to Lippe Re RE Calstrux Literatu.PDF |
| 956 | 956_2_17_2006_Email from Heppner to Elteekay msn com et al.PDF |
| 957 | 957_12_19_2011_Letter from Sternberg to Defendants counsel.PDF |
| 958 | 958_OP 1 Putty Package Insert Literature Number V260169 Rev C.PDF |
| 959 | 959_2008_Article Extravasation of rhBMP 2 With Use of Postoperative Drains After Posterolateral Spinal Fusion.PDF |
| 960 | 960_10_26_2007_Letter from Renker to Stryker Biotech Sales Representatives et al Re Policy agreement.PDF |
| 961 | 961_2_22_2006_Email from Philip to Yung et al.PDF |
| 962 | 962_11_7_2007_Email from Shapiro to Philip Re Final Memo.PDF |
| 963 | 963_8_20_2006_Email from Philip to Kemler.PDF |
| 964 | 964_11_14_2007_Email from Whitaker to Renker et al.PDF |
| 965 | 965_1_14_2008_Meeting Invitation to M Philip et al Re Sales Compliance discussion status accepted and attachment.PDF |
| 966 | 966_December_2002_Article Use of Osteogenic Protein 1 in Spinal Fusion.PDF |
| 967 | 967_2006_Forward Thinking in Fusion OP 1 Putty rhBMP 7 booklet Literature Number PRB005 06.PDF |
| 968 | 968_2002_Article Osteogenic Protein 1 Induced Bone Formation in an Infected Segmental Defect in the Rat Femur.PDF |
| 969 | 969_AAOS Booth CD_Biotech_NAS.wmv |
| 970 | 970_3_5_2007_Email from Andrellos to Gaston.PDF |
| 971 | 971_2_13_2006_Email from Philip to Espo.PDF |
| 972 | 972_9_13_2005_Email from Boyer to Biotech Sales.PDF |
| 973 | 973_7_12_2005_Email from Martin to Flick.PDF |
| 974 | 974_12_6_2005_Email from Demming to karauskypl msx upmc edu.PDF |
| 975 | 975_02_2006_February 2006 Stryker Biotech Organizational Chart.PDF |
| 976 | 976_7_18_2006_regulatory sales training presentation Jul 06 ppt.PDF |
| 977 | 977_2_21_2006_Email from Philip to Espo |
| 978 | 978_Email from Demming to udipin |
| 979 | 979_4_11_2007_IRB Continuing Review Form Trident |
| 980 | 980_10_13_06_MDR Ltr and Reports |
| 981 | 981_09_29_06_MDR ltr and report |
| 982 | 982_Email from Houghton to Sernatinger et al |
| 983 | 983_10_2_06_Ltr from Alford to Rose |

Respectfully submitted,

| STRYKER BIOTECH, LLC | WILLIAM HEPPNER, |
|---|---|
| */s/ Joshua S. Levy* | */s/ Robert L. Ullmann* |
| By: Brien T. O'Connor (BBO #546767)<br>Joshua S. Levy (BBO #563017)<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>Brien.O'Connor@ropesgray.com<br>Joshua.Levy@ropesgray.com | By: Robert L. Ullmann (BBO #551044)<br>Nutter McClennen & Fish, LLP<br>155 Seaport Blvd.<br>Boston, MA 02210<br>617-439-2262<br>rullmann@nutter.com |
| DAVID ARD, | JEFFREY WHITAKER, |
| */s/ Brent Gurney* | */s/ Frank A. Libby, Jr.* |
| By: Brent Gurney (*pro hac vice* admission)<br>Wilmer Cutler Pickering Hale & Dorr, LLP<br>1875 Pennsylvania Ave.<br>Washington, D.C. 20006<br>202-663-6000<br>Brent.Gurney@wilmerhale.com | By: Frank A. Libby, Jr. (BBO #299100)<br>LibbyHoopes<br>175 Federal Street<br>Boston, MA 02110<br>617-338-9300<br>falibby@libbyhoopes.com |

January 12, 2012

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to any indicated as non-registered participants, on January 12, 2012.

*/s/ Joshua S. Levy*
Joshua S. Levy