**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal No.: 09-CR-10330-GAO |
| | ) | |
| v. | ) | |
| | ) | |
| **(1) STRYKER BIOTECH, LLC,** | ) | |
| **(2) MARK PHILIP,** | ) | |
| **(3) WILLIAM HEPPNER,** | ) | |
| **(4) DAVID ARD and** | ) | |
| **(5) JEFFREY WHITAKER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**GOVERNMENT'S ASSENTED-TO MOTION TO DISMISS ALL COUNTS AS TO DEFENDANT DAVID ARD**

Pursuant to Fed. R. Cr. P. 48(a), the United States hereby moves to dismiss Counts 1-6 of the Superseding Indictment, Counts 1-6 and 13 of the Indictment, and related forfeiture allegations, as to Defendant David Ard, with prejudice, on the ground that such dismissal is in the interest of justice. Defendant Ard assents to this motion.

//

//

//

//

//

//

//

//

//

//

WHEREFORE, the United States respectfully requests that the Court dismiss Counts 1-6 of the Superseding Indictment, Counts 1-6 and 13 of the Indictment, and related forfeiture allegations, as to Defendant Ard, with prejudice.

                                            Respectfully submitted,

                                            CARMEN M. ORTIZ
                                            United States Attorney

                                  By:   /s/ Gregory F. Noonan
                                            Jeremy M. Sternberg
                                            Susan G. Winkler
                                            Gregory F. Noonan
                                            Assistant U.S. Attorneys

IT IS SO ORDERED.

By: _____            Date: January 17, 2012
The Hon. George A. O'Toole, Jr.
U.S. District Court Judge

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                            /s/ Gregory F. Noonan
                                            Assistant United States Attorney

Date: January 17, 2012