# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: 09-CR-10330-GAO |
| v. | |
| (1) STRYKER BIOTECH, LLC,<br>(2) MARK PHILIP,<br>(3) WILLIAM HEPPNER,<br>(4) DAVID ARD and<br>(5) JEFFREY WHITAKER, | |
| Defendants. | |

## GOVERNMENT'S SUPPLEMENTAL PROPOSED WITNESS LIST

The government hereby gives notice that it may call the following persons as witnesses during its case-in-chief:

1. Bernadette Alford
   Vice President of Regulatory Affairs
   Formerly of Stryker Biotech
   Hopkinton, MA 01748

2. Chris Boyer
   Product Manager
   Formerly of Stryker Biotech

3. Justin Demming
   Territory Manager
   Formerly of Stryker Biotech

4. Ryan Denney
   Regional Sales Manager
   Formerly of Stryker Biotech

5. Dr. Larry Deutsch
   Coastal Spine
   4000 Church Road
   Mt. Laurel, NJ 08054

6. Shane Doyle
   Territory Manager
   Formerly of Stryker Biotech

7. Peter Espo
   Director, Global Marketing
   Formerly of Stryker Biotech

8. Dr. Jeffrey Fischgrund
   Michigan Orthopedic Institute
   26025 Lasher Rd
   Southfield, MI 48033

9. Patricia Hanko Gaston
   Territory Manager
   Formerly of Stryker Biotech

10. Matt Haggarty
    Trauma Manager, Tampa FL
    Stryker Spine

11. Carder Higinbotham
    Territory Manager, Virginia
    Formerly of Stryker Biotech

12. John Houghton
    Vice President of Sales and Marketing
    Formerly of Stryker Biotech

13. Nebila Idris
    Product Manager
    Formerly of Stryker Biotech

14. Aric Kaiser
    FDA
    10903 New Hampshire Ave.
    Silver Spring, MD 20993

15. Keeper(s) of the Records
    Stryker Biotech
    35 South Street
    Hopkinton, MA 01748
    (including any attorneys, paralegals, vendors)

**16.** Erin Keith
FDA
10903 New Hampshire Ave.
Silver Spring, MD 20993

**17.** Dr. Lawrence Kurz
Beaumont Orthopedic Center
3535 West 13 Mile Road, Suite 742
Royal Oak, MI 48073

**18.** Kenneth Lippe
Territory Manager
Formerly of Stryker Biotech

**19.** Sheila Lopez
Territory Manager
Formerly of Stryker Biotech

**20.** Dr. Steven Ludwig
Associate Professor of Orthopedics, University of Maryland
University of Maryland Medical Center
22 S. Greene St
Baltimore, MD 21201

**21.** Darnell Martin
Territory Manager
Formerly of Stryker Biotech

**22.** Dr. Edward Maurin
San Juan Regional Medical Center
801 West Maple Street
Farmington, NM 87401

**23.** Stacie Mayes
Territory Manager
Formerly of Stryker Biotech

**24.** Peter Murphy
Northeast Regional Sales Director
Formerly of Stryker Biotech

**25.** Craig Reise
Associate Director of Information Technology
Stryker Biotech

26. David Renker
    Vice President, Human Resources
    Formerly of Stryker Biotech

27. Christopher Ring
    Territory Manager
    Formerly of Stryker Biotech

28. Judith Sernatinger
    Vice President, Post Market Surveillance
    Stryker Corporation
    2825 Airview Boulevard
    Kalamazoo, MI 49002

29. Stephanie Sneed
    Territory Manager, North Carolina
    Formerly of Stryker Biotech

30. Hope Violette
    Newton-Wellesley Hospital
    Newton, MA

31. Dr. Jack Zigler
    Orthopaedic Surgeon, Texas Back Institute
    6020 West Parker Road
    Plano, TX 75093

                                            CARMEN M. ORTIZ
                                            United States Attorney

                                   By: /s/ Gregory F. Noonan
                                        Jeremy M. Sternberg
                                        Susan G. Winkler
                                        Gregory F. Noonan
                                        Assistant United States Attorneys
                                        One Courthouse Way, Suite 9200
                                        Boston, MA 02210

Dated: January 17, 2012                    (617) 748-3100

## Certificate of Service

  I hereby certify that the foregoing documents filed through the ECF system will be sent electronically to counsel for each defendant who is a registered participant as identified on the Notice of Electronic Filing (NEF).

                /s/Gregory F. Noonan
                Gregory F. Noonan
                Assistant U.S. Attorney