✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| UNITED STATES DISTRICT COURT | DISTRICT OF | MASSACHUSETTS |
|---|---|---|

UNITED STATES OF AMERICA

V.

STRYKER BIOTECH, ET AL

## EXHIBIT AND WITNESS LIST

Case Number:  09-10330-GAO

| PRESIDING JUDGE O'TOOLE | PLAINTIFF'S ATTORNEY STERNBERG,WINKLER,NOONAN | DEFENDANT'S ATTORNEY LEVY,ULLMAN LIBBY,GURNEY |
|---|---|---|
| TRIAL DATE (S) 1/9/12- | COURT REPORTER PATRISSO | COURTROOM DEPUTY LYNESS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | Government Witness-John Houghton-Sworn 1/13/12 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.